**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jacob Rudolph | ) | Case No: 20 C 2142 |
| v. | ) ) ) | Judge: Thomas M. Durkin |
| United Airlines Holdings, Inc., et al | ) ) ) | |

**ORDER**

Telephone motion hearing held on 7/15/2020. Defendants' unopposed motion to consolidate cases [32] is granted. The *Rosenberger, Rudolph,* and *Compo* cases are hereby consolidated. All further filings are to be made in this action. Plaintiffs' unopposed motion for an extension of time to file a consolidated class action complaint is granted. [35] Plaintiffs' consolidated amended complaint it to be filed by 7/29/2020. Defendants have to 9/14/2020 to answer or otherwise plead. If a motion to dismiss is filed, plaintiffs' response is due by 10/29/2020. Defendants' reply is due by 11/12/2020. A telephone status hearing is set for 12/8/2020 at 9:00 a.m. The parties are to call 877-402-9757, access code 4410831.

Date: 7/15/2020                                                                                   /s/ Thomas M. Durkin