**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated, | Case No. 1:20-cv-02142 |
| Plaintiffs, | Hon. Thomas M. Durkin |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| UNITED AIRLINES, INC., | |
| Defendant. | |

**FOURTH JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's March 1, 2022 Order, ECF 113, Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this fourth joint report on the status of discovery.

**I.       Production of ESI and Other Documents**

Since the parties' last joint status report, United has made its fourth and fifth productions of documents responsive to Plaintiffs' First Requests for the Production of Documents (the "Requests") on March 4, 2022 and March 18, 2022, respectively. The productions consisted of (1)  flight schedule data; (2) customer reaccommodation data; (3) datasets showing customer refund information; (4) datasets showing communications with customers regarding flight options; (5) records of United's communications with Plaintiffs; and (6) records of Plaintiffs' flight histories with United. United is continuing to collect and review additional documents responsive to Plaintiffs' Requests and expects to make its next rolling production on or before April 6, 2022. Both parties expect to have substantially completed document discovery by the April 8, 2022 deadline.

In addition, as the Court is aware, on February 10, 2022, Plaintiffs filed a motion to compel as to certain categories of documents sought in the Requests (ECF 111). United filed its response on March 3, 2022 (ECF 116), and Plaintiffs filed their reply on March 21, 2022 (ECF 118).

## II. Progress on Initial 30(b)(6) Depositions

The parties are coordinating on precise dates for depositions but expect the depositions of the individual Plaintiffs and United's 30(b)(6) representative(s) to take place in April of 2022.

## III. Proposed Date for Next Joint Report on the Status of Discovery

This case is set for a status hearing on April 8, 2022. The parties propose that the next status hearing be set for May 9, 2022, with the parties' fifth joint report on the status of discovery to be submitted to the Court on May 2, 2022.

Dated: March 31, 2022

Respectfully submitted,

By: /s/ Steve W. Berman
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
(206) 623-7292
steve@hbsslaw.com

Daniel J. Kurowski
Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

*Interim Co-Lead Counsel*

By: /s/ Daniel O. Herrera
Daniel O. Herrera
Nickolas J. Hagman
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
150 S. Wacker, Suite 3000
Chicago, Illinois 60606
T: (312) 782-4880
F: (318) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
205 N. Monroe St.
Media, Pennsylvania 19063
T: (215) 864-2800
bclobes@caffertyclobes.com

*Interim Co-Lead Counsel*

2

-with-

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888)-711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Additional Counsel for Plaintiffs*

By: /s/ Sondra A. Hemeryck

Patricia Brown Holmes
Sondra A. Hemeryck
Valerie H. Brummel
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
(312) 471-8700
pholmes@rshc-law.com
shemeryck@rsch-law.com
vbrummel@rsch-law.com
bgerdes@rshc-law.com

**Counsel for United Airlines, Inc.**