**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 1:20-cv-02142<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT MOTION TO MODIFY CASE MANAGEMENT SCHEDULE**

Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") (collectively, the "Parties"), by their undersigned attorneys, hereby jointly move to modify the current case management schedule by extending the current deadlines by approximately 60 days. In support thereof, the Parties state as follows:

1. In its March 1, 2022, Order (ECF No. 113), the Court set the following case management deadlines:

| Event | Deadline |
|---|---|
| Parties to exchange Rule 26(a)(2) expert disclosures | July 7, 2022 |
| Parties to exchange expert rebuttal disclosures | August 4, 2022 |
| All fact and expert discovery to be completed | September 1, 2022 |
| Plaintiffs to file their motion for class certification | September 15, 2022 |
| United to file its response to motion for class certification | October 13, 2022 |
| Plaintiffs to file their reply | November 10, 2022 |

2. Since then, the Parties have been working collaboratively to complete fact and expert discovery in accordance with the Court's deadlines and in advance of the deadline for Plaintiffs' anticipated motion for class certification.

3. As part of those efforts, United worked to compile and produce a large, omnibus dataset consisting of ten .csv files that, together, totalled almost 11 GBs with approximately 82,453,950 rows of data.

4. This dataset was collected from disparate sectors within United's business in response to Plaintiffs' discovery requests, and will likely inform the analyses for both parties' experts.

5. After producing the dataset, however, United became aware that some of the data contained errors. Following this discovery, United promptly informed Plaintiffs of this fact and began working to fix and reproduce the dataset.

6. Nonetheless, because of the size of the dataset, that process is taking some time to complete. Simply running the process to generate the dataset can take up to two weeks. And once run, the data will need to be re-validated by United and then analyzed by both parties' experts as they prepare their reports.

7. Due to this unforeseen delay, the Parties respectfully request that the current case management schedule be extended by approximately 60 days, as follows:

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| Parties to exchange Rule 26(a)(2) expert disclosures | July 7, 2022 | **September 5, 2022** |
| Parties to exchange expert rebuttal disclosures | August 4, 2022 | **October 3, 2022** |
| All fact and expert discovery to be completed | September 1, 2022 | **October 31, 2022** |
| Plaintiffs to file their motion for class certification | September 15, 2022 | **November 14, 2022** |

| Event | Prior Deadline | Revised Deadline |
|---|---|---|
| United to file its response to motion for class certification | October 13, 2022 | ***December 19, 2022*** |
| Plaintiffs to file their reply | November 10, 2022 | ***January 16, 2023*** |

8. The extensions set forth above are not sought for purposes of delay, but rather to allow the parties sufficient time to complete expert discovery and the anticipated briefing on class certification.

9. The undersigned counsel for United represents that she has been authorized by Plaintiffs to submit this Motion as a Joint Motion of the Parties.

WHEREFORE, the Parties respectfully request that the Court GRANT this motion and extend the current case management deadlines in accordance with the dates set forth in Paragraph No. 7 above.

Dated: June 27, 2022                                    Respectfully submitted,

By: *Daniel J. Kurowski*                                By: *Nickolas J. Hagman*
Steve W. Berman                                         Daniel O. Herrera
HAGENS BERMAN SOBOL SHAPIRO LLP                         Nickolas J. Hagman
1301 Second Avenue, Suite 2000                          CAFFERTY CLOBES MERIWETHER &
Seattle, WA 98101                                       SPRENGEL LLP
(206) 623-7292                                          135 S. LaSalle Street, Suite 3210
steve@hbsslaw.com                                       Chicago, Illinois 60603
                                                        T: (312) 782-4880
Daniel J. Kurowski                                      F: (318) 782-4485
Whitney K. Siehl                                        dherrera@caffertyclobes.com
HAGENS BERMAN SOBOL SHAPIRO LLP                         nhagman@caffertyclobes.com
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611                                       Bryan L. Clobes
(708) 628-4949                                          CAFFERTY CLOBES MERIWETHER &
dank@hbsslaw.com                                        SPRENGEL LLP
whitneys@hbsslaw.com                                    205 N. Monroe St.
                                                        Media, Pennsylvania 19063
*Interim Co-Lead Counsel*                               T: (215) 864-2800

3

bclobes@caffertyclobes.com

*Interim Co-Lead Counsel*

with-

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888)-711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Additional Counsel for Plaintiffs*

By: *Sondra A. Hemeryck*
Patricia Brown Holmes
Sondra A. Hemeryck
Valerie H. Brummel
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
(312) 471-8700
pholmes@rshc-law.com
shemeryck@rsch-law.com
vbrummel@rsch-law.com
bgerdes@rshc-law.com

*Counsel for United Airlines, Inc.*