**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated, | Case No. 1:20-cv-02142 |
| Plaintiffs, | Hon. Thomas M. Durkin |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| UNITED AIRLINES, INC., | |
| Defendant. | |

**SEVENTH JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's June 8, 2022 Order, ECF 126, Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this seventh joint report on the status of discovery.

**I.      Production of ESI and Other Documents**

Since the last joint status report, United made its tenth production of documents responsive to Plaintiffs' First Requests for the Production of Documents (the "Requests") on June 14, 2022. United is continuing to collect and review additional documents responsive to Plaintiffs' Requests and expects to make an additional production on or before July 13, 2022 . Among other things, United expects that production may consist of additional raw data, emails, attachments, and other ESI. With respect to the omnibus dataset referenced in the parties' Joint Motion to Modify Case Management Schedule, ECF 127, that dataset has been re-run and United is currently working to validate it prior to production. United expects to be able to produce the revised dataset on or before July 15, 2022.

Plaintiff Buffer, for his part, also made a second and third supplemental production of documents on July 1, 2022 and July 5, 2022, respectively.

Further, as the Court is aware, on February 10, 2022, Plaintiffs filed a motion to compel as to certain categories of documents sought in the Requests (ECF 111). United filed its response on March 3, 2022 (ECF 116), and Plaintiffs filed their reply on March 21, 2022 (ECF 118).

**II.     Progress on Depositions**

The parties completed the depositions of both Plaintiffs Buffer and Hansen, on June 10, 2022, and June 17, 2022, respectively. With respect to United's depositions, on April 27, 2022, Plaintiffs served United with a Notice of 30(b)(6) Deposition Notice. United served objections to the Notice on Plaintiffs' counsel on May 16, 2022. The parties subsequently met and conferred regarding those objections on June 27, 2022. Since then, the parties have resolved the majority of those objections and are working on scheduling specific dates. The parties expect to resolve the remaining objections, which concern a single deposition topic, in advance of the July 12, 2022 status hearing.

**III.     Proposed Date for Next Joint Report on the Status of Discovery**

This case is set for a status hearing on July 12, 2022. The parties propose that the next status hearing be set for August 11, 2022, with the parties' eighth joint report on the status of discovery to be submitted to the Court on August 9, 2022.

Dated: July 10, 2022                                    Respectfully submitted,

By: *Daniel J. Kurowski*                                By: *Nickolas J. Hagman*
Steve W. Berman                                         Daniel O. Herrera
HAGENS BERMAN SOBOL SHAPIRO LLP                         Nickolas J. Hagman
1301 Second Avenue, Suite 2000                          CAFFERTY CLOBES MERIWETHER &
Seattle, WA 98101                                       SPRENGEL LLP
(206) 623-7292                                          135 S. LaSalle Street, Suite 3210
steve@hbsslaw.com                                       Chicago, Illinois 60603
                                                        T: (312) 782-4880

Daniel J. Kurowski
Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
(708) 628-4949
dank@hbsslaw.com
whitneys@hbsslaw.com

*Interim Co-Lead Counsel*

F: (318) 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
205 N. Monroe St.
Media, Pennsylvania 19063
T: (215) 864-2800
bclobes@caffertyclobes.com

*Interim Co-Lead Counsel*

with-

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888)-711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Additional Counsel for Plaintiffs*

By: *Sondra A. Hemeryck*
Patricia Brown Holmes
Sondra A. Hemeryck
Valerie H. Brummel
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
(312) 471-8700
pholmes@rshc-law.com
shemeryck@rsch-law.com
vbrummel@rsch-law.com
bgerdes@rshc-law.com

*Counsel for United Airlines, Inc.*

3