# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK HANSEN and JASON BUFFER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No.: 1:20-CV-02142<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

Pursuant to Local Rule 83.17, attorney Valerie Brummel of Riley Safer Holmes & Cancila LLP respectfully moves to withdraw as one of the attorneys for Defendant United Airlines, Inc. ("United"). United will continue to be represented by other attorneys from Riley Safer Holmes & Cancila.

Dated: July 29, 2022

Respectfully submitted,

*/s/ Valerie Brummel*
Valerie Brummel
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
vbrummel@rshc-law.com

*Attorney for Defendant United Airlines, Inc.*