# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated, | Case No. 1:20-cv-02142 |
| Plaintiffs, | Hon. Thomas M. Durkin |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| UNITED AIRLINES, INC., | |
| Defendant. | |

## EIGHTH JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's July 11, 2022 Order, ECF 130, Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this eighth joint report on the status of discovery.

### I. Production of ESI and Other Documents

Since the last joint status report, United made its production of the revised omnibus dataset referenced in the parties' Joint Motion to Modify Case Management Schedule, ECF 127, on August 4, 2022. United is continuing to collect and review additional documents responsive to Plaintiffs' Requests and expects to make an additional production on or before August 16, 2022. Among other things, United expects that production may consist of additional raw data, emails, attachments, and other ESI.

### II. Progress on Depositions

The parties completed the depositions of both Plaintiffs Buffer and Hansen, on June 10, 2022, and June 17, 2022, respectively. With respect to United's depositions, on April 27, 2022, Plaintiffs served United with a Notice of 30(b)(6) Deposition Notice. United served objections to

the Notice on Plaintiffs' counsel on May 16, 2022. The parties subsequently met and conferred regarding those objections on June 27, 2022. Since then, the parties have resolved the majority of those objections and expect to resolve the remaining objection, concerning a single deposition topic, before the next status hearing. Because the parties expect United's depositions to involve questioning regarding the recently revised omnibus dataset production, the parties are still working together to schedule specific dates.

### III. Proposed Date for Next Joint Report on the Status of Discovery

This case is set for a status hearing on August 11, 2022. The parties propose that the next status hearing be set for September 12, 2022, with the parties' ninth joint report on the status of discovery to be submitted to the Court on September 8, 2022.

| | |
|---|---|
| Dated: August 9, 2022 | Respectfully submitted, |
| By: *Daniel J. Kurowski* | By: *Nickolas J. Hagman* |
| Steve W. Berman | Daniel O. Herrera |
| HAGENS BERMAN SOBOL SHAPIRO LLP | Nickolas J. Hagman |
| 1301 Second Avenue, Suite 2000 | CAFFERTY CLOBES MERIWETHER & |
| Seattle, WA 98101 | SPRENGEL LLP |
| (206) 623-7292 | 135 S. LaSalle Street, Suite 3210 |
| steve@hbsslaw.com | Chicago, Illinois 60603 |
| | T: (312) 782-4880 |
| Daniel J. Kurowski | F: (318) 782-4485 |
| Whitney K. Siehl | dherrera@caffertyclobes.com |
| HAGENS BERMAN SOBOL SHAPIRO LLP | nhagman@caffertyclobes.com |
| 455 N. Cityfront Plaza Dr., Suite 2410 | |
| Chicago, IL 60611 | Bryan L. Clobes |
| (708) 628-4949 | CAFFERTY CLOBES MERIWETHER & |
| dank@hbsslaw.com | SPRENGEL LLP |
| whitneys@hbsslaw.com | 205 N. Monroe St. |
| | Media, Pennsylvania 19063 |
| *Interim Co-Lead Counsel* | T: (215) 864-2800 |
| | bclobes@caffertyclobes.com |
| | *Interim Co-Lead Counsel* |
| | with- |

2

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888)-711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Additional Counsel for Plaintiffs*

By: *Sondra A. Hemeryck*
Patricia Brown Holmes
Sondra A. Hemeryck
Valerie H. Brummel
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
(312) 471-8700
pholmes@rshc-law.com
shemeryck@rsch-law.com
vbrummel@rsch-law.com
bgerdes@rshc-law.com

*Counsel for United Airlines, Inc.*