UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Jacob Rudolph, et al.
                                    Plaintiff,
v.                                                              Case No.: 1:20–cv–02142
                                                                Honorable Thomas M. Durkin
United Airlines Holdings, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 13, 2022:

    MINUTE entry before the Honorable Jeffrey T. Gilbert: Motion hearing held on 9/13/22 via video conference. Plaintiffs' Motion to Compel 111 is granted in part and denied in part for the reasons stated on the record. The parties are directed to the transcript of the hearing for a complete record of the proceeding. Any counsel who wishes to have their appearance noted of record for the hearing should send an email the Court's courtroom deputy (Brenda_Rinozzi@ilnd.uscourts.gov). Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.