**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated, | Case No. 1:20-cv-02142 |
| Plaintiffs, | Hon. Thomas M. Durkin |
| v. | Magistrate Judge Jeffrey T. Gilbert |
| UNITED AIRLINES, INC., | |
| Defendant. | |

**SIXTEENTH JOINT REPORT ON THE STATUS OF DISCOVERY**

Pursuant to the Court's March 23, 2023, Order (ECF 160), Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this sixteenth joint report on the status of discovery.

**I.     Production of ESI and Other Documents**

On September 13, 2022, the Court held a hearing and issued an Order granting in part Plaintiffs' Motion to Compel Discovery (ECF 140). Since then, United has made three productions of documents, with its final production occurring on January 18, 2023.

**II.    Progress on Depositions**

The parties completed the depositions of both Plaintiffs Buffer and Hansen, on June 10, 2022, and June 17, 2022, respectively. With respect to United's depositions, on April 27, 2022, Plaintiffs served United with a Notice of 30(b)(6) Deposition Notice. United served objections to the Notice on Plaintiffs' counsel on May 16, 2022. The parties subsequently met and conferred regarding those objections on June 27, 2022, and resolved those objections before the depositions. The parties have since completed United's Rule 30(b)(6) depositions. The first such

deposition took place on December 2, 2022, the second on December 19, 2022, and the third on January 12, 2023.

As the parties explained in their Joint Motion to Modify the Case Management Schedule (ECF 155), following the completion of the Rule 30(b)(6) depositions and United's final production, the parties met and conferred. At that time, Plaintiffs indicated that they might seek additional narrow and targeted depositions of certain fact witnesses. On January 27, 2023, Plaintiffs served two such deposition notices, for United employees Mina Taheri and Stephanie Sito. United objected that a deposition of Ms. Taheri would be duplicative and cumulative, and requested a meet-and-confer call to discuss the issue. The parties met and conferred about the deposition notices on February 8, 2023, and agreed that Plaintiffs would first take the deposition of Ms. Sito, who is Ms. Taheri's supervisor, and then consider whether they needed to depose Ms. Taheri. The deposition of Ms. Sito took place on March 17, 2023, and Plaintiffs subsequently agreed to withdraw their deposition notice to Ms. Taheri. Separately, on February 10, 2023, Plaintiffs also noticed the deposition of United employee Annalei Avancena. That deposition took place on March 14, 2023. Per the Court's September 27, 2022 Order (ECF No. 142), fact discovery closed on March 28, 2023.

### III. Rule 26(a)(2) Disclosures and Expert Depositions

In accordance with the Court's January 27, 2023 Order (ECF 156), the parties will exchange their Rule 26(a)(2) disclosures on April 20, 2023. The parties also expect to exchange rebuttal expert reports by May 22, 2023, per the January 27, 2023 Order. At this time, the parties anticipate that there will need to be depositions of each party's expert witness(es), which the parties agree should occur after the exchange of rebuttal reports. Given that, and the Court's direction in its most recent order (ECF 160) to address scheduling for expert depositions in this status report, the parties propose that the current deadline for the close of expert discovery be extended by three

weeks, from May 22, 2023, to June 12, 2023, to allow for expert depositions after the exchange of rebuttal reports. To accommodate that three-week extension, the parties also propose that the existing deadlines for class certification briefing be extended by three weeks, as set forth below:

| Event | Existing Deadline | Revised Deadline |
| --- | --- | --- |
| Parties to exchange Rule 26(a)(2) expert disclosures | April 20, 2023 | *April 20, 2023 (<u>no change</u>)* |
| Parties to exchange expert rebuttal reports | May 22, 2023 | *May 22, 2023 (no change)* |
| Expert discovery to be completed | May 22, 2023 | *June 12, 2023* |
| Plaintiffs to file their motion for class certification | June 5, 2023 | *June 26, 2023* |
| United to file its response to motion for class certification | July 11, 2023 | *August 1, 2023* |
| Plaintiffs to file their reply in support of motion for class certification | August 8, 2023 | *August 29, 2023* |

**IV.     Proposed Date for Next Joint Report on the Status of Discovery**

The parties propose that the parties' seventeenth joint report on the status of discovery be submitted to the Court on May 10, 2023.

Dated: April 10, 2023                                            Respectfully submitted,

By: *Daniel J. Kurowski*                                       By: *Nickolas J. Hagman*
Steve W. Berman                                                   Daniel O. Herrera
HAGENS BERMAN SOBOL SHAPIRO LLP        Nickolas J. Hagman
1301 Second Avenue, Suite 2000                       CAFFERTY CLOBES MERIWETHER &
Seattle, WA 98101                                                  SPRENGEL LLP
(206) 623-7292                                                        135 S. LaSalle Street, Suite 3210
steve@hbsslaw.com                                             Chicago, Illinois 60603
                                                                              T: (312) 782-4880
Daniel J. Kurowski                                               F: (318) 782-4485
Whitney K. Siehl                                                   dherrera@caffertyclobes.com
HAGENS BERMAN SOBOL SHAPIRO LLP        nhagman@caffertyclobes.com

| | |
|---|---|
| 455 N. Cityfront Plaza Dr., Suite 2410<br>Chicago, IL 60611<br>(708) 628-4949<br>dank@hbsslaw.com<br>whitneys@hbsslaw.com<br><br>*Interim Co-Lead Counsel* | Bryan L. Clobes<br>CAFFERTY CLOBES MERIWETHER &<br>SPRENGEL LLP<br>205 N. Monroe St.<br>Media, Pennsylvania 19063<br>T: (215) 864-2800<br>bclobes@caffertyclobes.com<br><br>*Interim Co-Lead Counsel*<br><br>with-<br><br>Joseph G. Sauder<br>Joseph B. Kenney<br>SAUDER SCHELKOPF LLC<br>1109 Lancaster Ave.<br>Berwyn, PA 19312<br>Telephone: (888)-711-9975<br>Facsimile: (610) 421-1326<br>jgs@sstriallawyers.com<br>jbk@sstriallawyers.com<br><br>*Additional Counsel for Plaintiffs* |
| By: *Sondra A. Hemeryck*<br>Patricia Brown Holmes<br>Sondra A. Hemeryck<br>Eli J. Litoff<br>Brendan J. Gerdes<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W. Madison St., Suite 2900<br>(312) 471-8700<br>pholmes@rshc-law.com<br>shemeryck@rsch-law.com<br>elitoff@rsch-law.com<br>bgerdes@rshc-law.com<br><br>*Counsel for United Airlines, Inc.* | |