UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 1:20-cv-02142<br><br>Hon. Thomas M. Durkin<br><br>Magistrate Judge Jeffrey T. Gilbert |

## EIGHTEENTH JOINT REPORT ON THE STATUS OF DISCOVERY

Pursuant to the Court's May 18, 2023 Order (ECF 164), Plaintiffs Mark Hansen and Jason Buffer ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant" or "United") submit this eighteenth joint report on the status of discovery.

**I.    Production of ESI and Other Documents.**

On September 13, 2022, the Court held a hearing and issued an Order granting in part Plaintiffs' Motion to Compel Discovery (ECF 140). Since then, United has made three productions of documents, with its final production occurring on January 18, 2023. Per the Court's Order of September 27, 2022 (ECF No. 142), fact discovery closed on March 28, 2023.

**II.    Progress on Depositions.**

The parties completed the depositions of both Plaintiffs Buffer and Hansen, on June 10, 2022, and June 17, 2022, respectively. With respect to United's depositions, on April 27, 2022, Plaintiffs served United with a Notice of 30(b)(6) Deposition Notice. United served objections to the Notice on Plaintiffs' counsel on May 16, 2022. The parties subsequently met and conferred regarding those objections on June 27, 2022, and resolved those objections before the

depositions. The parties have since completed United's Rule 30(b)(6) depositions. The first such deposition took place on December 2, 2022, the second on December 19, 2022, and the third on January 12, 2023.

As the parties explained in their Joint Motion to Modify the Case Management Schedule (ECF 155), following the completion of the Rule 30(b)(6) depositions and United's final production, the parties met and conferred. At that time, Plaintiffs indicated that they might seek additional narrow and targeted depositions of certain fact witnesses. On January 27, 2023, Plaintiffs served two such deposition notices, for United employees Mina Taheri and Stephanie Sito. United objected that a deposition of Ms. Taheri would be duplicative and cumulative, and requested a meet-and-confer call to discuss the issue. The parties met and conferred about the deposition notices on February 8, 2023, and agreed that Plaintiffs would first take the deposition of Ms. Sito, who is Ms. Taheri's supervisor, and then consider whether they needed to depose Ms. Taheri. The deposition of Ms. Sito took place on March 17, 2023, and Plaintiffs subsequently agreed to withdraw their deposition notice to Ms. Taheri. Separately, on February 10, 2023, Plaintiffs also noticed the deposition of United employee Annalei Avancena. That deposition took place on March 14, 2023. Per the Court's Order of September 27, 2022 (ECF No. 142), fact discovery closed on March 28, 2023.

**III.     Rule 26(a)(2) Disclosures and Expert Depositions.**

In accordance with the Court's January 27, 2023 Order (ECF 156), the parties exchanged their Rule 26(a)(2) disclosures on April 20, 2023 and rebuttal reports on May 22, 2023. Plaintiffs deposed United's expert on June 1, 2023, and United deposed Plaintiffs' expert on June 6, 2023.

**IV.     Proposed Date for Next Joint Report on the Status of Discovery.**

Per the Court's Orders of September 27, 2022 (ECF 142) and January 27, 2023 (ECF 156), both fact and expert discovery are now closed. The parties defer to the Court on whether, given

2

that circumstance, the Court would like the parties to file any further joint reports on the status of discovery.

Dated: June 12, 2023                                   Respectfully submitted,

By: *Daniel J. Kurowski*                               By: *Nickolas J. Hagman*

Steve W. Berman                                        Daniel O. Herrera
HAGENS BERMAN SOBOL SHAPIRO LLP                        Nickolas J. Hagman
1301 Second Avenue, Suite 2000                         CAFFERTY CLOBES MERIWETHER &
Seattle, WA 98101                                      SPRENGEL LLP
(206) 623-7292                                         135 S. LaSalle Street, Suite 3210
steve@hbsslaw.com                                      Chicago, Illinois 60603
                                                       T: (312) 782-4880
Daniel J. Kurowski                                     F: (318) 782-4485
Whitney K. Siehl                                       dherrera@caffertyclobes.com
HAGENS BERMAN SOBOL SHAPIRO LLP                        nhagman@caffertyclobes.com
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611                                      Bryan L. Clobes
(708) 628-4949                                         CAFFERTY CLOBES MERIWETHER &
dank@hbsslaw.com                                       SPRENGEL LLP
whitneys@hbsslaw.com                                   205 N. Monroe St.
                                                       Media, Pennsylvania 19063
*Interim Co-Lead Counsel*                              T: (215) 864-2800
                                                       bclobes@caffertyclobes.com

                                                       *Interim Co-Lead Counsel*

                                                       with-

                                                       Joseph G. Sauder
                                                       Joseph B. Kenney
                                                       SAUDER SCHELKOPF LLC
                                                       1109 Lancaster Ave.
                                                       Berwyn, PA 19312
                                                       Telephone: (888)-711-9975
                                                       Facsimile: (610) 421-1326
                                                       jgs@sstriallawyers.com
                                                       jbk@sstriallawyers.com

                                                       *Additional Counsel for Plaintiffs*


By: *Sondra A. Hemeryck*

Patricia Brown Holmes

3

Sondra A. Hemeryck
Eli J. Litoff
Brendan J. Gerdes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Suite 2900
(312) 471-8700
pholmes@rshc-law.com
shemeryck@rsch-law.com
elitoff@rsch-law.com
bgerdes@rshc-law.com

*Counsel for United Airlines, Inc.*