# **EXHIBIT 3**

# **(Redacted)**

## Page 1

```
1           IN THE UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF ILLINOIS
3                    EASTERN DIVISION
4
5     MARK HANSEN, and JASON BUFFER    )
6     individually and on behalf of all )
7     others similarly situated,       )
8                                      )
9          Plaintiffs,                 )
10                                     ) Case No. 1:20-cv-
11                                     ) 02142
12          v.                         )
13                                     )
14    UNITED AIRLINES, INC.,           )
15                                     )
16         Defendant.                  )
17
18
19
20    The videotape deposition of JEFF CHRISTENSEN, taken
21    under oath on December 2, 2022, at 9:27 a.m., via web
22    conference, before Jason Fallen, CSR, in and
23    for the County of Cook and State of Illinois.
24
25
```

## Page 2

```
1     APPEARANCES:
2
3       CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP, by
4       MR. JOE KENNEY and MS. OLIVIA LAWLESS
5       135 South LaSalle Street, Suite 3210
6       Chicago, Illinois 60603
7       Appeared on behalf of the plaintiff;
8
9       RILEY SAFER HOLMES & CANCILA LLP, by
10      MS. SONDRA A. HEMERYCK, MR. ELI LITOFF,
11      MR.  BRENDAN GERDES, and MS. JAVARIA NEAGLE.
12      70 West Madison Street, Suite 2900
13      Chicago, Illinois 60602
14      Appeared on behalf of the defendant.
15
16
17    ALSO PRESENT:
18      Jason Fallen, Videographer
19
20
21
22
23
24
25
```

## Page 3

```
1                    I N D E X
                                  PAGE
2
   Examination by Mr. Kenney           6
3
   Examination by Ms. Hemeryck         252
4
   Re-examination by Mr. Kenney        261
5
6
              E X H I B I T S
7
   DEPOSITION EXHIBIT               PAGE
8
   Exhibit 1    30(b)(6) notice     14
9
   Exhibit 2    United 574          23
10
   Exhibit 3    United 575          60
11
   Exhibit 4    United 576          64
12
   Exhibit 5    United 577          67
13
   Exhibit 6    United 578          68
14
   Exhibit 7    United 579          73
15
   Exhibit 8    United 580          81
16
   Exhibit 9    United 581          84
17
   Exhibit 10   United 611          96
18
   Exhibit 11   Confidential United 612   109
19
   Exhibit 12   Confidential United 613   110
20
   Exhibit 13   Confidential United 610   112
21
   Exhibit 14   United 78664        115
22
   Exhibit 15   United 178676       172
23
   Exhibit 16   121521              246
24
   Exhibit 17   United 87227        250
25
```

## Page 4

```
1                   P R O C E E D I N G S
2          THE COURT REPORTER:  I just have a couple of
3     things to mention prior to going on the record.  Remote
4     deposi ions are more challenging.  We kindly ask all
5     participants to speak clearly and one at a time.
6          The witness will be sworn in remotely.  The
7     parties agree not to challenge the validity of the
8     oath, even if the court reporter is not physically
9     present wi h the witness and not a notary public in the
10    state where the witness resides.
11         Here begins the web conference deposi ion of Jeff
12    Christensen in the matter of Hansen and Buffer versus
13    United Airlines.  Today's date is December 2nd, 2022
14    and the time is 9:27 a.m. Central Time.  My name is
15    Jason Fallen of Thompson Court Reporters.
16         Beginning with the noticing party, will counsel
17    please introduce themselves, state whom they represent,
18    and stipulate to the swearing in of the witness
19    remotely.
20         MR. KENNEY:  Good morning, Joseph Kenney of Sauder
21    Schelkopf on behalf of the plaintiffs.  And I stipulate
22    to the witness being sworn in remotely.
23         MS. HEMERYCK:  Do you want Ms. Lawless to
24    introduce herself on the record as well?
```

1 (Pages 1 to 4)

## Page 5

1    COURT REPORTER: Yes, please.
2    MS. LAWLESS: Hi, I'm Olivia Lawless, also for the
3  plaintiff.
4    MS. HEMERYCK: Sondra Hemeryck for the defendant.
5  And we stipulate to the remote swearing in.
6    MS. LITOFF: Eli Litoff, also on behalf of the
7  defendant.
8    MR. GERDES: Brendan Gerdes, also on behalf of the
9  defendant.
10    MS. NEAGLE: Bosley (ph.) Javaria Neagle, also on
11  behalf of the defendant.
12    MS. HEMERYCK: And Javaria is in-house counsel at
13  United.
14    MR. KENNEY: Okay. And is she sitting out of
15  frame?
16    MS. HEMERYCK: She is.
17    MR. KENNEY: Okay.
18    MS. NEAGLE: I am. I'm over here.
19    MS. HEMERYCK: That was her hand.
20    THE COURT REPORTER: Will the witness please raise
21  your right hand?
22            JEFF CHRISTENSEN
23  the deponent herein, called as a witness, after
24  having been first duly sworn, was examined and

## Page 6

1  testified as follows:
2    THE COURT REPORTER: The witness has declared
3  their testimony during this proceeding is under oath.
4  The parties have stated their agreement on the record.
5  Counsel, you may proceed.
6    MS. HEMERYCK: And Mr. Kenney, as I said before we
7  got on the record, and I just wanted to put it on the
8  record now. We do not object to the recording of this
9  deposition using the Zoom platform, but United does not
10  concede that that is a proper video recording of a
11  deposition under the federal rules. And we don't
12  concede that the video can be used.
13    MR. KENNEY: Understood.
14            EXAMINATION
15  BY MR. KENNEY:
16    Q. Good morning, Mr. Christensen. Could you
17  please state and spell your name for the record,
18  please?
19    A. Jeff Christensen, J-E-F-F, last name, C-H-R-
20  I-S-T-E-N-S-E-N.
21    Q. What city do you currently reside in?
22    A. I live in Hoffman Estates, Illinois.
23    Q. I represent the plaintiffs in a currently
24  pending class action case against United Airlines. Do

## Page 7

1  you understand that?
2    A. Yes.
3    Q. Throughout the deposition, I may refer to
4  United Airlines Inc. as United or United Airlines. If
5  I say United or United Airlines, you understand that
6  I'm referring to United Airlines Inc.?
7    A. Yes.
8    Q. Have you ever been deposed before?
9    A. Yes, I have.
10    Q. How many times have you been deposed in the
11  last five years?
12    A. One other time.
13    Q. Sorry, could you state that one more time?
14    A. One other time.
15    Q. Do you remember what case that was in?
16    A. I don't remember the exact name of the case,
17  no. That was deposed by the Department of Justice.
18    Q. Do you remember what that case was about?
19    A. Google Incorporated.
20    Q. Do you remember what the subject matter in
21  the case was?
22    A. I do not recall.
23    Q. And you were testifying on behalf of United?
24    A. I was.

## Page 8

1    Q. Would United have been the defendant in that
2  case?
3    A. No.
4    Q. Have you ever testified at trial?
5    A. I have not.
6    Q. Let's go over some quick ground rules. Do
7  you understand that you took an oath to tell the truth
8  today?
9    A. I do.
10    Q. Do you understand that you're under the same
11  oath to tell the truth today as if you were in a court
12  room in front of a judge?
13    A. I do.
14    Q. If for some reason you can't answer one of my
15  questions truthfully, do you agree to tell me that?
16    A. Yes.
17    Q. I'm going to assume that you understand the
18  questions I ask unless you tell me that you don't
19  understand them. Is that fair?
20    A. Yes.
21    Q. And your answers are being recorded by the
22  court reporter for a transcript. It's important for
23  the transcript that we don't talk over each other.
24  I'll do my best not to cut you off while you're

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

## Page 9

1 talking, and I ask that you please extend me the same
2 curtesy. Does that work for you?
3     A. Yes, it does.
4     **Q. And it's also important to make sure that**
5 your responses are clear and audible, which you're
6 doing a great job of so far. Unlike in a normal
7 conversation, we need to verbalize our responses today.
8 you can't nod or shake your head in response to a
9 question. Do you understand that?
10     A. I do.
11     **Q. Have you ever used Zoom before?**
12     A. I have.
13     **Q. Do you have any questions about using Zoom**
14 today?
15     A. I do not.
16     **Q. Do you have your cell phone near you?**
17     A. I do. It's in my pocket.
18     **Q. Do you agree not to text anyone or otherwise**
19 communicate with anyone through your cell phone while
20 you're on the record and providing testimony today?
21     A. Yes.
22     **Q. Are you currently on any medication that**
23 would prevent you from testifying truthfully today?
24     A. I am not.

## Page 10

1     **Q. Is there anything else that might keep you**
2 from testifying truthfully and accurately today?
3     A. No, sir.
4     **Q. If you need a break, let me know. I'll be**
5 happy to accommodate you. The only qualification is
6 that, if there's a question pending, I ask that you
7 answer the question first and then we can take a break
8 after, okay?
9     A. Okay.
10     **Q. Do you understand the answers you provide**
11 today may be used later on in this litigation?
12     A. Yes.
13     **Q. Do you have any questions about the**
14 procedures for today?
15     A. I do not.
16     **Q. Do you have any documents sitting in the room**
17 with you now?
18     A. I do not.
19     **Q. And you're sitting in front of a laptop**
20 computer; is that correct?
21     A. I am.
22     **Q. Other than Zoom, do you have anything open on**
23 your computer right now?
24     A. I do not.

## Page 11

1     **Q. I ask that you don't open anything else on**
2 your computer, including any other programs or
3 documents during the time we're on the record today and
4 that you're, in the time that you're providing
5 testimony. Do you agree to that?
6     A. I do.
7     **Q. And if you open something on your computer**
8 while we're on the record and you're providing
9 testimony, do you agree to tell me that?
10     A. Yes, I do.
11     **Q. Did you do anything to prepare for your**
12 deposition today?
13     A. I did.
14     **Q. What did you do?**
15     A. I met with our legal counsel. Given that the
16 deposi ion's been rescheduled a couple of times, we've
17 met I think four or five times to ensure that I was
18 prepared for the deposi ion. I've also met wi h
19 experts at United so hat I'm able to respond to
20 questions that you might have about various areas of
21 United.
22     **Q. And what experts at United did you meet with?**
23     A. Names?
24     **Q. Yes.**

## Page 12

1     A. Okay. Tina or Mina Taheri, Jim Conneely,
2 Brian Miller (ph.), can't remember Andrew's (ph.) name,
3 but he does operational analytics. I believe that's
4 the list of people that I've met with.
5     **Q. And earlier, you said that you met four to**
6 five times with legal counsel. Be that -- would that
7 be counsel that's currently present in the room with
8 you?
9     A. It is.
10     **Q. When was the first time you met with counsel**
11 to prepare for this deposition?
12     A. I do not recall the exact date. It was a
13 week or two prior to the initial time that we were
14 going to have the deposition held.
15     **Q. And when was the last time you met with legal**
16 counsel to prepare for the deposition today?
17     A. I met with them yesterday.
18     **Q. And altogether, about how long would you say**
19 you met with your legal counsel to prepare for today's
20 deposition?
21     A. I would say 16, 17 hours, somewhere in that
22 range.
23     **Q. And during those meetings, was anybody other**
24 than your attorneys present?

3 (Pages 9 to 12)

## Page 13

1 A. We did have, as I mentioned, there was times
2 when I was ta king to experts. And so, Brian Miller,
3 for an example, would have been present during one of
4 the conversations that we had.
5 Q. And that would be just you and Mr. Miller
6 present; is that correct?
7 A. The conversation was between Brian and I. We
8 did, on one occasion, have legal counsel present.
9 Q. Did you review any documents during those
10 meetings with your counsel?
11 A. With Brian Miller?
12 Q. With legal counsel in the room right now.
13 A. I, as we ta ked to some of the experts, yes,
14 we went over documents that have been provided as part
15 of this case.
16 Q. And do you recall approximately how many
17 documents you reviewed?
18 A. I don't recall the exact number. Around 25
19 is what I would estimate.
20 Q. Were most of those spreadsheets, if you can
21 remember?
22 A. Several of them were spreadsheets. Some of
23 them were emails or other communications that United
24 sent out.

## Page 14

1 Q. And to your knowledge, those emails and
2 communications were produced in this litigation?
3 A. Yes, they were.
4 Q. Did you independently review any documents or
5 information outside of your means with counsel, or with
6 United experts to prepare for your deposition today?
7 A. I created some of the data that we'll discuss
8 that's been provided. And so, yes. I have, in fact,
9 produced data, a data set for this case.
10 Q. And are you referring to the spreadsheets?
11 A. Yes. Not all of them, but some of them, yes.
12 MR. KENNEY: All right. Olivia, can you hand over
13 the 30(b)(6) notice, please? We'll mark that as
14 Exhibit 1.
15 (Whereupon Exhibit No. 1 was
16 marked for identification by
17 the court reporter.)
18 MS. LAWLESS: Sure.
19 MR. KENNEY: And take your time reviewing that.
20 Let me know when you're done.
21 MR. CHRISTENSEN: Okay.
22 BY MR. KENNEY:
23 Q. Have you seen that document before?
24 A. Yes, I have.

## Page 15

1 Q. Do you have an understanding of what that
2 document is?
3 A. I do understand that it's a list of topics
4 that will be covered during the deposition.
5 Q. Sure. And I'll represent for the record that
6 it's a deposition notice that plaintiffs issued to
7 United Airlines. Do you understand that United has
8 designated you to testify on its behalf today regarding
9 certain, of these topics?
10 A. I do.
11 Q. Please, flip to topic one, which I believe is
12 on pages two and three of the notice.
13 A. On pages three.
14 Q. It spans to page three because there are a
15 lot of subtopics. Do you believe that you're
16 knowledgeable to provide testimony today regarding
17 topic one?
18 A. I am.
19 Q. And why is that?
20 A. I, at United, I've held respons bility to
21 actually do analysis or to produce datasets. Some of
22 the data that we'll cover today, I actually invested
23 the time to create. Other datasets, I either have had
24 familiarity with the data in the past being that I've

## Page 16

1 worked in that database, that table. And others, I've
2 ta ked to experts at United to understand what's in the
3 dataset.
4 Q. Sitting here right now, and we'll cover this
5 again later, did you, can you point at any of the
6 particular bates numbered in the spreadsheets in topic
7 one and let me know if you created that particular
8 spreadsheet?
9 MS. HEMERYCK: Objection, you might need to show
10 him the actual -- he probably hasn't memorized the
11 bates numbers of the specific spreadsheets.
12 MR. CHRISTENSEN: I'm not familiar with the bates
13 numbers, but I can, certainly, if you were to show me a
14 spreadsheet, I could answer your questions.
15 MR. KENNEY: Understood.
16 BY MR. KENNEY:
17 Q. Could you turn to page four, please? And
18 topic four on page four states whether and how
19 defendant records the channel, e.g., travel agent,
20 United's website, or a third-party website through
21 which ticket passengers purchase airline tickets.
22 Do you believe that you are knowledgeable to
23 provide testimony regarding topic number four?
24 A. Yes.

4 (Pages 13 to 16)

## Page 17

1      **Q.  And why is that?**

2      A.  I've used the underlying table that contains

3  this.

4      **Q.  And when you say underlying table, what are**

5  **you referring to?**

6      A.  In our data warehouse, the work you've got

7  here, the channel through which tickets, passengers

8  purchase airline tickets is stored in a table called

9  TCN Channel.  It's one that I have used in analysis

10  before, it's one I have familiarity with.

11      **Q.  And then, on the same page, if you look down**

12  **to topic six, topic six states the defendant's policies**

13  **and practices are related to the provision of refunds**

14  **that ticketed passengers on flights that are, one,**

15  **delayed or two, cancelled by United.**

16      **Do you believe that you are knowledgeable to**

17  **provide testimony regarding the topic of number six?**

18      A.  I am.

19      **Q.  and why is that?**

20      A.  During the pandemic, I was involved in a

21  project where we updated our systems to capture our, I

22  guess, the customer's eligibility or potential

23  eligibility for a refund.  And so, as we were working

24  to ensure customers could get refunds, I was part of

## Page 18

1  the team that actually enabled our systems to provide

2  refunds more effectively, more efficiently.

3      **Q.  Do you recall when that team was first**

4  **formed?**

5      A.  I don't recall the exact date.  It was in

6  March of 2020.

7      **Q.  Would you turn to page five for me?**

8      A.  Topic nine.

9      **Q.  Yep.  Topic nine states whether, when, and**

10  **how defendant collects, records, and maintains data**

11  **reflecting a passenger's request for a refund.  Do you**

12  **believe that you're knowledgeable to provide testimony**

13  **regarding topic number nine?**

14      A.  I am.

15      **Q.  And why is that?**

16      A.  I've spoken with United's refund expert, who

17  runs our refund division.

18      **Q.  And what's his name or her name?**

19      A.  Her name is Mina Taheri.

20      **Q.  And you said she's with the refund division**

21  **of United?**

22      A.  Yeah.

23      **Q.  Is she in charge of that division, do you**

24  **know?**

## Page 19

1      A.  She runs the day-to-day operations of our

2  refunds team, yes.

3      **Q.  And on the same page, topic 11 states the**

4  **processes or procedures defendant utilized to process**

5  **refunds during the relevant time period.  Do you**

6  **believe that you're knowledgeable to provide testimony**

7  **regarding topic number 11?**

8      A.  I do.

9      **Q.  And why is that?**

10      A.  Again, I've spoken at length with Mina Taheri

11  to understand the processes that were utilized to make

12  refunds happen.

13      **Q.  On how many occasions did you speak with**

14  **Mina?**

15      A.  Two.

16      **Q.  And how long did each of those occasions**

17  **last?**

18      A.  The first one was under an hour; I think it

19  was 40 or so minutes.  The second was closer to an

20  hour.

21      **Q.  And then, also on that same page, on page**

22  **number five, topic twelve states whether defendant**

23  **automatically issued refunds for flights that have**

24  **cancelled and, if not, why not.  Do you believe you're**

## Page 20

1  **knowledgeable to provide testimony regarding topic**

2  **number 12?**

3      A.  I do.

4      **Q.  And why is that?**

5      A.  My experience with the, again, the team that

6  was set up to make the refunds more efficient at

7  United.

8      **Q.  Who else is on that team?**

9      A.  Somebody who worked for me named Tye

10  Radcliffe was part of that team.

11      MR. CHRISTENSEN:  I lost the Zoom.

12      MR. KENNEY:  I'm sorry, I didn't hear you at the

13  end.  What did you say?

14      MR. CHRISTENSEN:  My Zoom just crashed.  Do you

15  want to wait and let me boot back up here?

16      MR. KENNEY:  Sure.  Let's go off the record while

17  we wait for that.

18      THE COURT REPORTER:  We are off the record at 9:48

19  a.m.

20      (Whereupon, a short break was

21      taken.)

22      THE COURT REPORTER:  We are back on the record at

23  9:49 a.m. Central time.

24  BY MR. KENNEY:

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 21

1  Q.  Just before we went off the record, I believe
2  you were stating that you were knowledgeable to provide
3  testimony on topic 12 because of your experience with
4  the refund team that was set up during the pandemic at
5  United; is that accurate?
6  A.  Yes.
7  Q.  And I had just asked you who was on that
8  team, and then your Zoom crashed.  I think the first
9  name I heard was Tye Radcliffe.
10  A.  Correct.  So Tye worked for me.  Other folks
11  that I recall being on that team are Mina Taheri, who
12  I've mentioned previously.  Kathy Colombo (ph.) who was on
13  that team; she works in our communications department.
14  She specifically works with travel agencies.
15  Brandy Maxwell, who works in our contact centers.
16  Raul Kamore (ph.), who was in IT.  I'm not recalling
17  any other folks who were involved.
18  Q.  And if, I believe her name was Brandy, you
19  said that she worked in the contact centers.  What is
20  the contact center?
21  A.  So this is our, you know, typically called a
22  reservation center.  So they are those who would answer
23  the phone when a customer calls.
24  Q.  You can set Exhibit 1 to the side for right

Page 22

1  now.  Did you graduate from college?
2  A.  Yeah.
3  Q.  Where'd you go to college?
4  A.  I have a bachelor's degree from the
5  University of Utah.  I have a master's degree from
6  Indiana University.
7  Q.  When did you graduate from Utah?
8  A.  2004.
9  Q.  When did you graduate from Indiana?
10  A.  2006.
11  Q.  What's your current job title at United?
12  A.  I am the Director of Distr bution.
13  Q.  When did you start that role?
14  A.  In my current capacity, I started October of
15  2021.
16  Q.  What did you mean by, in your current
17  capacity?
18  A.  I work in distribution as in other times,
19  this is my second stint in distribution.
20  Q.  And prior to October of 2021, were you also
21  employed by United?
22  A.  Yes.
23  Q.  What was your prior role?
24  A.  I was the Director of Pacific Revenue

Page 23

1  Management.
2  Q.  Did you say Pacific?
3  A.  As in the ocean or region, yes.
4  Q.  And when did you start that position?
5  A.  I started that October of 2020.
6  Q.  And prior to that, were you also employed by
7  United?
8  A.  Yes.
9  Q.  And what was your previous role?
10  A.  It was the, I was over distribution and
11  ancillary pricing.
12  Q.  And when'd you start that role?
13  A.  It was in 2017.
14  Q.  All right.  So I'm going to share my screen
15  and we're going to look at what we'll refer to as
16  Exhibit 2.
17  (Whereupon Exhibit No. 2 was
18  marked for identification by
19  the court reporter.)
20  MR. KENNEY:  Due to the size of the spreadsheets,
21  I know for the court reporter's sake, you asked that
22  the exh bits be emailed.  Did the spreadsheets, I
23  think, collectively are 30 gigabytes.  I think many of
24  the spreadsheets are well over two gigabytes.

Page 24

1  So we will figure out offline the best way to get
2  you those spreadsheets as part of the record for the
3  deposition.  But for now, the most efficient way I can
4  see is to do a screen share and work our way through
5  the spreadsheets.
6  I've shared my screen.  Can you see that,
7  Mr. Christensen?
8  MR. CHRISTENSEN:  Yes, I can.
9  MR. KENNEY:  Is the text large enough?  Or would
10  you like me to zoom in further?
11  MR. CHRISTENSEN:  For me, it's sufficiently large,
12  yes.
13  MS. HEMERYCK:  And, Counsel, do you by chance see
14  if you have the bates number of this one, also stamped?
15  MR. KENNEY:  Yes.  I'll put it on the record in a
16  second.
17  MS. HEMERYCK:  Okay.
18  MR. KENNEY:  And I just want to confirm, nobody
19  else can ese anything on my computer other than the
20  Excel spreadsheet; is that correct?
21  MS. HEMERYCK:  Yes, that's correct, for me at
22  least.
23  MR. KENNEY:  Always a concern.  Not that there's
24  anything.  For the record, this spreadsheet is stamped

6 (Pages 21 to 24)

## Page 25

1   United 574.
2   BY MR. KENNEY:
3     **Q. Mr. Christensen, have you seen this document**
4   **before?**
5     A. Yes, I've seen this spreadsheet, or one that
6   looks very similar to it, at least.
7     **Q. Were you involved in the creation of the**
8   **spreadsheet?**
9     A. I was not.
10     **Q. Do you know who was?**
11     A. I do.
12     **Q. And who was that?**
13     A. Mina Taheri.
14     **Q. Was it just Mina or was there other**
15   **individuals involved?**
16     A. My understanding, it was just Mina.
17     **Q. Do you know why this spreadsheet was created?**
18     MS. HEMERYCK: And I want to object to the extent
19   that this potentially gets into attorney-client
20   privilege communications over work product. You can
21   answer.
22     MR. KENNEY: Understood. And for the record, I'm
23   not asking at any point did I infer the substance of
24   any of your communications with your attorneys.

## Page 26

1     MR. CHRISTENSEN: I don't know the specific reason
2   why this was provided.
3   BY MR. KENNEY:
4     **Q. Can you tell me generally, in broad strokes**
5   **to start with, what this spreadsheet is depicting?**
6     A. Each row represents a refund that was given,
7   and so this is by ticket number. Each ticket is a
8   purchase for travel at United Airlines. It represents
9   one customer's purchase and itinerary or travel. So
10   this is row-by-row various tickets that were refunded
11   during the end of March and beyond time period. March
12   through the end of 2020.
13     I do recall the spreadsheets and the data that's
14   provided here.
15     **Q. It looks like there is two different sheets**
16   **to the spreadsheet, and that's at the bottom. Here, I**
17   **can click on one. I'll zoom that in so you can see**
18   **that one, too. Do you know why there are two different**
19   **sheets in this spreadsheet.**
20     A. One is a continua ion of the data.
21     **Q. Right. And to me, it looks like the second**
22   **sheet has the same data categories, but likely has**
23   **different underlying data; would you agree with that**
24   **statement?**

## Page 27

1     A. Yes.
2     **Q. Was the data in this spreadsheet populated**
3   **from a particular database?**
4     A. It was.
5     **Q. Which database?**
6     A. This is our refund system. The data pulled
7   from our refund system.
8     **Q. And who has access to this database at**
9   **United?**
10     A. The refunds team does. Beyond that, I don't
11   know.
12     **Q. The data in the spreadsheet that we're**
13   **looking at, that's data that's stored in-house at**
14   **United; is that correct?**
15     A. It is stored by United in a data warehouse,
16   yes.
17     **Q. Let's start with the first column, which is**
18   **TKTNUM. I'm assuming that refers to ticket number?**
19     A. It does.
20     **Q. Does every ticket purchase for United Flight**
21   **come with a ticket number?**
22     A. They do.
23     **Q. Is a ticket number assigned at the time of**
24   **sale? Or at the time of check-in for the flight?**

## Page 28

1     A. It is assigned at the time of sale. When the
2   purchase occurs, that's when the ticket number is
3   produced.
4     **Q. Are ticket numbers unique?**
5     A. They are not. They actually end up being
6   recycled. So I'd say, a 13-digit number and we do end
7   up recycling ticket numbers as needed.
8     **Q. Could two passengers have the same ticket**
9   **number on the same flight?**
10     A. No. They could not have the same ticket
11   number on the same flight.
12     **Q. If someone doesn't check in for a flight, is**
13   **that ticket number released or reused immediately?**
14     A. It is not.
15     **Q. Does that just skip that and when all the**
16   **data for the ticket number cycles back, it's used**
17   **again?**
18     MS. HEMERYCK: Objection, vague and ambiguous.
19   BY MR. KENNEY:
20     **Q. You can answer the question, if you**
21   **understand it.**
22     A. I do not understand the question.
23     **Q. I'm asking, so let's say someone doesn't**
24   **check in for their flight. Is that ticket number**

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 29

1  immediately reused?  Or is it reused when all of the
2  ticket numbers, kind of, circle back, like you were
3  saying, and reset over time?
4      A.  Neither of those statements are true.
5      Q.  Okay.  So if someone misses their flight and
6  then, the agent at the gate gives that seat to someone
7  on the wait list, the person who is moved from the wait
8  list to the flight to take that seat gets a new ticket
9  number?
10     A.  No, they would not receive a new ticket
11  number.
12     Q.  Can a ticket number include multiple seats on
13  the same flight?
14     A.  It cannot.
15     Q.  So each seat on a flight has a unique ticket
16  number; is that correct?
17     A.  Correct.
18     Q.  We talked about the refund data warehouse
19  earlier.  Are ticket numbers stored in any other
20  databases?
21     A.  Yes.
22     Q.  Do you know which databases?



Page 31

1  the topics he's sitting in for.  So he's obviously
2  giving that testimony based on his personal knowledge
3  as an individual as opposed to on behalf of United
4  because I believe that's outside of the scope of the
5  topics.
6      MR. KENNEY:  I'm not sure I agree with that, but
7  understood.  I think it's covered by topic 1B.  But
8  moving on.
9  BY MR. KENNEY:
10     Q.  Next up is PAX name.  Does that refer to
11  passenger name?
12     A.  It does.
13     Q.  So PAX is basically shorthand for passenger?
14     A.  It is.
15     Q.  Does United require a passenger name for
16  every ticket it sells?
17     A.  We do.  It's required by law, by regulations
18  of the government.
19     Q.  All of the data in this column is listed as
20  redacted.  Is it fair to say that United has the name
21  of the passenger associated with these tickets stored
22  in its databases?
23     A.  We do have passengers' name in our database,
24  yes.

Page 30



22     MS. HEMERYCK:  And for the record, Counsel, I
23  think all this, these questions about these other
24  databases or ticket numbers are outside the scope of

Page 32

1      Q.  Can there only be one passenger name
2  associated with each ticket number?
3      A.  Yes.
4      Q.  So I couldn't buy two seats under my own name
5  on a United Flight; is that right?
6      A.  You cannot have two ticket numbers for one
7  flight that have the same person for both tickets.  The
8  passenger names would be different.
9      Q.  Next up is sale date of issue.  What does
10  sale date of issue refer to in the context of this
11  spreadsheet?
12     A.  That would, that is when the ticket number
13  was assigned.  That is also when the payment was made
14  for travel.
15     Q.  And the data field's immediately below sale
16  date of issue, it was, what I can tell, to be two
17  numbers.  The first appears to be a date; would you
18  agree with that?
19     A.  It is a date.
20     Q.  So, looking at this first, the second row of
21  the spreadsheet, that'd be April 3rd, 2020?
22     A.  It is April 3rd, 2020, yes.
23     Q.  I wanted to quickly organize the data.  It
24  looks like the sale date of issue range for this

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 33

1  spreadsheet is March 1st, 2019 to April 29, 2020. I
2  can scroll through it if that would be helpful for you.
3  I'm not sure how well the display is on your screen.
4     A.  I can see it, yes.
5     Q.  Would you agree with that statement?
6     A.  Please, repeat the statement.
7     Q.  It looks like the sale date of issue range
8  for this spreadsheet is March 1st, 2019 to April 29,
9  2020; would you agree with that?
10    A.  The spreadsheet, yes.  That is correct.
11    Q.  Do you know why that date range was selected
12 for this particular spreadsheet?
13    MS. HEMERYCK:  Same caution about privileged
14 information.
15    MR. CHRISTENSEN:  As I understand it, I shared
16 previously, we were previously looking at refunds for
17 March 2020 through the end of 2020.  And so, March
18 through December 2020.  And so, this would include
19 purchases that happened before then.  You'd have to
20 purchase in order to be a, to be refunded.
21    And so, it naturally follows that these purchase
22 dates would be before that date range, that refund
23 period range.
24 BY MR. KENNEY:

Page 34

1     Q.  The second number in the sale date of issue
2  column seems to be the same throughout, it's 00:00:00.
3  Is that supposed to represent a time?
4     A.  The form -- I would characterize it as the
5  format is date and timestamp.  But essentially, it
6  looks like just the date is captured.
7     Q.  Does United Store the timestamp of a
8  purchase?
9     A.  In most of our databases, we do not.  We
10 capture the date.
11    Q.  You said most.  Do you know if any do?
12    A.  I do not recall.
13    Q.  Up next is refund date of issue.  Does refund
14 date of issue refer to the date that United processed
15 the refund on its side?
16    A.  It does.
17    Q.  In the data fields beneath it, it seems to
18 list the same two numbers as sale date of issue, which
19 would be the date and the timestamp; would you agree
20 with that?
21    A.  Correct.  The same format issues.
22    Q.  I'm going to sort the spreadsheet by the
23 refund date of issue.  Looks like it starts on March
24 1st of 2020. I'll scroll down.  It looks like, for all

Page 35

1  numbers other than one, it ends on April 29th, 2020.
2  Is this spreadsheet intended to list all refunds that
3  United issued from March 1st, 2020 to April 29th, 2020?
4     A.  Look at the data you're showing and you see,
5  you have a million rows, which is the most that you can
6  view in Excel.  And so, I'm not 100 percent sure if
7  this is a CSV and you're just looking at the first
8  million or if this is the range that was intended.
9     Again, as I shared previously, I believe the
10 intent was to pull transactions between March and
11 December of 2020.  Again, refund transactions that have
12 occurred between March and December of 2020.
13    Q.  There's a --
14    A.  Now, that's --
15    Q.  I'm sorry.
16    A.  That's likely done over multiple sheets.
17    Q.  It looks like there's a single entry for
18 refund issued on September 1st, 2021 right here at the
19 very bottom.  Do you see that?
20    A.  I do.
21    Q.  Do you have any idea why that's included on
22 the spreadsheet?
23    A.  I do not.
24    Q.  Do you know how far in advance a passenger on

Page 36

1  a United flight can purchase a ticket?
2     A.  331 days in advance.
3     Q.  This next column is titled Sale GL Trans
4  Type.  What is Sale GL Trans Type referring to in the
5  context of this spreadsheet?
6     A.  It's the transaction type that's on our GL or
7  our general ledger.
8     Q.  Underneath the data fields, there appears to
9  be four values, A, E, S, and X.  I'll display them on
10 the screen as well so you can see the specific data
11 points.  Are you familiar with those values?
12    A.  I am familiar with two of the four.  But I
13 don't know what A and E represent.
14    Q.  What does S represent?
15    A.  It's a sale purchase.
16    Q.  And then, what does X refer to?
17    A.  X is a void.  It's a cancellation that's done
18 immediately after the purchase.  Basically, they start
19 the process of the sale, and then before it can be
20 completed, it's voided out.
21    Q.  Would that occur if I went on the United's
22 website, booked a flight, and then at the very end,
23 decided not to go through with the transaction?
24    A.  It would not work that way on United's

9 (Pages 33 to 36)

Page 37

1 website. It has what we refer to as instant ticket, so
2 when you go through with your purchase, the purchase
3 goes through.
4    **Q. So would an X value in the sale of GL trans**
5 **type column only be for ticket purchasers that didn't**
6 **buy their ticket through United?**
7    A. It could still happen through United. For
8 instance, if you called our contact centers, they have
9 the ability to produce a void.
10    **Q. So to turn back to A, I believe you said that**
11 **you don't know what A refers to; is that correct?**
12    A. I do not.
13    **Q. Do you know if it could refer to add**
14 **collects? Is that a phrase you've heard before?**
15    A. It could.
16    **Q. But you don't know for sure?**
17    A. I do not know for sure.
18    **Q. And I think you said you also didn't know**
19 **what E referred to; is that correct?**
20    A. Correct.
21    **Q. Could it refer to even exchange? Have you**
22 **heard that phrase before?**
23    A. It could.
24    **Q. But you don't know for sure?**

Page 38

1    A. I do not know for sure.
2    **Q. Do you know if there are any other values for**
3 **Sale GL Trans Type that might exist in United's**
4 **computer system or databases, but that is not included**
5 **in this spreadsheet?**
6    A. I do not.
7    **Q. Next up, the following column is Refund GL**
8 **Trans Type. Do you know what that refers to?**
9    A. I do.
10    **Q. What does that refer to?**
11    A. Again, it's the transaction type in our
12 general ledger looking for refund type of transactions.
13    **Q. Is that all types of refunds? Or is that**
14 **just limited to cash refunds?**
15    MS. HEMERYCK: Objection, vague and ambiguous.
16 BY MR. KENNEY:
17    **Q. Do you understand the question?**
18    A. Will you please clarify?
19    **Q. Sure. I'm asking, does R in this column,**
20 **first off, does that refer to refund?**
21    A. It does.
22    **Q. Does that include cash refunds?**
23    MS. HEMERYCK: Again, objection, vague and
24 ambiguous. I just don't understand what you mean by

Page 39

1 cash, Counsel. I'm not trying to be ridiculous.
2 BY MR. KENNEY:
3    **Q. Does it refer to a refund of the customer's**
4 **original form of payment?**
5    A. It would.
6    **Q. And customers buy tickets with cash?**
7    A. The vast majority do not.
8    **Q. That wasn't my question. Can customers**
9 **purchase tickets on United flights with cash?**
10    A. They -- we accept credit cards through our
11 website. If the customer wanted to pay with cash, I
12 guess, yes, there are ways that they could pay with
13 cash.
14    **Q. Could I go to the airport ticket counter and**
15 **pay with cash for a ticket on a United flight?**
16    A. No.
17    **Q. What are the ways that I could pay cash for?**
18    A. We have some city ticket offices that still
19 accept cash as a form of payment, primarily in Latin
20 America.
21    **Q. Do you know if any of those city ticket**
22 **offices exist in America?**
23    A. We no longer have them in the U.S.
24    **Q. I'm sorry, could you repeat that one more**

Page 40

1 time for me? I couldn't hear you.
2    A. We no longer have city ticket offices in the
3 U.S.
4    **Q. Do you know when you closed the last city**
5 **ticket office in the U.S.?**
6    A. I do not.
7    **Q. Do you know if it was during the pandemic?**
8    MS. HEMERYCK: Objection because it's, again, well
9 beyond the scope of the topics now. So Jeff knows he
10 can answer but he's not on behalf of United in response
11 to these questions about city ticket offices.
12    MR. CHRISTENSEN: I do not.
13 BY MR. KENNEY:
14    **Q. Would refunds include loyalty points?**
15    A. We will provide refunds to loyalty points,
16 yes.
17    **Q. Would refunds in this column include future**
18 **flight credits?**
19    A. These would be, this -- no, it would not.
20    **Q. Would it include ETCs, which I think are**
21 **electric, electronic travel certificates?**
22    A. It would not.
23    **Q. Next up is sale FOP. Does that refer to sale**
24 **form of payment?**

10 (Pages 37 to 40)

## Page 41

1    A.  It does.

2    Q.  And then in the data fields beneath, there

3  appear to be six different values.  Let me scroll down

4  briefly for you so you can see some of them.  I'll

5  summarize them for you in a second.  The first value I

6  saw was CA.  Do you know what CA refers to?

7    A.  It refers to a transaction that's done in

8  cash with United.

9    Q.  And when you say cash, what are you referring

10  to?

11    A.  Typically, this value would be the example I

12  provided previously.  Typically, this value would

13  actually be an exchange of money between United and a

14  travel agency.  In other words, the customer bought the

15  ticket through a travel agency and the travel agency

16  actually is the merchant of record.  So if you went to

17  the credit card statement, it wouldn't show you United

18  Airlines; it would show the travel agency selling the

19  travel.

20    And the renumeration provided to United by the

21  travel agency is cash.

22    Q.  And that cash is going directly to the travel

23  agency, not to the customer.  Is that your

24  understanding?

## Page 42

1    A.  No, quite the opposite.  If a customer went

2  to the agency and gave them payment, and the agency is

3  then sending United money for the trip.

4    Q.  The next value is CC, do you know what that

5  refers to?

6    A.  I do.

7    Q.  What does it refer to?

8    A.  Credit card payment.

9    Q.  The next value is EC, do you know what that

10  refers to?

11    A.  I do not.

12    Q.  Could it refer to electronic certificate?

13    A.  It could.

14    Q.  But you don't know for sure?

15    A.  Don't know for sure.

16    Q.  Who would you ask to find that out?

17    A.  I would to go to a payment expert at United.

18    Q.  Who would that be?

19    A.  We have a team that does that.

20    Q.  Could you give me a name of somebody?

21    A.  Not off the top of my head, no.

22    Q.  Do you think Mina would know --

23    A.  She might.

24    Q.  -- what EC refers to?

## Page 43

1    A.  She might.

2    Q.  The next value I see is EX.  Do you know what

3  EX refers to?

4    A.  It's an exchange.

5    Q.  What is an exchange?

6    A.  The customer had a ticket that they did not

7  use, and they are applying the value of that ticket to

8  a new, yeah, a new ticket.

9    Q.  Is that the same as a travel voucher?

10    A.  It is not.

11    Q.  Is it the same as a future flight credit?

12    A.  It is the same as a future flight credit,

13  yes.

14    Q.  The next value I see is PD.  Do you know what

15  PD refers to?

16    A.  I do not.

17    Q.  The next value I see is OT.  Do you know what

18  OT refers to?

19    A.  I do not.

20    Q.  So for some of the rows that I showed before,

21  it appears that there's multiple values in one row.  If

22  a row had a value of, for example, CA, CA, do you know

23  what that would refer to?

24    A.  There would be multiple transactions that

## Page 44

1  took place to create that ticket.

2    Q.  And would that be multiple transactions

3  purchasing the ticket or refunding the ticket?

4    Q.  We're ta king about which column?

5    Q.  Refund F -- oh, I'm sorry.  Sale FOB.

6    A.  It'd be multiple transactions for purchase.

7    Q.  So if a row had a value of CA, CA, do you

8  know what that would refer to specifically?

9    A.  It could mean several things.  An example of

10  what could have happened is a customer went and

11  purchased a ticket, it was done through a travel

12  agency.  The travel agency remitted cash payment.  And

13  they later went in and remitted an additional amount to

14  purchase the ticket.

15    So you could have a ticket, for example, in

16  economy, they decided that they actually want to fly in

17  business cabin.  So, there would be one amount paid for

18  economy and there would be an additional amount to sit

19  in a different part of the aircraft.

20    Q.  The next column is titled refund FOP.  Do you

21  know what that refers to?

22    A.  It's the form of payment to which the refund

23  was sent.

24    Q.  And the data fields below, I'll pull it up

11 (Pages 41 to 44)

## Page 45

1  for you again, there appear to be four values.  CA, CC,
2  EC, and TC.  Do the, to the best of your knowledge, do
3  the CA, CC, and EC values represent the same data that
4  was in the sale FOP column?
5      A.  To the best of my knowledge.
6      Q.  Do you know what TC refers to?
7      A.  I do not.
8      Q.  Next up is sale AMT.  Is that referring to
9  sale amount?
10     A.  It is.
11     Q.  And do the values in this column, are they
12  expressed in U.S. dollars?
13     A.  They're in the local currency in which the
14  customer paid.  Not necessarily U.S. dollars.
15     Q.  Does United keep data regarding the type of
16  currency a passenger pays for a ticket?
17     A.  They do.
18     Q.  And does this column represent the amount of
19  money United receives for a particular ticket?
20     A.  It does, yes.
21     Q.  If a customer paid partially with something
22  like frequent flyer miles or some other loyalty
23  currency and charged the rest to their credit card,
24  would the amount paid with points be captured under the

## Page 46

1  sale amount?
2      A.  This is related to our general ledger, and so
3  it's only the dollar amounts there, or the currency
4  amounts, I guess, is the way I should describe it.  It
5  does not reflect mileage redemp ions, no.
6      Q.  Earlier, we talked about third parties.
7  Would the sale amount reflect any fees that were
8  charged by third parties, such as Expedia, for booking
9  a ticket?
10     A.  It would not.
11     Q.  I'm going to quickly organize the data in the
12  sale amount column.  So some of these sale amounts seem
13  to be very small, relative to my understanding, of how
14  much an Airline ticket costs.  Looking in row two, it
15  looks like the sale amount is 0.90.
16     And I understand that we're speaking
17  hypothetically, I'm just trying to understand the data.
18  But would this be a situation that we were kind of just
19  talking about, where somebody might use something like
20  loyalty points or frequent flyer miles to pay for their
21  ticket and have a very small remaining balance that
22  they pay cash for?
23     A.  Well, it could be other scenarios as well.
24     Q.  What other scenarios?

## Page 47

1      A.  You could have a customer that purchased a
2  ticket and made, changed their mind as to what they
3  were going to fly and received a partial refund of
4  their trip.  So the difference between the old trip and
5  the new trip might be ninety cents.
6      Q.  I'm going to organize the data the other way.
7  Now, on the other side of the scale, we have what
8  looked to be very large sale amounts.  This first
9  column looks to be, you know, almost $9 million.  Or
10  nine million of whatever currency the ticket purchaser
11  used.
12     Do you know if United sells tickets that are that
13  expensive?
14     A.  Are you asking if we might sell a ticket
15  that's worth about $9 million of some currency?
16     Q.  Correct.
17     A.  Perhaps there are currencies that the
18  conversion would be quite high.  So it is completely
19  possible that a currency would show that number based
20  on the data it is.
21     Q.  And the last column in the spreadsheet is
22  refund AMT.  Does that refer to the amount refunded for
23  a ticket?
24     A.  It is, yes.

## Page 48

1      Q.  Is there anything else you'd like to add
2  about this spreadsheet, whether in sheet one or sheet
3  two that we haven't discussed yet?
4      MS. HEMERYCK:  Just objection that he hasn't
5  actually really seen sheet two, so.
6      MS. KENNEY:  Let's look over sheet two.
7  Mr. Christensen, if you want me to look over any
8  particular rows or values or anything that would be
9  helpful to you, just let me know and I'm happy to do
10 it.
11     MR. CHRISTENSEN:  Thank you.  I don't have
12 anything further to add.
13     MS. HEMERYCK:  Counsel, if we're done with that
14 exhibit, we've been going on an hour.  So can we take a
15 break now?
16     MR. KENNEY:  Just a couple more questions on this,
17 then we can probably take a break.
18     MS. HEMERYCK:  Sure.
19     MR. KENNEY:  If that's okay.
20 BY MR. KENNEY:
21     Q.  Do you know how United collected the data
22 that's in this spreadsheet?
23     A.  Again, it's housed in our refunds system.
24 And so, there would've been a refund transaction that

Page 49

1    occurred for these transactions to be produced.
2        Q.   My question is, how is the data within that
3    database extracted?  Do you know that?
4        MS. HEMERYCK:  Objection, vague and ambiguous.
5    BY MR. KENNEY:
6        Q.   Do you understand the question?
7        A.   I'm not 100 percent sure.  Could you clarify?
8        Q.   Sure.  So obviously, the data lives in the
9    data warehouse, correct?  Where United stores its data?
10       A.   Yes.
11       Q.   And now, it's in the spreadsheet that we have
12   in this litigation, correct?
13       A.   Yes.
14       Q.   Do you know how it made its way from the
15   database into the spreadsheet?
16       A.   We would've gone through the big warehouse
17   and varied the data and produced the dataset that we're
18   looking at today.
19       Q.   Do you know if there are any policies or
20   procedures in place at United about collecting or
21   recording this type of data?
22       A.   There are.
23       Q.   Did you say there are or there are not?
24       A.   There are, yes, there are.

Page 50

1        Q.   And what are those policies or procedures?
2        A.   All laws and regulations around data support.
3    So I mean, it's obviously PII compliance, PCI
4    compliance, et cetera.
5        Q.   Are those written policies?
6        A.   They are.
7        Q.   And to the best of your knowledge, were those
8    policies adhered to when you collected the data in the
9    sheet?
10       A.   Yes, they were.
11       Q.   Did you know you'd use a software program to
12   export the data from the database and into the
13   spreadsheet?
14       A.   We would've used a -- again, a query -- it's
15   all in the data warehouse.  We would've varied it from
16   the data warehouse.
17       Q.   Would that have been through a software
18   program, do you know?
19       A.   It would've been, yes.
20       Q.   Do you know which one?
21       A.   I do not.  But only one is used in this case.
22       Q.   Do you know which software programs are
23   available to use?
24       A.   There are several, yes.

Page 51

1        Q.   What are those?
2        A.   Two of the key programs you could use are
3    Teradata and Palantir Foundry.
4        Q.   Do you know what department or division of
5    United was responsible for collecting and recording the
6    data in the spreadsheet?
7        A.   The --
8        MS. HEMERYCK:  That's answered.
9        MR. CHRISTENSEN:  And the refunds team is
10   responsible.
11   BY MR. KENNEY:
12       Q.   Just the refunds team, to the best of your
13   knowledge?
14       A.   Yes.
15       Q.   Is it fair to say that all the data in the
16   spreadsheet was collected back in 2019 or 2020?
17       A.   You're -- let me just clarify, are you asking
18   about the underlying data?
19       Q.   Correct.
20       A.   Yes.  The underlying data would've been
21   captured between March of 2020 and December.
22       Q.   And to the best of your knowledge, that data
23   hasn't been altered since it was collected, correct?
24       A.   Right.

Page 52

1        Q.   Do you know if anyone at United attempted to
2    verify the accuracy of this data before it was
3    produced?
4        A.   Yes.  In my conversation with Mina, they went
5    through and they validated that what they pulled were
6    accurate transactions from the database.
7        Q.   Do you know how they validated that?
8        A.   I do not.
9        Q.   Do you know if the verification process
10   identified any inaccuracies in the data?
11       A.   In my conversation with Mina, she asserted to
12   the fact that they went through and they did validate
13   and did quality checks and ensured they provided
14   accurate data.
15       Q.   Do you know if any departments or team at
16   United regularly look at arrogate refund data, like the
17   data we're looking at in this sheet, in the ordinary
18   course of business?
19       MS. HEMERYCK:  Objection, this is beyond the scope
20   of the questions -- or, sorry.  Beyond the scope of the
21   topics.  Mr. Christensen can answer to the extent he
22   has personal knowledge.
23       MR. CHRISTENSEN:  My personal knowledge is that
24   our --

13 (Pages 49 to 52)

## Page 53

1    MR. KENNEY:  I don't want you to attest on behalf
2  of, you know, on behalf of yourself as an individual
3  capacity.  But it does say in the topics, topic G
4  states how defendant utilized any data contained in
5  each file in the ordinary course of its business or as
6  part of its regularly conducted activities.
7    MS. HEMERYCK:  You want to ask the question again
8  so I can hear it?
9    MR. KENNEY:  Sure.  Did any departments or teams
10  at United regularly look at aggregate refund data in
11  the ordinary course of business.
12    MS. HEMERYCK:  I don't believe that's actually in
13  the scope of the topic because you're asking about
14  aggregate refund data and the underlying data is simply
15  refund data.  So I --
16    MR. KENNEY:  Okay.
17    MS. HEMERYCK:  -- don't believe that it's for the
18  topic.  If you want to ask Mr. Christensen whether
19  anybody at United regularly looks at aggregate refund
20  data, you know --
21    MR. KENNEY:  Okay.  Well, I appreciate --
22    MS. HEMERYCK:  I realize frequent --
23    MR. KENNEY:  -- that.  And I'll clarify the
24  question and limit it just to the data that he had in

## Page 54

1  the spreadsheet.
2    MS. HEMERYCK:  That clarification, I'm sure
3  there'll be an objec ion.
4    MR. CHRISTENSEN:  This type of information used
5  day-in and day-out by our refunds team.
6  BY MR. KENNEY:
7    Q.  Any other teams besides the refund team?
8    A.  No.
9    Q.  I'm sorry, was that a no?
10    A.  That was a no.
11    MR. KENNEY:  Okay.  I think now is a good time for
12  a break.
13    MS. HEMERYCK:  Okay.
14    MR. KENNEY:  Can we go off the record?
15    THE COURT REPORTER:  We're off the record at 10:43
16  a.m.
17        (Whereupon, a short break was
18        taken.)
19    THE COURT REPORTER:  We are back on the record at
20  11:00 a.m. Central time.
21    MS. HEMERYCK:  And Counsel, before you move on to
22  the next spreadsheet, Mr. Christensen does have
23  information or answers to some of the questions you
24  asked previously, so.

## Page 55

1    MR. KENNEY:  Okay.  My first question was going to
2  be, before we move on, is there anything you'd like to
3  clarify or change regarding your prior --
4    MS. HEMERYCK:  There you go.
5    MR. KENNEY:  -- testimony.  So I will turn the mic
6  over to you and let you elaborate.
7    MR. CHRISTENSEN:  Okay.  I've had a chance to call
8  Mina really quickly to clarify some of the codes that
9  were asked about, so I just want to go through some of
10  the codes that were asked that I did not recall.
11    And so, as we talk about sale values -- and just
12  so you know, I took a couple of notes from my
13  conversation with Mina just to reference here, and I'll
14  hand these notes over in a second.  But for sale, there
15  are four codes.  There's A, E, S, and X.  A is an add
16  collect, you referenced that.  But, confirming that,
17  yes, it is an add collect.
18    E is an even exchange, as you supposed.  S is a
19  sale.  X, I should clarify.  It has to do with a
20  scenario where there is a big issue with a refund.  And
21  so, you're purchasing a new ticket, but the value of
22  the new ticket is cheaper than the old ticket.  And so,
23  you're getting a new ticket, it's a reissue of ticket
24  and some money is going back to the customer as the new

## Page 56

1  ticket is cheaper.
2    We get into some of the forms of payment that were
3  asked about.  Go ahead.
4  BY MR. KENNEY:
5    Q.  Before we move on, can I just ask a quick,
6  couple of quick follow-ups?  So first off, we're
7  talking about the sale FOP column, is that --
8    A.  This is the one --
9    Q.  -- correct?
10    A.  These are the one-digit within the GL trans
11  type for sale.
12    Q.  Okay.  And so, you said for A, it's add
13  collect.
14    A.  Right.
15    Q.  Do you know what ad collect is referring to?
16    A.  It's a, an industry term that we use every
17  day, but I know it's pretty foreign to most.  It is
18  when you are purchasing, you're changing your travel
19  and the new trip cost more than the old trip, and so
20  you're paying the difference in values.  And so, it is
21  what we refer to as an add that's collected, or an
22  additional amount is collected.
23    Q.  So it's basically the reverse of X.  Is that
24  a fair summary?

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 57

1  A. That is a good way to describe it, yes.
2  Q. And for even exchange, I'm assuming it's a
3  similar situation to A and X, but instead of there
4  being a residual that needs to be refunded or the
5  customer having to pay additional money, they just even
6  out entirely; is that correct?
7  A. Straight across or even exchange. So the old
8  trip is replaced by the new trip with no additional
9  cost.
10  Q. Okay. You're free to move on to the next
11  category. Sorry for cutting you off.
12  A. No worries. We get into form of payment.
13  And so, starting with sale form of payment. So these
14  were two-character designations or codes. I'll go in
15  alphabetical order. The first, EC, is for an
16  electronic certificate or an electronic travel
17  certificate.
18  OT, it's a, kind of, a mix of things. We, you
19  could easily call it other. Some things that fall
20  within other are, when we took the payment, we couldn't
21  properly capture the credit card, what credit card type
22  it was or that it was a credit card and it later gets,
23  you know, updated and captured as a credit card. Or it
24  could be officer traveler who could have a, an officer

Page 58

1  at United Airlines who's making a trip and so, the form
2  of payment would be gathered there would be OT, would
3  be officer travel.
4  So those are -- another one would be a split form
5  of payment. So you're using multiple forms of payment
6  and it's likely coming from a travel agency and you're
7  just reflecting that there's more than one or it's in
8  other category because there's more than one, the
9  payment that's being applied.
10  And then, finally, PD is for a payment draft. Not
11  used very frequently, but as it sounds, there are
12  instances where there's a draft, a check draft that's
13  created and that was used for payment.
14  Q. So you're saying jet draft?
15  A. No, payment draft. A check draft. Sorry.
16  Q. And earlier, in reference to OT, you said
17  officer traveler. What is officer in that context? Is
18  it an executive of United? Or is it somebody else?
19  A. It would be an executive of United, correct.
20  Q. Okay. Anything else you'd like to clarify?
21  A. One more. And if we look at refund, form
22  payment, TC is one of the codes that's in there. It
23  references a travel credit.
24  Q. And because travel credit has its own

Page 59

1  category, I'm assuming it must be different in some
2  capacity to EC, which is electronic travel certificate.
3  How are those two different?
4  A. The, it's travel credit, off of your first
5  two-way FFC, future flight credit travel certificate.
6  Q. And just to clarify, that's TC, typically
7  refers to an FFC; is that correct?
8  A. Correct.
9  Q. And is a future flight credit essentially a,
10  for lack of a better way of putting it, a credit on the
11  customer's account? Like a cash credit they can use,
12  as opposed to an electronic travel certificate, which
13  is something that they would have to input when they're
14  booking a new flight?
15  A. They are very, very similar. There are some
16  technical differences between the two, but both are
17  funds that can be applied to future credit. The way
18  that they're administered is slightly different, but in
19  either case, as you're describing it, you would enter
20  in the code to apply it to future travel.
21  There's really two because we keep trying to make
22  it simpler. We keep trying to make it easier for the
23  customer to use that. And so, for instance, an ETC is
24  a little bit easier for a customer to use than an FFC.

Page 60

1  Q. What do you mean by easier to use?
2  A. They basically have shortened the number of
3  characters that are required that you have to put in.
4  The number of locations where you can actually redeem
5  it is more. Those types of things, just trying to make
6  it easier for the customer to use their stored value.
7  Q. Do you know which came first, electronic
8  travel credit or future flight credit?
9  A. Future flight credit came first.
10  Q. Anything else you'd like to clarify?
11  A. That's what I have.
12  Q. I appreciate that. I'm going to share my
13  screen. And let me know if you can see what is
14  currently up on the screen.
15  A. Yes.
16  Q. All right. This will be Exhibit 3.
17  (Whereupon Exhibit No. 3 was
18  marked for identification by
19  the court reporter.)
20  Q. I believe we're up to three. The bates
21  number for this spreadsheet is United 575. Have you
22  seen this spreadsheet before?
23  A. Again, I've seen spreadsheets like this.
24  This looks l ke, very similar to what we saw

15 (Pages 57 to 60)

## Page 61

1  previously. What we, together, looked at previously.

2      **Q.** Would Mina have been involved in creating

3  this spreadsheet, as well?

4      **A.** Yes.

5      **Q.** And you weren't involved, correct?

6      **A.** I was not, no.

7      **Q.** Was the data in this spreadsheet populated

8  from the same database as the previous spreadsheet?

9      **A.** Yes, it was.

10      **Q.** To help expedite reviewing this spreadsheet,

11  and so, this looks like a spreadsheet with very similar

12  columns and data types to United 574, which is the

13  sheet we were just looking at. Would you generally

14  agree with that statement?

15      **A.** I would.

16      **Q.** I'm going to organize the sale date of issue,

17  again, quickly. And it looks like the sale date of

18  issue for this spreadsheet is from March 19th, 2019 to

19  --

20      MR. KENNEY: I think my Outlook I have crashed.

21  Oh, we're back.

22      MS. HEMERYCK: There we go.

23      MR. KENNEY: Maybe we're back. One second.

24      MR. CHRISTENSEN: I can see it again. We're good.

## Page 62

1      MR. KENNEY: All right. I'll restate that.

2  BY MR. KENNEY:

3      **Q.** It looks like the sale date of issue for this

4  spreadsheet is from March 19th, 2019 to July 30th,

5  2020. Would you agree with that statement?

6      **A.** Yes.

7      **Q.** And similarly, the refund date of this

8  spreadsheet ranges from March 2nd, 2020 to July 30th,

9  2020. Would you agree with that?

10      **A.** Yes, I would.

11      **Q.** Do you know why this spreadsheet would also

12  include March and April of 2020, when the previous

13  spreadsheet also included those months?

14      **A.** I know that they're different transactions.

15  I don't know how they were separated into the various

16  sheets.

17      **Q.** So is it your understanding that United 575

18  is essentially an extension of the same type of data

19  that we were looking at in United 574 earlier?

20      **A.** Yes.

21      **Q.** Under Sale FOP, there appears to be a new

22  value, which is that GA value. Do you know what GA

23  refers to?

24      **A.** I do not.

## Page 63

1      **Q.** Would it be gift account?

2      **A.** It very well could.

3      **Q.** But you're not certain, correct?

4      **A.** Not certain.

5      **Q.** Do you know why gift account wouldn't have

6  been included in the previous spreadsheet?

7      **A.** I do not.

8      **Q.** If you wanted to know the answer to that

9  question, would you ask Mina?

10      **A.** I would.

11      **Q.** Under refund FOP, the spreadsheet has CA, CC,

12  and EC as values. But on United 574, there was also a

13  value for TC, which we were just talking about earlier.

14  Do you know why the TC value is not present on this

15  spreadsheet?

16      **A.** These transactions wouldn't have involved TC

17  type of refunds.

18      **Q.** Do you know if United was issuing travel

19  credits in this time period?

20      **A.** We were.

21      **Q.** And again, we have two different sheets. And

22  I'll zoom in the second sheet for you.

23      **A.** Thank you.

24      **Q.** And there are minor differences in the sale

## Page 64

1  date of issue ranges. This one is April 16th, 2019 to

2  July 30th, 2022. Similarly, I'll represent that the

3  refund date column stands March 3rd, 2020 to July 30th,

4  2020. Is this data, again, essentially an extension of

5  the first sheet in this and, also, an extension of the

6  United 574 that we were looking at before?

7      **A.** Yes, it is additional transactions.

8      **Q.** Sitting here today, do you have any reason to

9  doubt the accuracy of any of the data in this

10  spreadsheet?

11      **A.** No.

12      **Q.** Are there any other nuances or limitations in

13  this spreadsheet that we haven't talked about that you

14  would like to raise?

15      **A.** No.

16      **Q.** I'm going to share my screen again as soon as

17  the Excel file actually opens up. And this will be

18  Exhibit 4.

19      (Whereupon Exhibit No. 4 was

20      marked for identification by

21      the court reporter.)

22      **Q.** Can you read the date on this spreadsheet?

23      **A.** Yep. I can now. Thank you.

24      **Q.** And for the record, this is United 576. Have

16 (Pages 61 to 64)

Page 65

1    you seen this document before?
2        A.  Again, I've looked at some of these
3    spreadsheets.  I don't think I've reviewed every
4    transaction on every spreadsheet, but it is one that
5    I'm familiar with the columns and the data.
6        Q.  And, Mina, again, would have been involved in
7    the creation of this spreadsheet?
8        A.  Yes.
9        Q.  And this data would have come from the same
10   database that we were talking about earlier?
11       A.  Correct.
12       Q.  And again, very similar to 574 and 575, it
13   looks like to me that we had the same data columns and
14   data types.  This is just additional transactions; is
15   that fair to say?
16       A.  That is correct.
17       Q.  I'm going to click on the data values for
18   sale FOP.  There's an additional value, which I found,
19   which is here.  It's OP, it looks like the letter O and
20   then the letter P.  Do you know what OP refers to?
21       A.  I do not.
22       Q.  Look at the data under refund FOP, and here I
23   see two new values that weren't on the previous sheets
24   and are both here about towards the bottom.  The first

Page 66

1    is MS.  Do you know what MS refers to?
2        A.  I do not.
3        Q.  The second is NR.  Do you know what NR refers
4    to?
5        A.  No, I do not.
6        Q.  Sitting here today, do you have any reason to
7    doubt the accuracy of any of the data that's in this
8    spreadsheet?
9        A.  No.
10       Q.  I'm going to share my screen again.  All
11   right.
12       MR. KENNEY:  Can you guys still hear me?  I think
13   I froze.
14       MR. CHRISTENSEN:  We can hear you fine.
15       MR. KENNEY:  Okay.  I think the spreadsheets are
16   pushing my computer's technical limitations to the
17   edge.  I'll zoom in for you so you can see it.  Can you
18   see the spreadsheet?
19       MR. CHRISTENSEN:  I can.  It's still small, but it
20   just needs zooming in.
21       MR. KENNEY:  Yeah, just give it a second.  Has it
22   zoomed in at all for you?
23       MR. CHRISTENSEN:  Not yet.
24       MR. KENNEY:  Let me try and reshare my screen.

Page 67

1        MR. CHRISTENSEN:  Okay.
2        MR. KENNEY:  Well, that didn't seem to work.  Can
3    you guys still hear me?
4        MR. CHRISTENSEN:  Still hear you.  Yeah, the
5    screen didn't -- it flashed for a minute, then it went
6    away.
7        MR. KENNEY:  Yeah.  We'll try it one more time.
8    Can you see the spreadsheet any better?
9        MR. CHRISTENSEN:  There we go.  I feel like it's
10   an eye test, keep asking, can you see it now?  But,
11   yes.  I see it now.
12       MR. KENNEY:  Third time's the charm, I guess.  And
13   for the record, this is Exhibit 5.
14               (Whereupon Exhibit No. 5 was
15               marked for identification by
16               the court reporter.)
17       MR. KENNEY:  This is United 577.
18   BY MR. KENNEY:
19       Q.  Have you seen this spreadsheet before?
20       A.  Again, I don't know that I went through every
21   single last one of these spreadsheets and every single
22   transaction, but I'm familiar with the dataset.
23       Q.  And would Mina have been involved in the
24   creation of this spreadsheet?

Page 68

1        A.  Yes.
2        Q.  And again, to help expedite this a little
3    bit, this again looks to be a spreadsheet with similar
4    columns and data types to United 574, 575, and 576 that
5    we just looked at.  Would you generally agree with
6    that?
7        A.  Yes, I would.
8        Q.  And would you also say this is additional
9    ticket purchases?
10       A.  I would, yes.
11       Q.  And this data would've come from the same
12   database that we discussed earlier?
13       A.  Correct.
14       Q.  And sitting here today, do you have any
15   reason to doubt the accuracy in any of the data in this
16   particular spreadsheet?
17       A.  No, I do not.
18       Q.  I'm going to share my screen again.  And for
19   the record, this is Exhibit 6, which is United 578.
20               (Whereupon Exhibit No. 6 was
21               marked for identification by
22               the court reporter.)
23       Q.  Can you see this spreadsheet all right?
24       A.  I can see it now, yep.

17 (Pages 65 to 68)

Page 69

1  Q.  Have you seen this spreadsheet before?
2  A.  Again, I know it's in the same data set.  I
3  don't know that I've stared at each sheet and each
4  transaction.
5  Q.  And Mina, again, would've been involved in
6  the creation of this spreadsheet?
7  A.  Correct.
8  Q.  So this spreadsheet actually appears to have
9  different columns and values than the previous
10 spreadsheets that we were look, that we were just
11 looking at; would you agree with that?
12 A.  I would.  There's not the same number of
13 columns.
14 Q.  Do you know, would this have come from a
15 different database, then?
16 A.  No, it would've been the same database.
17 Q.  The first column in this spreadsheet is
18 titled Prime TKTNUM.  I'm assuming that refers to prime
19 ticket number.  Do you know what prime ticket number is
20 referring to?
21 A.  I do.  In they're a company that dates our
22 systems back to the 1950's and 1960's, and back when
23 our systems started and back when we were, you know,
24 pursuing technology, we would issue tickets.  And the

Page 70

1  most coupons or the most flight segments you could have
2  in a ticket is four.
3  And so, we would issue the prime ticket, it would
4  be the same for the entire journey.  And if a customer
5  had more than four coupons, they had to create a
6  separate ticket.  So it would have a different ticket
7  number for the additional coupons.
8  And so, the reality is, back in the day, we could
9  staple four coupons in one booklet.  So you have four
10 coupons per ticket.  And a prime ticket represents, you
11 know, it is the primary number for the ticket.  There
12 could be a secondary number if there were more than
13 four coupons.
14 Q.  You used the term coupon a couple of times.
15 What is coupon referring to?
16 A.  It's a ticket coupon.  It is a, basically,
17 flight between two cities.  So if you're on a round
18 trip itinerary, for example, let's say you're flying
19 Chicago to L.A., you would have one coupon to reflect
20 your journey from Chicago to L.A., and you would have a
21 separate coupon for your journey back home, so L.A. to
22 Chicago.  So that ticket would consist of the coupons.
23 You can get into lots of itineraries where there's
24 multiple stops or stopovers or circle trips or open

Page 71

1  jobs or you name it, and it can have lots and lots of
2  coupons.  And again, we use a primary number to say,
3  hey, this is the customer's journey.  And then, we can
4  have secondary or, I'm just going to call it a ticket
5  number, we could have, you know, the booklets of four
6  broken out into their different ticket numbers.
7  Q.  Are the ticket numbers that we looked at on
8  the previous spreadsheets, are those also prime ticket
9  numbers?
10 A.  I believe they are.  I'm not 100 percent
11 sure.
12 Q.  Would you ask Mina to find that out?
13 A.  I would clarify with Mina, correct.
14 Q.  And it looks like, again, we have passenger
15 name in the next column, which is redacted.  The next
16 column is date of issue.  Based on this spreadsheet,
17 I'm assuming the date of issue is the date of refund.
18 Is that also you're understanding?
19 A.  The date of issue would actually be when the
20 purchase happened.  It'd be when the transaction
21 happened.
22 Q.  And that would be, the transaction you're
23 referring to is the purchase of a ticket, correct?
24 A.  Right.

Page 72

1  Q.  So this spreadsheet just doesn't include a
2  column for the dates that the refund would've been
3  processed; is that correct?
4  A.  I do not see that column in this dataset.
5  Q.  I think we talked about this before, but
6  United has that information in its database; is that
7  correct?
8  A.  We do.
9  Q.  The next column is just, this time, it's just
10 GL trans type.  There isn't a sale in front of it.  Do
11 you know what GL trans type is referring to here?
12 A.  In this case, it appears -- there's X in
13 every value; is that what you see?
14 Q.  That is correct.
15 A.  So as we discussed previously, X would be an
16 exchange with residual value.
17 Q.  The next column is refund FOP, which is a
18 column that was present in prior spreadsheets.  There
19 is a new value here.  I got my pointer around it, it's
20 NR.  Do you know what NR refers to?
21 A.  I do not.
22 Q.  Would you ask Mina to figure that out?
23 A.  I would.
24 Q.  And to confirm, the prime ticket information

18 (Pages 69 to 72)

Page 73

1  in this spreadsheet was pulled from the same database
2  as the other spreadsheets that we looked at, correct?
3      A.  Correct.
4      Q.  And sitting here today, do you have any
5  reason to doubt the accuracy of any of the data in this
6  spreadsheet?
7      A.  No.
8      Q.  I'm going to share my screen again.  And for
9  the record, this will be Exhibit 7, which is United
10 579.
11              (Whereupon Exhibit No. 7 was
12              marked for identification by
13              the court reporter.)
14     Q.  Can you see this spreadsheet all right?
15     A.  I can see it, yes.  Thank you.
16     Q.  Have you seen this spreadsheet before?
17     A.  As I've mentioned previously, I've seen, you
18 know, multiple sheets and reviewed, kind of, the data
19 set.  But I don't know that I looked through every
20 transaction on every sheet.
21     Q.  Again, because this looks to be a very
22 similar type of spreadsheet, would Mina have been
23 involved in creating this spreadsheet?
24     A.  Yes, that is correct.

Page 74

1      Q.  And this data would've came from the same
2  database?
3      A.  Correct.
4      Q.  Do you see the spreadsheet I'm looking at
5  right now?
6      A.  I do.  Could you zoom in some?
7      Q.  Okay.  I was actually just going back to
8  reference a previous spreadsheet.  I'm going to close
9  this one.
10     A.  Okay.
11     MR. KENNEY:  I think I've gone frozen.  Can you
12 still hear me?
13     MR. CHRISTENSEN:  Yep, we've got you.
14     MR. KENNEY:  I've learned that one spreadsheet at
15 a time is the maximum you can do while you are
16 screensharing on zoom, so in case anybody needs that
17 for future reference.  All right.  Sorry about that.
18 Is the spreadsheet still legible to you?
19     MR. CHRISTENSEN:  You can see the spreadsheet,
20 yes.
21     MR. KENNEY:  All right.  So let's see if I can
22 scroll without causing the spreadsheet to freeze up.
23 Okay.
24 BY MR. KENNEY:

Page 75

1      Q.  So I'm in the column titled refund date of
2  issue.  I'm scrolling down, and I'm looking at row 42
3  right now.  And for the first time in the spreadsheets,
4  the refund date of issue contains blanks, do you see
5  that?
6      A.  You're referring to column D?
7      Q.  That's correct.
8      A.  Yes, I do see that.
9      Q.  Do you know why the refund date of issue
10 would be blank?
11     A.  I do not.
12     Q.  So it looks to me, and again, I'm not an
13 expert with these spreadsheets.  But it looks to me
14 that if you take that column all the way across, there
15 isn't an R indicated in that particular column.  There
16 also isn't a method of refund, the refund FOP, and
17 there also isn't a refund amount.
18     So my question is, broadly speaking, do you know
19 what this spreadsheet is depicting?  Every other
20 spreadsheet that we've looked at today has had values
21 filled in for that column, which as we discussed
22 before, indicates that there was an actual refund
23 issued.
24     Here, it looks like this spreadsheet includes data

Page 76

1  where there weren't refunds issued for a particular
2  ticket number.  And I'm trying to understand why that
3  is.
4      A.  I do not know why rows 42 through 52 do not
5  have those fields populated.
6      MR. KENNEY:  There's an easier way to do this,
7  also.  Let me see if I can sort the data.  I guess
8  there isn't an easy way, specifically, to find all of
9  the blanks.  Yeah, okay.  So I've sorted that refund
10 date of issue column from Z to A.  Currently scrolling
11 down to try and find -- okay.
12     So it looks like in this particular spreadsheet,
13 starting at row 819,400, it looks like there are no
14 more values filled in, either for the refund date, for
15 the refund amount, or the refund FOP.  And the
16 spreadsheet, if I take it to the very end, ends around
17 905,000.
18     So there is a significant number or a large number
19 of cells that are blank there.
20 BY MR. KENNEY:
21     Q.  And just to confirm, you sitting here today,
22 you aren't sure why this spreadsheet includes, for all
23 intents and purposes, ticket numbers that don't appear
24 to have a refund associated with them.

19 (Pages 73 to 76)

Page 77

1    A.  I do not know why.  And you sorted it, and so
2  let's call it the bottom of the spreadsheet you've
3  sorted, based on column D, I don't know why the bottom
4  several transactions do not have D, E, or D, F, H, and
5  J columns built in.
6    Q.  And if you wanted to figure that out, would
7  you ask Mina?
8    A.  I would.
9    Q.  Is it possible for United to generate a
10  spreadsheet with data that just reflects refund
11  requests that were ultimately denied?
12    A.  We do not have -- I think you're asking about
13  a separate topic.  Are you going to a separate topic?
14    Q.  Technically, it's covered by a separate
15  topic.  Yes, that's correct.  I'm, the reason why I'm
16  asking the question is because I'm wondering if that
17  could be a potential reason why certain of these are
18  blank.  A customer may have requested a refund and
19  then, they didn't issue it.  But it'd still store the
20  fact that they made a refund request.
21    MS. HEMERYCK:  Objection, calls for speculation.
22    MR. CHRISTENSEN:  And I do not know.
23  BY MR. KENNEY:
24    Q.  Do you know if United stores customer

Page 78

1  requests for refunds?
2    A.  They have a -- there's multiple ways to
3  request a refund.  And depending on the way the
4  customer requests a refund, we could have that
5  information.  Although, we may not.
6    So, a common example that you run into where we
7  wouldn't know a refund was requested would be, a
8  customer bought their ticket from a travel agency like
9  Expedia, as an example, and they decide that they would
10  like a refund.  They purchased their ticket with
11  Expedia, they have a relationship with Expedia, they
12  would go back to Expedia to make a request.  And when a
13  customer does that, we do not have any information
14  about that.
15    Q.  Okay.  We'll get into that a little bit
16  later.  But and just to confirm, so sitting here now,
17  you don't know why certain of these columns are blank,
18  correct?
19    A.  I do not.
20    Q.  All right.  And sale GL trans type.  This
21  adds an additional value, I believe, which is K.  I
22  don't think we've talked about K yet.  Do you know what
23  K is referring to in this spreadsheet?
24    A.  I do not.

Page 79

1    Q.  Would you ask Mina?
2    A.  I would ask Mina to know, yes.
3    Q.  I'm going to organize the sale FOP column
4  very quickly, which was column G.  And there appear to
5  be blanks in that column.  And I think earlier, I
6  inadvertently referred to that as refund FOP, but it
7  actually appears that the sale FOP column is the blank
8  column.  Do you know why that is?
9    A.  I do not.
10    Q.  Okay.  And while the data's organized in this
11  way, so I'm looking at row A right now.  Can you see
12  that?
13    A.  I do.
14    Q.  Okay.  So looking at the data here, in the
15  end, in the final two columns, the sale amount here is
16  listed as zero.  And then, in the next column, the
17  refund amount is listed as 12, negative 12, which I'm
18  assuming is a refund of 12; is that correct?
19    A.  The negative value would denote a refund.  So
20  $12 or whatever currency was paid, it was given back
21  here.
22    Q.  So my question is, do you know why somebody
23  would receive a refund of 12, whatever the currency is,
24  when the sale amount is listed as zero?

Page 80

1    A.  There could be circumstances that drive this.
2  Especially, if you look at column G and you recognize
3  that we're reflecting a cash form of payment.  And so,
4  we have to have ways to provide a refund when we
5  actually weren't involved with the purchase.
6    So one way to do that is to reflect that we don't
7  have money that was taken in because we aren't the ones
8  that capture the money, but we do want to provide a
9  refund to the customer.  We do want to record it for
10  our general ledger and for our records.  And so, best
11  case scenario would be that we gave back money on a
12  ticket and we did it by reflecting zero dollars in the
13  sale.
14    Q.  And again, that's CA cash value for sale FOP,
15  that's primarily for transactions that involve a travel
16  agency or a company like Expedia; is that correct?
17    A.  A travel agency like Expedia, correct.
18    Q.  All right.  Looking at the data in refund
19  FOP, there's a new value and it's, again, down here at
20  the very bottom, it's SD.  Do you know what SD refers
21  to?
22    A.  I do not.
23    Q.  Again, it's your understanding that this
24  spreadsheet is essentially additional transactions of

20 (Pages 77 to 80)

Page 81

1  the same general type as the previous spreadsheets that
2  we were looking at; is that correct?
3      A. Correct.
4      Q. I'm sorry, you broke up. Could you say that
5  one more time?
6      A. Yes, that is correct.
7      Q. Sitting here today, do you have any reason to
8  doubt the accuracy of the data in this spreadsheet?
9      A. No, I do not.
10     Q. Okay. We have two more in this set. I'm
11 going to share my screen. And for the record, this is
12 Exhibit 8, which is United --
13     MR. CHRISTENSEN: Joe, you're breaking up a little
14 bit. Are you still there? You're back again.
15     MS. HEMERYCK: We lost you.
16     MR. KENNEY: Yes. I think the key is not zooming
17 in before you share, after you share your screen
18 because I think it causes the hiccup. All right.
19     THE COURT REPORTER: Mr. Kenney, I didn't get your
20 label, the bates number.
21     MR. KENNEY: Sorry, yeah. It's Exhibit 8 and the
22 bates number is United 580.
23         (Whereupon Exhibit No. 8 was
24          marked for identification by

Page 82

1          the court reporter.)
2      MR. KENNEY: I'm sharing my screen. Can you see
3  the spreadsheet?
4      MR. CHRISTENSEN: I can see it now, yes.
5  BY MR. KENNEY:
6      Q. Is it fair to say that you might not
7  recollect reviewing this spreadsheet specifically, but
8  you've reviewed other spreadsheets in this database?
9      A. Again, this is part of the dataset that I
10 have reviewed, but I have not looked at every
11 transaction.
12     Q. And again, Mina would've been involved in the
13 creation of the spreadsheet?
14     A. Correct.
15     Q. And again, this is coming from the same
16 database as the other spreadsheets in this series?
17     A. It is.
18     Q. And again, what -- very similar to the
19 previous spreadsheet, this has a lot of blank refund of
20 date of issues in it. I'm happy to scroll and show you
21 one, if you would like me to.
22     A. Which column are you referencing?
23     Q. Sorry. So I'm looking at the refund date of
24 issue.

Page 83

1      A. Okay.
2      Q. Let me try this again, maybe expedite it.
3  Well, the specific range of blanks isn't important for
4  purposes of this discussion. But again, do you see the
5  column D has blanks?
6      A. I do, yes.
7      Q. And similarly, so do columns F and H.
8      A. I see that, yes.
9      Q. Okay. And again, you would have to ask Mina
10 to understand why those may be blank?
11     A. I do not know why the columns referenced E,
12 F, and H would be blank for those transactions.
13     Q. Okay. Under sale FOP, we have a couple of
14 new values. And mine is, it slowed down while I'm
15 trying to scroll it. I'll represent to you that this
16 sale FOP includes a value for CK. Do you know what CK
17 refers to?
18     A. I do not.
19     Q. It also includes a value for ML. Do you know
20 what that refers to?
21     A. I do not know what ML represents.
22     Q. And how about MP?
23     A. MP, I do not know what that represents.
24     Q. And sitting here today, do you have any

Page 84

1  reason to doubt the accuracy of any of the data in this
2  spreadsheet?
3      A. I do not.
4      Q. I'm going to share my screen. And for the
5  record, this is Exhibit 9, and this is United 581.
6          (Whereupon Exhibit No. 9 was
7           marked for identification by
8           the court reporter.)
9      Q. Have you seen this document before?
10     A. I've seen documents in the data set. Again,
11 I don't think I've looked through every transaction in
12 the dataset.
13     Q. And again, Mina would've been involved in the
14 creation of this one?
15     A. She would've been, yes.
16     Q. And this would've been pulled from the same
17 database?
18     A. That is correct.
19     Q. Sitting here today, do you have any reason to
20 doubt the accuracy of any of the data in this
21 spreadsheet?
22     A. No.
23     MR. KENNEY: Could we go off the record for a
24 second?

21 (Pages 81 to 84)

Page 85

1  MS. HEMERYCK: Yes.
2      (Whereupon, a short break was
3      taken.)
4  THE COURT REPORTER: We are back on the record at
5  12:55 p.m. Central time.
6  BY MR. KENNEY:
7  **Q. Mr. Christensen, do you have anything you'd**
8  **like to clarify or change about your prior testimony**
9  **today?**
10  A. Yes, please. Some things I'd like to add to
11  what was covered previously. We discussed the refunds
12  dataset. There are some of the form of payment codes
13  I'd like to clarify as well as there was a transaction
14  type code I'd like to clarify. And the, you asked some
15  o her questions that I'd like to touch on.
16      And so, kind of, going through form of payment
17  codes that were asked about that I'd like to give some
18  information on, and I'll try to go in -- so I'll start
19  with sale form of payment. I'll try to go in
20  alphabetical order here.
21      CK, that would be form of payment as check. So we
22  have, we think about cash for travel agencies, we have
23  some that we specifically describe as a check. They
24  are primarily in the U.S., Canada, it's essen ially the

Page 86

1  same thing.
2      Going further, GA is, stands for gift account, as
3  you rightly guessed. We have a system called Travel
4  Bank that allows customers to store value and gift
5  value to other members for MileagePlus program. So
6  these would be purchases made through that particular
7  vehicle.
8      Going further, ML, this would be miles. And we
9  have a few different codes for miles. Miles, the next
10  three will all be miles, and they don't have much
11  nuance other than we've adjusted our coding over time.
12      ML now is primarily used for ancillary purposes,
13  that's fluctuated over time. MP is another that would
14  be miles that were used, so again, this is our
15  MileagePlus program, that would be considered a
16  redemption, an award redemption.
17      And finally, OP, which stands for an old
18  interaction of the Mileage Plus Program, specifically
19  Continentals Program which was One Pass. It's an
20  abbreviation for One Pass. So again, it's miles as a
21  form of payment.
22      Okay. Going further -- unless you want me to
23  stop, Joe. How do you want me to do this?
24  **Q. Yeah, if you don't mind, I've got just a few**

Page 87

1  quick follow-ups for you.
2  A. Okay.
3  **Q. So starting with ML, which I think you said**
4  **was, kind of, like, an other category for miles that**
5  **you use for ancillary purposes. What, could you give**
6  **me an example of how that code would be used?**
7  A. So at this stage, it's been repurposed for
8  ancillary redemption. So you're, you want to get Wi-Fi
9  on the plane and we allow you to use your miles to do
10  Wi-Fi. And it just used to be miles and now it
11  specifically serves the purpose of an ancillary product
12  like Wi-Fi and using miles to be redeemed for that
13  service, for those types of services.
14      You can also use miles to get club entry. So you
15  can do a club membership and use miles for your annual
16  membership that way.
17  **Q. So it sounds like to me that ML is used,**
18  **then, for add-ons, typically. Not the actually flight**
19  **itself. Is that a fair way to characterize that?**
20  A. Now it is. Now, again, I'm talking about
21  progression codes. Like, we don't use OP anymore,
22  right? That was, I ke, a code we used for years. It
23  still might float around in some old transactions, but
24  it's one that we no longer use. And so it's been

Page 88

1  sunset.
2      ML is one that we've had for a while and now,
3  we've specifically moved towards using it just for
4  ancillary and we, essentially, now have two that are
5  actively used. One is ML, again, its purpose is now
6  for ancillary products. And the other is MP, and this
7  would be awarded tickets, so redemption for travel.
8  **Q. Okay. And then, for CK, you said that was a**
9  **check payment. And this, is that also only used for**
10  **travel agencies?**
11  A. It is only used for travel agencies, correct.
12  **Q. And I think you said in the U.S. and Canada;**
13  **is that correct?**
14  A. Specifically, U.S. and Canada, correct.
15  **Q. Are there particular travel agencies you**
16  **know, that you know off the top of your head that use**
17  **that CK code?**
18  A. I do not. I do not. None come to mind.
19  **Q. But there would be similar, companies similar**
20  **to Expedia, Travelocity, Orbitz, those types of**
21  **companies?**
22  A. Those types of travel agencies, correct.
23  **Q. Okay. Okay. That's all I had on that, if**
24  **you want to continue.**

22 (Pages 85 to 88)

## Page 89

1  A.  Okay.  The next is looking at refund form of
2  payments that you asked about.  I'll, kind of, bunch
3  them together.  Let's talk about MS and NR.
4  Essentially, these are miscellaneous types of codes.
5  MS specifically means miscellaneous.  NR is also more
6  of an other or a miscellaneous type of code where we,
7  and it's used for a variety of reasons.
8      But a good example is when we would be providing a
9  refund and, in our system, what's happened is there's
10  an even exchange, but when we run the exchange through
11  our system, we end up with a difference in price.  And
12  we end up refunding the difference in price, even
13  though it was, it should've been an even exchange,
14  basically.  For whatever reason, currency conversion,
15  those types of things, the amount isn't the same and we
16  especially note these types of refunds using NR and
17  amongst other things.
18      Q.  For NR, is it typically a deminimis amount,
19  that if it's a small issue of currency conversion?  Or
20  can it be, you know, a more significant amount?
21      A.  For the vast majority, it's going to be very
22  small, yes.
23      Q.  Are you able to give me an example of when
24  the MS code would be used, miscellaneous code?

## Page 90

1      A.  Let me think, if I recall, it's
2  miscellaneous.  I can't think of any to give an example
3  off the top of my head, no.
4      Q.  Okay.  Anything else to add or clarify?
5      A.  Yeah.  One more would be SD that you asked
6  about.  SD is very closely aligned with PD, which is a
7  payment draft.  SD stands for sales draft.  They're
8  very similar, they're used pretty much interchangeably.
9  It is a code that we've had in place and, for whatever
10  reason, we have two of them that effectively do the
11  same thing.
12      Q.  Okay.  Anything else to add or clarify?
13      A.  Yeah.  We'll move to a new category here.  So
14  you asked about the transaction type K.  So in our
15  general ledger, we have a code which is code K.  That
16  pertained to tickets that are -- currently, it pertains
17  to tickets bought by employees.  So United employees
18  are allowed to have a discount.  We have the store key;
19  they designated those transactions with the code K.
20      Q.  And do United employees make those purchases
21  with a special type of card?  Or is it their employee
22  account, but that's identified as a K transaction?
23      A.  It would be that they go in and shop much
24  like a normal customer would, through our website or

## Page 91

1  through our mobile app, and, yeah, because they're
2  getting that employee discount, we're able to specially
3  denote that it's an employee transaction.
4      Q.  Anything else to add or clarify?
5      A.  Two more.  Moving topics one more time, we
6  got into a couple of spreadsheets where there weren't
7  as many columns.  And if you'll recall, the
8  transactions involved were X, meaning it was a reissue
9  with the residual amount.
10      So for these transactions, what has happened is
11  the customer's going through and they're taking value
12  they have with their ticket, they're exchanging it for
13  a new ticket that's cheaper.  And these are captured in
14  this way because what we're looking at is the original
15  ticket.  And the value we're giving back on the
16  original, or what was called on that sheet, the prime
17  ticket number.
18      And so, that's different than most of the
19  transactions we're looking at.  But we're not talking
20  about the original ticket and what the status, the
21  refund, what happened with the original ticket.  We're
22  actually talking about the ticket they were going to
23  use for travel, right?  The ticket, the new ticket
24  that's currently active that would be the payment for

## Page 92

1  their trip.
2      And so, the prime ticket number is a reference,
3  actually, to the previous or the original ticket that
4  was used for the exchange.  And then, they end up with
5  a new ticket, which we've denoted a ticket number.  And
6  so, and the reference is you had a ticket, we gave you
7  money back on that old ticket and that's the
8  transactions that you're capturing.
9      And most of what we have in these files is not
10  that.  It has to do with the new ticket, the ticket you
11  were going to fly in on, and what happened there.  So
12  there's not as much data available in those
13  transactions because it's referring to the prior
14  ticket.
15      Q.  Okay.  So the prime ticket number in United
16  578, which is the spreadsheet that we were looking at,
17  that's referring to the older ticket number, not the
18  ticket that they would be flying on; is that correct?
19      A.  That is correct.  It's the one that had the
20  higher value for which we're providing a residual
21  refund on.
22      Q.  And the date of issue in that spreadsheet
23  then, that would be the date that they did that
24  exchange or transfer or whatever you want to refer to

## Page 93

1    it as; is that correct?
2        A.  That is my understanding, yes.  And one more,
3    if you're ready.
4        Q.  I am ready.
5        A.  All right.  You shared some rows of
6    transactions where the refund amounts, basically the
7    refund detail was blank.  In conversation with Mina, we
8    learned that the way in which we pulled the data was to
9    identify a group of tickets that received a refund.
10   And then, to pull in the detail about those refunds.
11       In this instance, these blanks have to do with the
12   fact that we found a match for these tickets, but the
13   match ended up being for a completely different type of
14   transaction.  The, what we're pulling in is data,
15   information that's in the system regarding an ancillary
16   product.  So the customer paid for a check bag or they
17   got it, an extra leg-room seat for a couple examples.
18   Or they paid for an upgrade.
19       We, unfortunately, use the same 13-digit type of
20   setup as the reference for an ancillary purchase.  And
21   so, any bag that's purchased, it's going to start with
22   016 and have a 13-digit number.  And the documents are
23   electronic and we've, kind of, upgraded our systems
24   over the years.  We've had EDDs, we've had EMDs.

## Page 94

1        But what we've unfortunately done in this instance
2    is pull in these ancillary purchases into the
3    spreadsheets.  These do not reflect a request for a
4    refund that was denied.  In fact, this is just pulling
5    in sales information regarding an ancillary product
6    that was purchased.
7        If you go a little further, the document number
8    for an ancillary product -- let's say a customer goes
9    and they buy a ticket to go to L.A., Chicago to L.A.
10   They'll get a ticket number for their travel.  But they
11   decide, hey, I want to buy Economy Plus, I want extra
12   leg room.  They'll get what's called an electronic
13   document or an EMD, electronic miscellaneous document,
14   for that extra leg room purchase, and it's going to be
15   different.
16       It's not the same ticket number, it's going to be
17   a brand-new number.  It looks like the ticket number as
18   they were doing the data pull.  They unfortunately
19   pulled in some of these ancillary purchases.
20       Q.  So EMD is electronic miscellaneous document.
21   I think you said there was also an EDD; is that
22   correct?
23       A.  We sunset the EDD before the pandemic in 2019
24   and we've moved to EMD.  They essentially do the same

## Page 95

1    thing, but EDD was the predecessor to EMD.
2        Q.  Do you know what the second D stands for?  Or
3    the first D, excuse me.
4        A.  I knew you were going to ask this.  I do not
5    recall.  The industry standard name is EMD.  That's
6    what most airlines refer to it as.
7        Q.  Okay.  So it's your understanding in the
8    spreadsheets where there were refunds that were blank,
9    the refund date was blank, that the numbers that are
10   listed in the ticket number column are not actually
11   ticket numbers; is that correct?
12       A.  It would be an EMD.  It would be an
13   electronic document, correct.
14       Q.  And it just so happens that the EMD numbers
15   are the same length that a ticket number is.
16       A.  They are.
17       Q.  Okay.  So it's just an inadvertent error in
18   the data pull itself.
19       A.  Correct.  For those rows, for those
20   transactions.
21       Q.  So is it your understanding, for the other
22   rows that do have a refund date listed that those are
23   the ticket numbers reference an actually ticket number?
24       A.  Right.

## Page 96

1        Q.  Anything else to add or change?
2        A.  Nope.  And I'm going to put away my sheet of
3    paper that I have my notes from my conversation with
4    Mina.
5        Q.  Is that all you discussed with Mina, was just
6    figuring out the values on the spreadsheet and asking
7    some clarifying questions on the, specifically, the
8    refund sheets?
9        A.  Yes, that is.
10       Q.  I'm going to share my screen again.
11       A.  Okay.
12       Q.  For the record, this is going to be Exhibit
13   10, and this is Confidential United 611.
14                   (Whereupon Exhibit No. 10 was
15                   marked for identification by
16                   the court reporter.)
17       Q.  Can you see the spreadsheet?
18       A.  I can.  Thank you.
19       Q.  Have you seen this spreadsheet before?
20       A.  I have seen this dataset, yes.
21       Q.  Were you involved in the creation of this
22   spreadsheet?
23       A.  I was not.
24       Q.  Do you know if Mina was?

24 (Pages 93 to 96)

## Page 97

1  A.  Mina was not.
2  Q.  **Do you know who was involved in the creation**
3  **of the spreadsheet?**
4  A.  It was a member of our operation analytics
5  team.
6  Q.  **And what is his or her name?**
7  A.  His first name is Andrew, I keep blanking on
8  his last name.
9  Q.  **Did you say Andrew?**
10  A.  Andrew, correct.
11  Q.  **And to the best of your knowledge, it was**
12  **only him that was involve incident the creation of this**
13  **spreadsheet?**
14  A.  It was, yes.
15  Q.  **Can you just tell me generally in broad**
16  **strokes what this spreadsheet is depicting?**
17  A.  These are flights that United has scheduled
18  service during the, I guess it's our schedules during
19  February, end of February through December of 2020.
20  Q.  **Did the data in this spreadsheet come from**
21  **the same database that we were discussing earlier?**
22  A.  It did not.
23  Q.  **Which database did this, the data in this**
24  **spreadsheet come from?**

## Page 98

1  A.  It comes from OAG.  OAG is a source of
2  scheduling data.  It's an airline guide, OAG stands for
3  Official Airline Guide.  It's now a company that, it
4  publishes flight schedules for all airlines.
5  Q.  **So does OAG maintain the database then?**
6  A.  Tough question.  We publish our schedule.
7  OAG has a copy of it.  They receive the published
8  schedule.  And then, we pay OAG for the information and
9  OAG provides data on United's operations and other
10  airline's operations.
11  So the information that comes from OAG is stored
12  in our data warehouse.
13  Q.  **All right.  Let's start at the beginning real**
14  **quick.  So you said that United publishes the flight**
15  **schedule.  Is that internally or is that publicly**
16  **available?**
17  A.  It's externally published.  That's how OAG
18  has access to it.  They're one of a couple of
19  (inaudible).  Cirium is another company that has
20  scheduling data and has a product where you can
21  purchase that information.
22  Q.  **Is OAG adding or modifying that data in some**
23  **capacity then that would cause United to want to buy it**
24  **back?**

## Page 99

1  A.  We have, again, as I mentioned, we published
2  our schedule.  Other airlines will publish their
3  schedule.  And so, I'm paying OAG for my schedule data
4  and it comes with other airlines schedule data, so it's
5  more than just United that we're receiving from OAG.
6  Q.  **So the primary purpose of the purchase is**
7  **really to have a complete set of flights from your**
8  **competition, essentially, is that fair?**
9  A.  To understand what schedule is in the
10  marketplace, yes.
11  Q.  **And then, once United buys that data, you**
12  **said United then stores that internally; is that**
13  **correct?**
14  A.  We do.
15  Q.  **Is there a name for that database that it is**
16  **stored in?**
17  A.  ███ ████████████████████████
18  ████████████████████████████████
19  █████████████████████████████████
20  █████████████████████████████████
21  ████████
22  Q.  **Is that data warehouse file based?**
23  A.  It is, yes.
24  Q.  **If we look at the first column header, so**

## Page 100

1  operator error code, and all the values of UA, that
2  refers to United Airlines; is that right?
3  A.  That does refer to United Airlines.  The
4  dataset, it is for flights that we offer.
5  Q.  **And the second column is operating flight**
6  **number, and that would be the flight number for a**
7  **particular flight; is that correct?**
8  A.  That is correct.
9  Q.  **And do flight numbers repeat themselves?**
10  A.  On a given departure date for United
11  Airlines, they do not.  But let me amend that answer.
12  We can, actually, reuse a flight number on departure
13  date modification, but we don't do that.  That's not
14  very common.
15  Q.  **Do you know why that would be done?**
16  A.  There's a limitation on the number of flight
17  numbers you can have.  Try to provide a robust schedule
18  to our customers, and so on occasion, we need to reuse
19  the flight number.  And --
20  Q.  **So --**
21  A.  Sorry.  In addition, there are, a concept
22  called the direct flight.  So let's say that, if we
23  wanted to, or a customer was flying from Chicago to
24  L.A. then down to Sidney, they could buy a journey that

Page 101

1  the flight number's the same across that pass.  So the
2  flight number from Chicago to L.A. is the same flight
3  number for L.A. to Sidney.
4      Q.  And the third column is scheduled flight
5  origin airport code, which looks like it's identifying
6  the airport-by-airport code from which the flight
7  departed; that right?
8      A.  That is correct.
9      Q.  And the fourth column is schedule departure
10 local date.  So this is the date that the flight would
11 then depart from the original airport, right?
12     A.  It is.  And as it notes, it's the, using
13 local time to determine the date as opposed to picking
14 a time zone and using that time zone for the flight.
15     Q.  Let me quickly arrange the data in
16 chronological order.  So it looks like the dates span
17 from February 9, 2020 to December 31st, 2020.  This is,
18 is this spreadsheet intended to list all the United
19 flights that were operating in that date range?
20     A.  All of the flights that were scheduled to
21 operate in that date range, yes.
22     Q.  And the fifth column is schedule flight
23 destination airport code, and this would be the airport
24 where the flight was then scheduled to land, identified

Page 102

1  by airport code; is that right?
2      A.  That is right.  So row one has Greensboro,
3  two, Chicago Air.
4      Q.  Do you know if this would account for a
5  flight that ends up getting rerouted or doesn't make it
6  to its destination for some reason?
7      A.  The data set provided is scheduled flight
8  information.  We publish our flights generally far in
9  advance.  But we would make revisions to the scheduled
10 information up to about seven days before departure;
11 might have a schedule change or might change flights,
12 when they depart, when they arrive, the flight number,
13 equipment operating.  There are several ways that you
14 would update your schedule.
15     Q.  Is it fair to say that this specific dataset
16 that isn't updated any further after the flight is
17 complete?
18     A.  That is correct.  This is, again, flights
19 that were scheduled to operate.
20     Q.  So to the extent United tracks or updates
21 this type of data, you know, when the flight landed, at
22 what time it landed, what day it landed, that would be
23 in a separate database; is that right?
24     A.  That is correct.

Page 103

1      Q.  And the next column is equipment type code.
2  Is this identifying the type of plane?
3      A.  It is.  It's the aircraft that operates the
4  flight.  Air craft type or air craft.
5      Q.  The next column is schedule departure local
6  timestamp.  And this is the local time that the flight
7  was supposed to depart; is that correct?
8      A.  Correct.  So it gives both the departure
9  date, which is duplicative of what you see in column E.
10 The additional information provided is after the T,
11 which is the timestamp of when that flight would
12 depart.
13 ████████████████████████████████████
14 ████████████████████████████████████
15 ████████████████████████████████████
16 ██████████████████████
17     Q.  To your knowledge, it doesn't represent
18 anything specific?
19     A.  It has no special meaning.  The last four
20 characters have no special meaning, correct.
21     Q.  And the next column is scheduled departure
22 Zulu timestamp.  What is Zulu in this context?
23     A.  It's the way that we would look at times for
24 a -- we try to have a view that's a single time zone.

Page 104

1  If we use what's called Zulu, it is typically the same
2  as Greenwich time.
3      Q.  GMT?
4      A.  GMT, correct.
5      Q.  So essentially, this is just a time zone
6  adjusted standard version of what we see in the local
7  timestamp column.
8      A.  Correct.  Using a uniform time zone for every
9  departure.
10     Q.  I'm guessing that's probably standard in the
11 airline industry?
12     A.  It tends to be, as I understand it.
13     Q.  All right.  Let's jump over to column K,
14 which is service type.  What does service type refer
15 to?
16     A.  We schedule our operations for different
17 missions.  Typically, and what you're seeing right here
18 is J type of service, and that would be passenger
19 service.
20     Q.  And you said missions.  What is that?  Did I
21 hear that right?  Was it missions?
22     A.  Flights.
23     Q.  Okay.  So there are two other values; one of
24 them is C.  Do you know what C is referring to?

26 (Pages 101 to 104)

## Page 105

1  A. The other two are, I believe it's C and D.
2  Q. It's --
3  A. Or is it F? Is it F? I can't read it.
4  Q. Yeah, the other two -- the three data values
5  are C, F, and J.
6  A. Okay. C is for charger, meaning we're flying
7  that flight for an exclusive group that will travel on
8  it. They're, basically got the whole plane for their
9  flight. And then, I mentioned J, which is passenger
10  service.
11  Our final would be cargo service. So there would
12  be no passengers on those flights, it would solely be
13  the transport of goods.
14  Q. Okay. And then the next column is aircraft
15  owner. Do you know what aircraft owner is referring
16  to?
17  A. We're pulling a complete schedule of every
18  flight that United offers. In many instances, we have
19  a relationship with what we would refer to as an
20  express carrier. So an example you see here would be
21  OO, which is SkyWest. So SkyWest will operate flights
22  on United's behalf.
23  And this is indicating that this is a flight that
24  SkyWest would be offering or whatever the express

## Page 106

1  carrier is.
2  Q. And just to rifle through some of these to
3  see if you know; AX?
4  A. Oh, right. I'm not remembering AX off the
5  top of my head.
6  Q. How about --
7  A. EV would be express jet. I didn't read them,
8  I apologize. We have relationships with, again,
9  several express carriers.
10  Q. Okay.
11  A. Provided there.
12  Q. All right. We can look at the last column,
13  which is N, which lists a snapshot date. What is the
14  snapshot date?
15  A. So what we provided in this dataset is a --
16  all of our schedule on a consistent basis, I believe
17  that the pull is on Fridays. So you're looking at what
18  we published on Fridays, during the timeframe that
19  we're discussing here. So we're column -- actually,
20  the row number two, that snapshot dates means that on
21  Friday, the 31st of January 2020, it was part of the
22  schedule that we sent out and published on that date.
23  Q. Earlier, we talked a little bit about some of
24  the policies and procedures in place at United about

## Page 107

1  collecting or recording this type of data. Do the same
2  policies and procedures you mentioned earlier apply to
3  collecting this data?
4  A. Yes, absolutely.
5  Q. Are there any other policies and procedures
6  that we didn't talk about earlier that would've applied
7  here?
8  A. All of our data is maintained by the same
9  procedures and policies.
10  Q. Okay. So that would be true of the other
11  spreadsheets that we'll look at later today?
12  A. Yes, that is true.
13  Q. Do you know what department or division of
14  United is responsible for collecting or recording the
15  data we see in this spreadsheet?
16  A. The -- so if you -- let me make sure I
17  understand the question. You're asking who maintains
18  the data? Who has a remand or a charge over ensuring
19  that the data is captured and stored in our data
20  warehouse?
21  Q. Correct.
22  A. ████████████████████████
23  ████████████████████████████████████████
24  ██████████████████████████████████.

## Page 108

1  ██████████████████████████████
2  ████████████████████████████████████████
3  ████████████████████████████
4  ████████████████████
5  Q. What department or division of United is
6  responsible for publishing the flight list that OAG
7  ends up capturing?
8  A. Our scheduling team is the one that produces
9  our schedules.
10  Q. Do you know if anybody at United attempted to
11  verify the accuracy of the data in this spreadsheet
12  before it was produced?
13  A. Yes. In my conversation, I talked to Andrew.
14  And in my conversation with Andrew, he asserted that,
15  yes, he ensured that this data is accurate.
16  Q. Would that be true of the other data, the
17  other spreadsheets, excuse me, in this range of
18  spreadsheets -- strike that. That was a bad question.
19  Would Andrew also have verified the data in other
20  spreadsheets that appear in this set of spreadsheets?
21  A. Everything  hat is an OAG spreadsheet, so
22  part of the OAG dataset, yes. Andrew would have
23  validated, correct.
24  Q. And sitting here today, do you have any

27 (Pages 105 to 108)

Page 109

1  reason to doubt the accuracy of any of the data in this
2  spreadsheet?
3      A.  I do not.
4      Q.  Are there any other nuances or limitations in
5  the spreadsheet that we haven't talked about yet but
6  that you'd like to raise?
7      A.  No.
8      Q.  I'm going to share my screen.  For the
9  record, this is Exhibit 11, which is Confidential
10  United 612.
11              (Whereupon Exhibit No. 11 was
12              marked for identification by
13              the court reporter.)
14      Q.  Are you able to see this spreadsheet, as
15  well?
16      A.  Yep.  It's on the screen.
17      Q.  Have you seen this document before?
18      A.  I'm familiar with the dataset that we're
19  looking at here today, yes.
20      Q.  And would Andrew have been the one creating
21  this spreadsheet?
22      A.  Yes, that is correct.
23      Q.  And this spreadsheet would have came from
24  this, the same database as we were discussing before?

Page 110

1      A.  This is out of that data, out of that same
2  database, correct.
3      Q.  And to me, it looks like all of the columns
4  match up exactly.  All the column headers, excuse me,
5  match up exactly with the spreadsheet we were just
6  looking at, which was 611.  Would you agree with that?
7      A.  I would agree with that, yes.
8      Q.  Okay.  I'll quickly sort the data.  Looks to
9  me that the schedule departure local data range for
10  this spreadsheet is May 10th to December 31st, 2020.
11  Would you agree with that?
12      A.  I do agree with that, yes.
13      Q.  All right.  I'm sharing my screen again.  For
14  the record, this is Exhibit 12, which is Confidential
15  United 613.
16              (Whereupon Exhibit No. 12 was
17              marked for identification by
18              the court reporter.)
19      Q.  Are you able to see this spreadsheet?
20      A.  I can see it.  Thank you.  Yes.
21      Q.  Have you seen this spreadsheet before?
22      A.  I'm familiar with the dataset.
23      Q.  Again, was Andrew the one that was
24  responsible for creating this spreadsheet?

Page 111

1      A.  That is correct.
2      Q.  And this data was pulled from the same
3  database we discussed earlier?
4      A.  That is correct.
5      Q.  Again, it looks like we're looking at the
6  same column headers as Confidential United 611, 612;
7  would you agree with that?  And if you want me to zoom
8  in on anything, let me know.
9      A.  I agree with what you stated.  Yes, it's the
10  same columns in there.
11      Q.  Sitting here today, do you have any reason to
12  doubt the accuracy of the data in the spreadsheet?  Did
13  you hear the question?
14      A.  Oh, I'm sorry.  You didn't hear me.  I said,
15  no, I don't doubt the data here.
16      Q.  Okay.  I appreciate that.  I'm going to share
17  my screen one additional time.  This time, it's going
18  to be a PDF.
19      A.  Okay.
20      Q.  Can you see the document up on your screen?
21      A.  I can.  Can you zoom in just a little bit?
22  There we go.  Thank you.
23      Q.  And for the record, this is Exhibit 13, which
24  is an extraction from Confidential United 610.

Page 112

1              (Whereupon Exhibit No. 13 was
2              marked for identification by
3              the court reporter.)
4      Q.  I'll represent for the record that,
5  unfortunately, I do not have the ability to open
6  Confidential United 610 as I think it's probably too
7  big of an Excel file.  It is the largest Excel file or
8  CSV file in the dataset that was produced.  I did
9  manage to have somebody assist me and extract just,
10  what I think is the first page of that data.
11      I wanted to ask you, is there a special program
12  you know, a software program United uses to open these
13  datasets?
14      A.  No.  This would've been something that's
15  created as a CSV file, so no.  Excel should work or
16  other normal systems that work with CSV format should
17  be able to get to the data for you.
18      Q.  I'm going to share my screen, but share a
19  different file.  So can you see what's currently on the
20  screen?
21      A.  It didn't change.  Did you change the, is it
22  a different PDF?  It looks the same, Joe.
23      MR. KENNEY:  Okay.  Let me stop sharing.  I'm
24  trying to reshare real quick.  Okay.  Oh, I think I'm

28 (Pages 109 to 112)

Page 113

1  back.
2      MR. CHRISTENSEN: I can hear you, but we just, the
3  screen hasn't changed and it's just, kind of, it's
4  mainly black, but it's got some menu-type of options.
5  I can't tell if it's Adobe or Excel, but I think Excel,
6  maybe. The screen, the content is black.
7      MR. KENNEY: Okay. Can you hear me again? I
8  froze up.
9      MR. CHRISTENSEN: Okay. I can hear you. Can you
10  hear us?
11      MS. HEMERYCK: He looks frozen.
12      MR. CHRISTENSEN: Joe, we're getting you in little
13  bits here. We're not hearing you.
14      MS. HEMERYCK: And you have, like, a spinning
15  wheel on your screen. So we should, it's, we should
16  probably go off the record and let Joe come back.
17      THE COURT REPORTER: Sure. We are, we're off the
18  record at 1:45 p.m.
19          (Whereupon, a short break
20          was taken.)
21      THE COURT REPORTER: On the record at 1:46 p.m.
22  Central time.
23      MR. KENNEY: I'm going to reshare my screen of
24  just the PDF. Are you able to see that?

Page 114

1      MR. CHRISTENSEN: Loading and spinning. There we
2  go, we got it.
3  BY MR. KENNEY:
4      Q. So while I'm not able to open the underlying
5  Excel file, it appears to me, again, that we're dealing
6  with the same column headers in this spreadsheet that
7  we were in the previous spreadsheets; is that accurate?
8      A. Yes.
9      Q. Sitting here today, are you aware of any data
10  fields in this series of spreadsheets that were
11  available in the database from which these reports were
12  generated, but ultimately, weren't produced?
13  ████ █████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ██████████████████████████████████
17  ███████████████████████████████n
18  ████████████████████
19      Q. And again, that's all preflight information.
20  It's just scheduling information. It doesn't have
21  anything that would post-date the flight; is that
22  right?
23      A. It's what we have scheduled or what we're
24  planning to fly, correct.

Page 115

1      MR. KENNEY: Can we go off the record?
2      MS. HEMERYCK: Yeah, sure.
3          (Whereupon, a short break
4          was taken.)
5      THE COURT REPORTER: We are back on the record at
6  2:02 p.m. Central time.
7      MR. KENNEY: I'm going to share my screen an
8  additional time.
9  BY MR. KENNEY:
10      Q. For the record, this is Exhibit 14, it's
11  United 78664.
12          (Whereupon Exhibit No. 14 was
13          marked for identification by
14          the court reporter.)
15      Q. Mr. Christensen, do you still have Exhibit 1
16  nearby? It's the deposition notice.
17      A. I do.
18      Q. Could you flip it over to page two for me?
19      A. Got you.
20      Q. So in topic one, it lists a bunch of
21  spreadsheets by base number. My understanding is that
22  Exhibit 14, which is base number 78664, is a corrected
23  version of another spreadsheet in that list, which I
24  believe is United 57910. Do you know if that's the

Page 116

1  case?
2      A. I'm not great at bates numbers, so let me
3  answer it this way. Will you go to the left, to the
4  dataset?
5      Q. And if it's helpful for you, I can pull up
6  United 57910 so you can compare them.
7      A. Do not stress your computer, please. This
8  seems the corrected dataset, yes.
9      Q. So what was incomplete, inaccurate? What
10  needed to be corrected about United 57910 that
11  warranted United 78664 being created?
12      A. So I created both sets of data. As we look
13  carefully at the first set of data, I learned that we
14  had prorated ticket values that were inaccurate. So if
15  you go in, to the far, you know, kind of, to the
16  right in this dataset, there's, we're getting there,
17  what it's called prorated ticket. There it is. Yeah.
18  You see it?
19      That information in the original set of data was
20  intended to be a U.S. dollar amount. What we learned
21  was there were instances where the currency conversion
22  did not properly occur. And so rather than being
23  consistently U.S. dollars, we had a mix of converted
24  ticket values mixed with those in the local currency.

29 (Pages 113 to 116)

## Page 117

1  So it was inaccurate because it should've been all
2  U.S. dollars, but we had an undeterminable number of
3  rows where it, in fact, was the local currency.
4      **Q.  And I think earlier, you said that you**
5  **created it, these spreadsheets.  Did I hear that**
6  **correctly?**
7      A.  I did.
8      **Q.  Would that be true of all of the spreadsheets**
9  **in this dataset?**
10      A.  All of the ones that -- I can't remember what
11  the name of the flight was, but yes, all of these in
12  this dataset, correct.
13      **Q.  Did you create them on your own or did**
14  **somebody help you?**
15      A.  I made them on my own.
16      **Q.  Other than the conversion issues in the**
17  **prorated ticket value column, were there any other**
18  **issues with the previous dataset that you corrected in**
19  **this dataset?**
20      A.  I tried to make the information in columns P
21  and Q a little more clear.  So there is, you know, a
22  bit more work put into columns P and Q.
23      **Q.  Okay.  Did you say P as in Paul?**
24      A.  Paul, yeah.  Paul and Quebec.

## Page 118

1      **Q.  Does that cover it?**
2      A.  These are corrections, correct.
3      **Q.  And why did you create this spreadsheet?  And**
4  **by this spreadsheet, I'm referring to 78664.**
5      A.  This is data regarding tickets that United
6  had, that were in, kind of, the 2020 timeframe.  So
7  we're looking at a data pull from customers who were
8  scheduled to depart on March 3rd, 2020 through the end
9  of 2020.  So looking at the relevant time period here.
10      **Q.  And was this data in the spreadsheet**
11  **populated from a particular database?**
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 119

1
2
3
4
5
6
7
8
9
10
11
12      **Q.  Is the flight --**
13      A.  Primary elements, I should say.
14      **Q.  I'm sorry, could you repeat that?**
15      A.  Sorry.  They're the primary elements I used.
16  I created the data.
17      **Q.  Would the flight stats that you just**
18  **referenced be from the OAG data that we were just**
19  **talking about?**
20
21
22
23
24

## Page 120

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



## Page 121

1

2

3

4

5

6

7

8

9

10

11

12      Q. And did we cover, just so I'm sure, did we

13 cover all the databases that this information, the

14 information in the spreadsheet would've been populated

15 from?

16      A. Yes. The, yes, we did.

17      Q. All right. The first column is Initial RCRD

18 LOC. Is that Initial Record Locator?

19      A. It is.

20      Q. And are those record locator numbers unique

21 on a per-flight basis? Another way of asking that

22 question is, could two different passengers have the

23 same record locator number on the same flight?

24      A. Yes. They can and sometimes they will.

## Page 122

1      Q. Would that occur if the passengers book the

2 trip together?

3      A. Correct.

4      Q. Next up, we have Initial Creation DT, which I

5 am guessing is Initial Creation Date; is that correct?

6      A. That is correct.

7      Q. What does Initial Creation Date refer to?

8      A. It is when the PNR, when the booking was

9 created.

10      Q. Sorry, I couldn't hear that answer. Could

11 you repeat that one more time for me?

12      A. Yep. It is when the booking was created.

13      Q. Is that the same as when the passenger

14 purchased the ticket?

15      A. No, not necessarily. It can be, but it

16 doesn't have to be.

17      Q. In what circumstances could those two differ?

18      A. If you'll -- can you make it just a little

19 bigger, Joe?

20      Q. Sure.

21      A. I apologize.

22      Q. Yep. No problem.

23      A. Couldn't see it clearly. If you look down

24 to, I ke, row 22, you see a reservation that was made

## Page 123

1 in September of 2019. And as we look across, you see

2 an issue date of a ticket that happened in February.

3 And so, what likely happened here is the customer

4 booked their trip and they decided to make a change.

5      And when they made a change, they kept their

6 confirmation number. They kept their PNR. But they

7 had to get a new ticket. So the new ticket, the latest

8 ticket for their trip is captured in column F, it's the

9 ticket number -- or ENF. Let me get there. And the

10 date the ticket was issued, the date payment was made

11 is on February 2nd.

12      One example. Another example is we have some

13 customers we don't require to pay right away. You

14 know, there are some customers that will book their,

15 reserve their space. They'll hold seats on our flights

16 and we expect payment at a later date. So that's

17 another reason why the ticket issuance date would not

18 match the PNR creation date.

19      Q. So those customers that don't have to make a

20 payment at the time they reserve their seat, is that,

21 like, a VIP customer that has that ability? Or how

22 would a passenger be able to do something like that?

23 Because it sounds like a pretty good deal if you can

24 get included in it.

## Page 124

1      A. It would be certain programs. A good example

2 would be Group Travel. So we have middle schoolers

3 that are going to Washington, D.C. as part of a trip

4 that they would take out to Washington, D.C. They tell

5 us initially, there will be 90 of them, and we will

6 hold their space.

7      And we will actually collect payment over time and

8 finally issue a ticket when we receive full payment for

9 their trip.

10      Q. Okay. So the next column is record locator.

11 And I think I know the answer to this question, I'm

12 going to ask it anyway. Is record locator different

13 from initial record locator, column A?

14      A. They typically are the same. They can

15 differ.

16      Q. And in what circumstances can they differ?

17      A. It would be in the case of a, what we refer

18 to as a split and divide; common practice in the

19 industry where you have two customers that are

20 traveling together and a real common occurrence would

21 be one customer is eligible to be upgrade and the other

22 customer is not. So to facilitate the upgrade, one

23 customer will stay on the initial record locator and

24 the other customer will be moved to a new record

31 (Pages 121 to 124)

Page 125

1   locator.

2      **Q. Sometimes you have to leave your friends**

3  **behind, I guess. So that would occur, you would get a**

4  **new record locator number if you were upgraded seats on**

5  **the same flight; is that right?**

6      A. As soon as you put in he request, actually.

7  As soon as you say, I would like to be put on the

8  upgrade list, that's when they split, the divide would

9  happen. Numerous other incidences where that can

10  occur, maybe you're initially planning to go on the

11  same trip on the same flights and then, you realize

12  that you have a work commitment, so you're not going to

13  be on all of the same flights. Same thing. You'll

14  have to rebook one of the customers onto a new record

15  locator.

16      Everyone in he same PNR must have the same flight

17  segments. They must be going on the exact same

18  itinerary.

19      **Q. Okay. Next in column D, we have creation DT,**

20  **which I'm assuming is creation date; is that correct?**

21      A. It is.

22      **Q. Okay. And what is creation date and how it**

23  **all, does it differ from initial creation date?**

24      A. We're looking, you're looking row after row,

Page 126

1  they're the same. In a case of a split and divide, it

2  would show the date that that split happen. It would

3  show when that new confirmation number was created as

4  we broke the party into two different reservations.

5      **Q. So basically, what, if you got to the gate,**

6  **you wanted to get put on the upgrade list, at that**

7  **point, so basically the day of departure, that would**

8  **update to be the creation date; is that right?**

9      A. If that's the day that you ask for the

10  upgrade, right? If you ask for the upgrade two months

11  in advance of your departure, it would be the date you

12  asked for the upgrade.

13      **Q. So that date is the same as initial creation**

14  **date, it just means nobody asked for an upgrade; is**

15  **that fair?**

16      A. Correct. Or no one, they all went on the

17  same itinerary. There was not a need to, say, they're

18  in a different cabin or on different flights.

19  Basically, they're all doing the exact same thing.

20      **Q. I'm turning to, let's do E and F together,**

21  **because I think that would probably be the more**

22  **official way of doing it, which is initial ticket**

23  **number and ticket number. Could you explain that to**

24  **me?**

Page 127

1      A. Yes. This gets to the explanation provided

2  previously about four coupons being within a ticket or

3  a -- actually, the physical book that we use to staple

4  together. And so, the initial ticket number, I

5  probably should've used a different term in here. But

6  the base ticket number reflects that customer has paid

7  for the, their whole trip.

8      If you go to column F, that would be, we have to

9  break it into four different coupons. So once you hit

10  that fifth coupon, you would get a new ticket number in

11  column F, but column E would be the same.

12      **Q. And the threshold for that is your fifth**

13  **coupon; is that correct?**

14      A. Yeah. We can go -- the good old days, you

15  could only staple four of them together. So that's all

16  we could do. If you had ten, right, if you had ten

17  coupons on your trip, you would end up with three

18  ticket numbers. It'd be stapled three times.

19      **Q. Okay. Is the initial ticket number different**

20  **from the prime ticket number that we were talking about**

21  **before?**

22      A. It is, in fact. Because we, if you go back

23  and think about prime, that had to do with original

24  ticket versus new ticket on an exchange. So it does,

Page 128

1  in fact.

2      **Q. And I think we talked about issue date, but**

3  **what does issue date refer to again?**

4      A. This was the date that the ticket was

5  purchased. So we received payment or the travel agency

6  received payment, the ticket was issued.

7      **Q. All right. The next column is PAX number.**

8  **Let me filter. So there's a wide range of values for**

9  **PAX number, looks like it's one through ninety-one. Do**

10  **you know what PAX number is referring to?**

11      A. I do.

12      **Q. And what is that?**

13      A. It is the number of passengers or customers

14  that are traveling under that record locator. And

15  that, let me be a little bit more clear. So we've

16  numbered each of these individually. And so, to give

17  you an example, we look at rows two through, let's say,

18  seven. This is three passengers that are traveling

19  together on the same PNR and they're on a roundtrip

20  itinerary.

21      So they're going from Fort Meyers RSW to Denver,

22  looks like their travel date is March 12th of 2020.

23  And they're going to go back from Denver to Fort Meyers

24  on March 17th, 2020. And so, you've got, on row three,

32 (Pages 125 to 128)

Page 129

1  you've got passenger number one represented. And that
2  same passenger, she is, she also shows up on row six as
3  the passenger.
4     Q.  Okay. The next column is coupon number,
5  which I think we've talked about a couple of times, but
6  just let me ask you, what is coupon number referring
7  to?
8     A.  We'll use the same examples of rows two
9  through seven. You see the first coupon for these
10 three passengers is their outbound trip from Fort
11 Meyers to Denver. The second coupon is their journey
12 home, the non-stop flight, Denver back to Fort Meyers.
13    That's where the special number four comes into
14 play. Once you get to five, you're going to see that
15 variation between column C and F.
16    Q.  So just looking at the data in coupon number,
17 it looks like this only goes up to four, so you
18 wouldn't expect that change to occur for any of these
19 passengers; is that right?
20    A.  Let me correct myself. You would, I'd say
21 there'd, actually, it'd be renumbered. Each ticket
22 would get one through four, but you would see a
23 difference between F and E and you know that's the
24 second booklet.

Page 130

1     Q.  I'm sorry, between F and E, did you say?
2     A.  Correct. And so, the max number you're going
3  to see ever in column five is four. And you just think
4  about column F, you think about the four coupons that
5  can be in column F, and I don't go beyond four. So
6  once I get to coupon five, it's coupon number one of
7  the next ticket.
8     Q.  And there would be a new ticket number
9  associated with that, correct?
10    A.  In column F, there will be.
11    Q.  Okay. Understood. And we've already talked
12 about the next two columns, that's just the, the first
13 column, column J is the departing airport code. And
14 the column K is the destination; is that correct?
15    A.  That is correct.
16    Q.  And just out of curiosity, if I picked a
17 random station code from this list, would you probably
18 know it?
19    A.  Likely, yes. I'm not going to say I'm going
20 to be 100 percent, but likely, yes.
21    Q.  Understood. And column L is departure date,
22 that's referring to the date the flight itself is
23 departing; is that correct?
24    A.  Based on the local time, yes.

Page 131

1     Q.  Okay. So column L is local time. And local
2  time would be the local time where the flight would be
3  departing from, correct?
4     A.  That is accurate.
5     Q.  We already talked about flight number. All
6  right. Let's talk about refund policy. What is refund
7  policy referring to here?
8     A.  We've got two options that come out of column
9  N, which is refund policy. I could've made this
10 clearer. Let's get into each of these.
11    So the first one is what I've written here as
12 refundable. This would be customers that, based on our
13 internal policy, they might be eligible for a refund.
14 And so, you have that classification. And then,
15 everything else -- I probably should, and I probably
16 should've put, potentially eligible for a refund here.
17    The second group is eligible for travel credit.
18 That's just everybody else. I probably should've put
19 other.
20    Q.  And you said you probably should've wrote
21 potentially eligible for a refund for refundable. Why
22 would you want to make that change?
23    A.  So what we're looking at is just the travel
24 policy, the policy we had in place internally, as to

Page 132

1  whether or not a customer who's travel had been
2  disrupted would be eligible for money back. Now,
3  there's tons of customers that have done something that
4  would now make them no longer eligible for a refund.
5     A really easy under, easily understood example
6  would be the customer experienced changes to their
7  travel, disruption to their travel by, let's say, eight
8  hours. They're eligible under our internal policy upon
9  request for a refund. But they actually flew. They
10 got moved by eight hours, but they actually took the
11 rebooked itinerary, they're no longer elig ble for a
12 refund.
13    It's just narrowly looking through the lens of,
14 have we adjusted their travel? Have they been
15 disrupted significantly, such that we would make them
16 eligible potentially for a refund upon request.
17    Q.  If they took a travel credit, even though
18 they were refund eligible, would they pop up in this
19 spreadsheet as eligible for travel credit? Or would
20 they pop up as refundable?
21    A.  It'd show refundable if our disruption was
22 such that our internal policy basically meant that they
23 could get a refund upon request.
24    Q.  Okay. And you've referenced the internal

33 (Pages 129 to 132)

Page 133

1   policy a couple of times, and we're going to talk about
2   that in a little bit. What I want to understand is, is
3   it the policy that would've been in place at the time
4   of the disruption? Because I know the policy has
5   changed a couple of times, we'll go through that later.
6       Just for the purpose of this spreadsheet, just so
7   I know, if we're talking about one policy, that is the
8   current policy? Or that is the policy that was in
9   place at the time of the disruption of the flight?
10      A.  The data here provides for our current policy
11  and its internal policy. And it is now a retroactive
12  policy that starts in place. So we're using the same
13  standard for all customers, which is our current
14  policy.
15      Q.  And the current policy is, if we're talking
16  about a disruption, it's two or more hours; is that
17  correct?
18      A.  It would be two or more hours or we weren't
19  able to rebook the customer for their entire journey, a
20  scenario we call no protect or we did, there was not
21  protection that we were able to provide or we were not
22  able to fully rebook the customer. That would be,
23  again, our internal policy.
24      Q.  Okay. And to make sure I got part of it

Page 134

1   correct, so whether or not somebody is eligible for a
2   refund in this spreadsheet is based on the current
3   policy at United that you just described; is that
4   correct?
5       A.  It is the internal policy of a disruption of
6   two or more hours or the customer not being protected.
7   It is, again, upon request from the customer.
8       Q.  Right. So if, and again, I'm just seeking
9   clarification on this. So it looks like it's -- let me
10  just make sure we're in the column. Yeah. So the
11  issue date for row 169 is 3/16/2020; does that look
12  correct?
13      A.  Yep.
14      Q.  So, and we'll talk about this later, but I'm
15  pretty confident that the internal policy at United for
16  refunds was different than it is today. Would you
17  agree with that, generally?
18      A.  Please clarify. I'm sorry.
19      Q.  Sure. So let's say the person in row 169
20  showed up and was getting ready to leave for their
21  flight on 3/16/2020, and that fight was delayed. Let's
22  say it was delayed six hours. On 3/16/2020, and I'm
23  not asking about the specifics, I'm asking, did United
24  have a different policy in place about when it could

Page 135

1   refund a customer for a delay?
2       MS. HEMERYCK: And if I could just interject in
3   objection here because I think your -- and I apologize.
4   I think your question is a little bit confusing because
5   I believe, looking at the spreadsheet, that 3/16/2020
6   is the issue date of the ticket and you're talking
7   about them showing up at the airport.
8       I think column, I think that's right, I think
9   column L is the departure date, so.
10      MR. CHRISTENSEN: April 30th was your departure
11  date.
12      MR. KENNEY: Yeah, let me withdraw that question.
13  Actually, I can jump down to row 170, which
14  conveniently has 3/16 for a, the departure date.
15  BY MR. KENNEY:
16      Q.  And really, all I'm trying to clarify here at
17  this point in time is that this person in row 170 with
18  a departure date of 3/16/2020, it says that their, the
19  ticket's refundable in column M. Do you see that?
20      A.  I do, yes.
21      Q.  And that determination that it's a refundable
22  ticket is based on the policy that United has in place
23  today, not the policy that it may have had in place
24  March 16th, 2020.

Page 136

1       A.  That is correct.
2       Q.  Okay. And I think you answered this already,
3   but I just want to make sure that I'm clear on it. If
4   somebody was eligible for a refund, but also may be
5   eligible for a travel credit, they would be displayed
6   as refundable in this spreadsheet; is that correct?
7       A.  Correct.
8       Q.  Okay. Okay. The next column is column O,
9   it's FLT SKEJ (ph.) on dep date, which I think is
10  flight scheduled on departure date; is that right?
11      A.  Yep.
12      Q.  What does that refer to?
13      A.  This is where I referenced going into
14  operational data. So I went and queried whether or
15  not, so let's say binary flag, whether or not we
16  operated flights on a flight. Basically, if we had
17  service between the origin airport and the destination
18  airport on that particular departure.
19      So a one would mean that we did fly between those
20  cities on that date. A zero would mean we did not
21  operate a flight on that departure between those
22  cities.
23      Q.  And to clarify, so it wouldn't be necessarily
24  that specific flight that that customer had purchased a

34 (Pages 133 to 136)

## Page 137

1  ticket on.  It could be, you know, if there was a
2  flight ten hours later, it could be that flight; is
3  that correct?
4      A.  That is correct.
5      Q.  So it's just, was there a service that day
6  from the origin city to the departing city from that
7  airport; is that right?
8      A.  Just to clean up your ques ion a little bit,
9  he origin city to the destination city.
10      Q.  Thank you.
11      A.  Yes.
12      Q.  Sorry.
13      A.  Yes.
14      Q.  Okay.  This is all new lingo to me, so I'm
15  doing my best.  I could not pick out any of these
16  airports on the list if I tried.
17      A.  Oh, come on.  There's got to be one in there.
18  I've given you two.
19      Q.  DHL.
20      A.  Excellent.
21      Q.  All right.  So the next two columns are
22  coupon status simple and coupon status.  From my review
23  of the data, it might be easier to start with coupon
24  status before talking about simple, but I'll defer to

## Page 138

1  you.  Which of the two columns would you like to
2  discuss first?
3      A.  I'm good with that approach.  We can start in
4  Q.
5      Q.  Okay.  So in coupon status, there are seven
6  values.  So let's start with in general, what is coupon
7  status referring to?
8      A.  So we could establish this, but just to make
9  it crystal clear, the date that is at the coupon level.
10  So you're down to the passenger and then each flight
11  coupon that they had purchased.  We're looking at that
12  level of granularity.  And so, coupon status here takes
13  260 statuses that we have in our system and tries to
14  categorize them so that they're more easily understood
15  and puts them in one of the categories we're seeing
16  here.
17      Q.  Did you do that categorization or does the
18  system automatically do that for you?
19      A.  There's a combination of two things.  there
20  was a categorization of this done.  And then, I tried
21  to simplify it further.  So I think I started from
22  about two dozen and tried to make it so the things that
23  were basically in the same group or the same bucket be
24  captured that way here.

## Page 139

1      Q.  Okay.  And to make sure I understand, so if
2  we look at I where it's coupon number, Q is basically
3  telling us what happened with that particular coupon;
4  is that correct?
5      A.  That is correct.  For that passenger and that
6  coupon, what is the status when we pulled this data?
7      Q.  Okay.  And this is an obvious question, but
8  this data would have been pulled after all the relevant
9  flights; is that correct?
10      A.  It was pulled, it would've been pulled after
11  this time period, yes.  It was pulled and the statuses
12  reflect what they were in our system as of that time.
13      Q.  Okay.  Let's start with check.
14      A.  Okay.
15      Q.  What is check referring to?
16      A.  I could've labeled it better.  This is a
17  unique instance where the customer has scheduled travel
18  and they have actually not done anything with it.  They
19  did not cancel it, they did nothing.  Eventually, they
20  have not used their travel and the ticket ends up
21  being, basically, shown to the left, show it's used.
22  They basically forfeited their travel by not using
23  their ticket.
24      Q.  So basically, they had a ticket, didn't show

## Page 140

1  up, didn't get on the flight, didn't request a refund,
2  didn't do anything; is that accurate?
3      A.  Yep, that is correct.
4      Q.  How about exchanged?
5      A.  It's I ke it sounds.  They had a ticket and
6  they decided that they wanted to do something
7  differently, so they flipped the value of their ticket
8  and they applied it to another ticket.
9          Now, exchange is fascinating because there are a
10  period of scenarios that you would want to think about
11  as you think about exchanging it.  So let's, kind of,
12  go down the path of one to consider.
13          The customer is traveling -- just kind of picked
14  this top set.  They're doing Fort Meyers to Denver and
15  back.  They look, they realize there's not a lot of
16  snow in the forecast and they say, I'm not going to
17  Denver anymore.  So they change their trip and they
18  decide instead, they're going to go to Cancun.  But the
19  itinerary to Cancun is much more expensive.
20          And so, they go ahead and they exchange the old
21  ticket for one that's more expensive.  The old ticket
22  is used, it's exhausted.  There's no value in it.  And
23  they now have a reservation for Cancun.
24          Let's suppose that they decide Cancun's not where

Page 141

1   they want to go either.  They can take that same
2   ticket, that new Cancun ticket, and they could exchange
3   it for multiple trips.  They could decide, hey, let's
4   go to Boston.  I've got enough money to do Boston, and
5   I've got some more money.  Why don't we also go to
6   L.A.?
7       And so, you end up in this reality where there are
8   a lot of different things that can go into changes to
9   your itinerary and -- I share this because it's very
10  difficult with a row of data to capture all the things
11  that could happen with the customer's planned trip.
12  You can split up your money, you can combine tickets,
13  you can do all types of things with your funds here.
14      And so, it is, in this case, showing exchanged.
15  Essentially, that shows that they had value and they
16  have used their value for something new.
17      Q.  Is exchanged only applicable when the ticket
18  they exchange for is more expensive?
19      A.  No.  It can, it would apply to all --
20      Q.  Okay.
21      A.  -- exchanges.  I simply know that it was
22  exchanged.  I would need to go into other systems to
23  understand the myriad of options that they could've
24  pursued; buying tickets, splitting up tickets, you

Page 142

1   know, all of those types of things.
2       Q.  Okay.  And the reason I ask, and we're not
3   quite there yet, but for the next value, which were
4   funded, is that just a full refund?  Because I guess,
5   if somebody exchanged their existing ticket and it was
6   a cheaper flight and they ended up with some residual
7   value, would that be categorized as exchanged or
8   refunded?
9       A.  If they had -- ask the question again.
10  Sorry, Joe.
11      Q.  So looking at these two values, which are
12  next to each other, one's exchanged, one's refunded.
13  So I know we were just talking about a situation where,
14  if somebody switched tickets, the new ticket going to
15  Cancun was more expensive.  They would obviously have
16  to pay that difference.
17      A.  Yes.
18      Q.  So what I'm wondering is, in the same
19  scenario, instead of rebooking to Cancun, they rebooked
20  to Boston and Boston was cheaper, that ticket was
21  cheaper and that was the end of whatever they were
22  doing with those tickets.  In this spreadsheet, would
23  you have categorized that as exchange?  Or would you
24  have categorized that as refunded?

Page 143

1       A.  It shows exchanged.  So you're describing
2   they took a value they had, they had a ticket and they
3   used a portion of it for a new trip.  And then, maybe
4   they were eligible for a refund on the other part.
5   That would show as exchanged.
6       Q.  Okay.  So essentially, then, if I could take
7   a stab at summarizing exchanged.  Instead of forfeiting
8   your existing ticket, you use that existing ticket as a
9   form of credit towards a new trip, but you don't
10  actually exchange that ticket for a flight credit.  Is
11  that a fair way to explain that?
12      A.  That is a fair way.  And I'll just add that
13  you are taking the ticket value and you are applying it
14  towards a new ticket.
15      Q.  Right.  Okay.  And now, next, we have
16  refunded.  Could you explain what refunded is referring
17  to in this context?
18      A.  We gave back the money that we had received.
19  A couple of things to think about here would be,
20  typically, that would mean to the original form of
21  payment, oftentimes a credit card.
22      But there could be an instance where a travel
23  agency gets involved.  The customer, in fact, paid the
24  travel agency, and we touched on this I think a little

Page 144

1   bit earlier today but the customer paid the travel
2   agency.  The credit card goes to charge, was to the
3   travel agency.  We can show refunded here.  We, in
4   fact, send cash back to the travel agency.  But the
5   travel agency would need to provide a refund to the
6   customer's credit card.
7       So we have refunded, we have given money back.
8   Most of the time, it's the original form of payment,
9   but there are a chunk of times where an agency is
10  involved and the agency actually has to give the
11  customer the money back.  We -- this instance, this
12  would be United sent money back to the travel agency.
13  We don't know if the customer was taken care of or not.
14      Q.  So you're essentially the middle man and you
15  don't have visibility on the data on what the agency
16  was doing.
17      A.  We don't know if the agency provided a refund
18  or not, correct.
19      Q.  Yeah.  And would refunded -- I know you
20  mentioned original form of payment or credit card were
21  refunded included something like a travel credit in
22  this spreadsheet?
23      A.  You'd have to look at one of these other
24  characterizations for that.

36 (Pages 141 to 144)

Page 145

1    Q.  Okay.  That's what I thought, I just wanted
2  to make sure.  Next up is unavail.  What does that
3  refer to?
4    A.  It's several -- it's, kind of, a
5  miscellaneous bucket, but it's several different
6  outcomes you can have.  Let's get into a couple of
7  examples.
8      One would be, we sold the ticket, it includes
9  travel on another airplane.  And we don't know, we
10  don't have visibility into whether or not the customer
11  has traveled.  We simply know that they were geared up
12  to travel on the other airline, everything was in place
13  for them to travel, and we don't know anything beyond
14  that.
15      And so, as that travel date would transpire, we
16  would mark the coupon as unavailable.  In other words,
17  we don't know 100 percent what happened in that case.
18      Another example that you should think about is the
19  customer purchased trip insurance.  They decided to
20  make the claim.  The insurance company came back and
21  paid out on the claim.  As that happens, the insurance
22  company would reach out to United and would tell us
23  that the customer had received money on claim and we
24  would go into our system and mark the coupon as

Page 146

1  unavailable or unavail.
2    Q.  Is it shorthand for unavailable in this
3  context, essentially, that there's no further action
4  that united would need to take on the ticket?  Either
5  you can't see the data or, what you said, insurance
6  comes and pays the claim and then United doesn't have
7  to do anything with it.  Is that accurate or am I
8  missing something?
9    A.  Typically, that would be true.
10    Q.  Are there any instances you can think of
11  where that wouldn't be true?
12    A.  We could run into an instance where they're
13  on another carrier and, in fact, the other carrier
14  didn't provide transportation and the customer wanted a
15  refund and was eligible for a refund and we could
16  provide one.  Or they didn't fly and they have credit
17  and they want to apply that credit towards a new
18  ticket.
19      There are some instances where, that the coupon
20  may not be resolved, may not, they may not have used
21  the value.
22    Q.  In that situation, would that be where the
23  customer is purchasing a flight, the flight ends up not
24  being on a United Airline's own plane?  Is that, kind

Page 147

1  of, the situation?  I'm just trying to understand when
2  a customer would be on a United ticket but not necessarily
3  be on a flight operated by United.
4    A.  We have partnerships around the worlds.
5  Lufthansa's a partner, Canada's a partner.  We've
6  recently announced a partnership with Emirates.  So we
7  would sell tickets to combine travel with United and
8  one of our partners.  So it's very common for customers
9  to purchase a ticket on United to Frankfort, Germany
10  and then fly on Lufthansa beyond Frankfort, wherever
11  they might want to go.
12      And so, in this dataset, we are looking at tickets
13  that United issued.  We would be the responsible party
14  or what we call the plating carrier.  And so, they do,
15  in fact, involve other airlines.
16    Q.  And those could be other airlines that you
17  don't necessarily have a partnership with?
18    A.  On occasion -- actually, we would have to
19  have some relationship with them.  But on occasion, it
20  could be they're flying United to Atlanta and they're
21  flying Delta home.  Someone has to issue the ticket and
22  we're able to do that on a round trip.  And yes, that
23  could be something that happens.
24    Q.  Okay.  Up next is unused FFC, which I think

Page 148

1  refers to future flight credit, but what is unused FFC
2  referring to?
3    A.  So they have this coupon with value.  And the
4  value has not bee used and, in fact, they've got a
5  future flight credit, they have the ability to use that
6  on a future trip or what you could consider store
7  credit.
8    Q.  So how would that be different from
9  exchanged, then?
10    A.  They have not applied the value of this
11  coupon towards anything.  And so, exchange means that
12  they've gone through the process with securing new
13  travel and they've taken the value of the coupon and
14  they put it towards a new trip.
15      In this case, that value has not been touched.  It
16  sits unused and it's available for use.
17    Q.  So if somebody used the FFC, would that
18  person then, would it have appeared in the spreadsheet
19  as exchanged?
20    A.  If they applied that value towards a new
21  trip, it would show exchange, correct.
22    Q.  Right.  At the time you would've pulled this
23  data.
24    A.  Correct.

37 (Pages 145 to 148)

Page 149

1  Q. Okay. And up next is unused open. What does
2  that refer to?
3  A. In this case, they haven't converted the
4  ticket into any type of store credit instruments. The
5  ticket shows as unused, the ticket value is there for
6  use. We would refer to it as an open coupon or an open
7  ticket. It's essentially the same reality as the one
8  above, but the instruments that would be used is
9  slightly different.
10  In this case, you would exchange that open ticket
11  by just using the ticket number as payment towards new
12  travel.
13  Q. And in the previous example, the unused FFC,
14  that unused ticket would have been converted on United,
15  then, to a credit; is that correct? Is that the
16  difference between those two categories?
17  A. That is the difference. They've applied the
18  value towards an FFC or an electronic instrument that
19  can be redeemed.
20  Q. And if the coupon is marked as unused, is
21  that because the flight was cancelled? Are there more
22  situations where a coupon could be marked unused?
23  A. Well, you could just decide you're not taking
24  the trip. So you could call up United and say, I'm not

Page 150

1  going to go to Boston, and that ticket would have
2  value. You would basically have a period of time.
3  Right now, we've, we have tickets that are open,
4  they've been open for some time, but they can apply
5  that store credit, that value towards a new trip.
6  There are a lot of different scenarios that would
7  drive this.
8  Q. And if somebody was flying to Boston, let's
9  say they were supposed to fly at 10:00 in the morning,
10  and United, the day of, had some sort of issue and they
11  had to reschedule that flight, let's say six hours
12  later, and that customer declined or, yeah, declined to
13  go on the rescheduled flight and then said they wanted
14  a refund.
15  Would that populate on the sheet as unused open?
16  Or would they be refundable on this sheet? Assuming
17  they qualified for a refund under the current policy.
18  A. If they are eligible for a refund and asked
19  for a refund, once they ask for it and we process it,
20  it'll show refunded.
21  Q. Okay. So if somebody in that same scenario
22  was eligible for a refund, but didn't request one, they
23  would then show up as unused, open?
24  A. Typically, they would. Yeah, typically, they

Page 151

1  would.
2  Q. Assuming they didn't fall under a different
3  bucket. Okay.
4  A. Yep.
5  Q. Understood. And then, finally, what I think
6  is probably the easiest column value, which is used.
7  So does that just mean the ticket was used?
8  A. It does. There's some scenarios we've got to
9  touch on real briefly. The preponderance or most of
10  the time, they could, they used value of the ticket,
11  they took their trip, the ticket is or the coupon
12  issued.
13  There are some scenarios where our system doesn't
14  really know whether or not it's been used. It's given
15  a status and, most of the time, that status would mean
16  used, but we don't 100 percent know. And so, let's get
17  into two scenarios.
18  One of the 260 statuses we have is checking. The
19  customers check-in for their flight. That's the last
20  thing that we see from our data. And when you check in
21  for a flight, usually, you get on the flight. And so,
22  we're making the leap here, that trip, that coupon was,
23  indeed, used here. So that's one scenario.
24  A second scenario is, actually, one of the ticket

Page 152

1  statuses is divided. And so, as we talked early on in
2  this particular data set, we do split and divides. The
3  ticket status is updated to divided, and that's the end
4  of it. I don't know whether or not they flew, I don't
5  have any additional information other than the last
6  thing we saw happen here was there was a split and
7  divide.
8  So, again, we believe these customers to have
9  traveled. Most of the time, they have with the case of
10  a split and divide, it's a lot, it's oftentimes about
11  upgrades. But those show the here.
12  Q. Does United capture data if somebody scans at
13  the gate to get on the flight?
14  A. You're asking if we have boarding data?
15  Q. Right. So I go to the airport, I check in, I
16  go through the gate or got through security, get to the
17  gate, they call my boarding group, which I wait for
18  while I'm seated like a good Samaritan, I don't crowd
19  the gate. I get up there and I scan my boarding pass
20  when they ask you to scan it. Is that data that United
21  is then seeing?
22  ████████████████████████████
23  ████████████
24  ████████████████████████████████

38 (Pages 149 to 152)

## Page 153

1 ████████████████████████

2 ████████████████████

3 ██████████████████

4 ██

5 Q. Okay. Let's look at coupon status simple

6 now. So instead of seven values in coupon status,

7 there are now five values. And I can read them out, if

8 you're having trouble seeing them.

9 The first is cancelled, not refunded. Then, the

10 next is cancelled, refunded. Then, unavail. Then,

11 used, exchanged. And then, used, used.

12 So my first question is --

13 MS. HEMERYCK: Counsel, sorry. Okay. So we've

14 been going a little over an hour. Can we just take a

15 short break?

16 MR. KENNEY: Yeah, we can.

17 MS. HEMERYCK: Okay.

18 MR. KENNEY: How long -- let's go off the record.

19 MS. HEMERYCK: Five minutes.

20 THE COURT REPORTER: We're off the record at 3:05

21 p.m.

22 (Whereupon, a short break

23 was taken.)

24 THE COURT REPORTER: We're back on the record at

## Page 154

1 3:11 p.m. Central time.

2 MR. KENNEY: And before I jump into where we left

3 off, is there anything about any of your prior

4 testimony that you would like to add to or change?

5 MR. CHRISTENSEN: No.

6 BY MR. KENNEY:

7 Q. So we were looking at coupon status simple.

8 And it looks like, again, there are five values here.

9 I'm guessing, but I'd like you to confirm that the

10 coupon status, the seven coupon statuses that we looked

11 at before, somehow fit in to those five as subsets of

12 those five data points in coupon status simple. Is

13 that correct or am I off base there?

14 A. That is correct. That's a good way to think

15 about it.

16 Q. Okay. So again, I named the five before. So

17 just so I know exactly how the data is supposed to,

18 kind of, merge together, so the first coupon status

19 simple is cancel, not refunded. So which of the coupon

20 statuses would then fall into the coupon status simple

21 category of cancel, nonrefunded?

22 A. So you didn't show, can you pull them up or

23 share your screen? It didn't go, but --

24 Q. Oh, I apologize. I thought I was sharing my

## Page 155

1 screen. Just give me two seconds. Can you see the

2 spreadsheet now?

3 A. Perfect. Thank you. So it is -- all I'm

4 trying to do is provide a higher-level view of what's

5 in the queue. So you could easily, kind of, do the

6 comparison between the two, but as you would expect,

7 those who still have a value that's elig ble to be used

8 would show up as cancelled, not refunded, meaning

9 they're not taking the trip that they planned and they

10 have some value that could be applied towards a future

11 trip.

12 So on the screen, you instantly see unused, FFC is

13 one. You would have those that are just unused. Those

14 type of coupon statuses is what would go up here.

15 Q. Okay. So on the spreadsheet, then, the

16 categories are already lined up, for lack of a better

17 term. So we're looking at, you know, row eight, it

18 says, in coupon status, it says unused FFC. So for

19 purposes of the spreadsheet that is considered

20 cancelled, not refunded in the simple columns; is that

21 right?

22 A. Right.

23 Q. Okay. And next up, we have prorated ticket

24 value, which we've looked at before. But does that

## Page 156

1 column mean anything different in the context of this

2 particular spreadsheet?

3 A. Let me just give a little bit of information

4 about it. I think I touched on this, but just to make

5 it real clear. Let's take rows two through seven; you

6 have three customers going on a roundtrip journey and

7 they all purchase tickets to go on the trip. And the

8 trip is real simple, it's Fort Meyers to Denver and

9 then back home.

10 And the natural inclination would be, take the

11 value of the ticket and divide it by two because they

12 have two coupons. You don't see that in column R. In

13 fact, you see the outbound, so the Fort Meyers to

14 Denver, that proration is lower than the return, the

15 Denver to Fort Meyers. And that's because the demand

16 and, basically, the prices being charged to Denver are

17 cheaper than the prices being charged back home to Fort

18 Meyers.

19 And so the proration reflects realities around

20 what the prices were for the trip. And so, if it is

21 not a simple proration, it has to do with the fair

22 value and breaks it out at the coupon level, which is

23 the way that we would apply credit if the customer had

24 an unused value for use elsewhere.

39 (Pages 153 to 156)

Page 157

1    One other thing to provide about column R, United
2  tends to focus on the fair value that we keep.  In
3  other words, the revenue that we gain from customers
4  traveling.  And that revenue would exclude taxes.  It
5  would exclude passenger facility charges.  It would
6  exclude the 9/11 TSA fee.  None of those monetary
7  amounts would appear in column R.
8    And finally, I touched on this before, but just to
9  reiterate, column R is the USP equivalent of whatever
10  currency they paid.  I know currencies fluctuate, and
11  so as we go to issue a refund, if that were to be the
12  case or we go to apply the credit that they have to a
13  new ticket, it's going to reflect the currency that
14  they actually bought it, if we vary it a little bit
15  once a year.
16    Q.  And the value of the prorated ticket, that is
17  not in U.S. dollars, right?  That's still in whatever
18  currency it was purchased in; is that right?
19    A.  Column R, it's all converted to U.S. fee.
20  Every single, everything here is the U.S. dollar
21  account.  The currency was converted based on the
22  evaluation at the time of ticket issuance.  It is all
23  reflected as U.S. dollars.
24    Q.  And you said the conversion's based on the

Page 158

1  time the ticket was issued; is that correct?
2    A.  That is correct.
3    Q.  Okay.  Two more columns left.  So the first
4  is, it's column S.  I think it's stating customer-
5  initiated change indicator; is that correct?
6    A.  That is correct.  It's a binary field, yep.
7    Q.  And what would a zero value represent?
8    A.  We went through the customer's booking
9  history to find instances where the customer may have
10  changed their trip.  So a zero would be that we didn't
11  find instances where the customer changed their trip.
12  A one would mean we did find the customer making
13  changes to their trip.
14    Q.  And when you say making changes to the trip,
15  what would that entail?
16    A.  Again, we're going through in querying the
17  history.  So I have, every time the customer adds a
18  flight or removes a flight, and what I'm trying or what
19  I'm querying for is what probed the change?  I see, to
20  really be specific, who was the user that went in and
21  made the change?
22    And I have a list of users that are United
23  Airlines.  So we have a user that does rebooking for
24  United.  So if I had a schedule changed, for instance,

Page 159

1  I have a system that goes in, it has a unique user
2  I.D., it would go in and update all of the bookings
3  that were impacted.
4    When I don't see a United user I.D., I know that
5  that's the customer that's involved in the change.
6    Q.  Would you see a United user I.D. if United
7  had sent them an email encouraging them to take a
8  travel credit for a particular flight and that customer
9  ends up deciding to accept that travel credit for the
10  flight?  Would that populate as the customer initiating
11  the change in this spreadsheet or would that be United?
12    A.  What you're describing -- let's get into the
13  scenario you're describing.  And so, I guess, give me
14  more information about what you're contemplating, Joe.
15    Q.  Sure.  So let's say, you know, it's the
16  middle of March of 2020, you know, a customer is
17  scheduled to fly out later that month in March, so a
18  couple of weeks.  United sends them an email or some
19  communication and says, you know, if you want, you can
20  take a flight credit instead of seeing that reservation
21  through and getting on that plane and flying.
22    If the customer ends up accepting that offer and
23  taking the flight credit, I'm curious how, what
24  category would that fall into between these final two

Page 160

1  columns?  Because the next column, which we haven't
2  talked about, is obviously, United issued the change.
3  So I'm curious if you know the answer to that.
4    MS. HEMERYCK:  Objection, speculation as to
5  whether there's any such scenario.
6    MR. KENNEY:  Yeah, to be clear, I'm asking a
7  hypothetical.
8    MS. HEMERYCK:  But you're asking where a
9  hypothetical would be in the data, which doesn't make
10  sense if there's no such scenario in the data.
11    MR. KENNEY:  Right.  I understand.  I'm saying,
12  hypothetically, if that situation did exist, how would
13  that display in this spreadsheet?
14    MS. HEMERYCK:  I don't think --
15    MR. KENNEY:  If at all.
16    MS. HEMERYCK:  I don't think it can be answered as
17  a hypothetical question because the spreadsheet is
18  simply, it's how we are categorizing data that actually
19  occurred.  Jeff can answer it if you, if he's
20  comfortable that that scenario is something that
21  actually occurred and it might be reflected here,
22  that's fine.
23    But I don't think he can say how a hypothetical
24  that my not have occurred would be reflected in the

40 (Pages 157 to 160)

Page 161

1  spreadsheet.
2      MS. LAWLESS:  Do you understand the question,
3  Jeff?
4      MR. CHRISTENSEN:  I want to clarify it, but I
5  think I'm, I think I understand what Joe's asking.
6      MS. HEMERYCK:  Answer the best you can.
7      MR. CHRISTENSEN:  Okay.  So column S is looking
8  for changes to your itinerary.  So I think what you
9  described, Joe, is a customer has a trip.  For whatever
10 reason, United says, hey, I can give you travel credit,
11 but it would take the trip.  This column would show a
12 zero because they didn't rebook anything, they didn't
13 change their itinerary.
14     The key part of it is change.  Did they change
15 their trip?  So if they had a trip scheduled and they
16 just cancelled it and took a flight credit, that would
17 show as zero.
18 BY MR. KENNEY:
19     Q.  Okay.  And same general scenario, but if
20 United cancelled the flight for any reason, that would
21 then populate in the T column as a one; is that
22 correct?
23     A.  So the customer had a flight scheduled,
24 United decided not to operate or, you know, they didn't

Page 162

1  have service to the city on the date, or whatever it
2  might've been, yes.  We would see United go in and our
3  systems would go to try to get them rebooked somewhere
4  and we would should a one, United making a change to
5  that trip.
6      Or even if we just remove one of the segments.  If
7  we had an old itinerary, we have a new itinerary, I'm
8  looking at the difference between the two itineraries.
9      Q.  And using the earlier hypothetical that your
10 counsel objected to, which I'm fine letting her make
11 the same objection.  But in that same scenario where,
12 again, hypothetically, United is sending an email to
13 the customer saying, here's a travel credit, if you
14 take it and you don't fly.  Is United sending that
15 email something that would populate in the T column as
16 a one?  Or would that be a zero?
17     A.  I'm not looking at emails.  Again, I'm look,
18 I'm going through the entire PNR's history.  And the
19 scenario you're describing is really simple.  A booked
20 flight A to B, that's it.  Right.  I have flight A to
21 B.  There's nothing new there.  That flight doesn't
22 move, that flight doesn't change.  There's no change,
23 right?
24     The key of what I'm trying to capture in S and T

Page 163

1  is there was a change made to the itinerary.  Did they
2  have something, did they have trip A and they adjusted
3  it, and now they have a new itinerary, which would be
4  trip B.  And then, make a comparison between the two.
5      Q.  Okay.  And I'm not trying to trip you up, I'm
6  really just trying to understand this.  But you know, I
7  know when I initially posed the hypothetical, it was a
8  zero because there wasn't a change being made.  The
9  flight was going from A to B, that's it.  The flight,
10 you know, nothing was changing.
11     So let's say that United offers a credit.  The
12 person, the person flying takes the credit and then
13 uses the credit.  Does that change what would populate
14 in that S column?
15     A.  It would not.
16     Q.  Because the original flight itself wasn't
17 changing; is that accurate?
18     A.  Let's try to make it clear.  What we're
19 looking at is itineraries.  So as we have an itinerary,
20 and we have someone who's gone in and made an
21 adjustment, made a change -- again, the key word is
22 change.  Someone's gone in and changed the itinerary.
23 That's what we're looking for.
24     And so, as you're describing it, it's not about

Page 164

1  sending an email.  It's not about them using their
2  phones.  It's about they had travel -- because a lot of
3  what your, a lot of what we're focused on is just the
4  customer.  Did the customer have the disruption to
5  their travel.  And so, I'm trying to compare before and
6  after.
7      And if there is no change, if there's no after, if
8  nothing was disrupted, then there's a zero because
9  there's nothing to look at.
10     Q.  Okay.  That helps.  I appreciate it.  So the
11 previous range of spreadsheets that were essentially
12 replaced by this series of spreadsheets, so the
13 corrected data.  There was a column in that original
14 series of spreadsheets that was titled, is cancelled.
15 Now, I wanted to ask, is that same data that would've
16 been covered by is cancelled present in the sheet that
17 we're looking at now?
18     A.  The replacement value would be column O.  And
19 just to give a quick comparison, O, I've explained.
20 I'm happy to answer more questions about O.  In the old
21 spreadsheet and, you just get out of, you get into a
22 reality where it's really tough to do the data
23 processing as we do too many of these.  But I was
24 trying to understand if the customer's flight had, in

41 (Pages 161 to 164)

Page 165

1  fact, operated.
2      And the reality is a customer can be scheduled to
3  fly on an 8:00 a.m. flight to Boston. And we move that
4  flight to 9:30. And I was using some assumptions
5  around whether or not a flight operated that didn't
6  accurately capture realities that I probably should've
7  considered.
8      And so, it's tough to say if my flight to Boston
9  flew or not because my flight to Boston, what does that
10 mean? My 8:00 a.m. flight to Boston? Well, no, I
11 booked you on the 9:30. You can fly to Boston, but
12 it's at 9:30. And at what point, do you stop making a
13 comparison or understanding of really whether or not
14 that flight operated?
15     I put that in air quotes because it's tougher to
16 define. And from a data perspective, what I started to
17 realize is flights can expand departure dates. You can
18 have an 11:30 p.m. departure and we move it to 12:30,
19 you know, it's an hour later. Or should be -- yeah.
20 12:30, an hour later.
21     And it's a new day and just working with the data
22 and joining the data and trying to get an accurate
23 representation of what operated and what didn't became
24 overly complex and, candidly, I couldn't get the data

Page 166

1  to run. I couldn't get the system to run all of the
2  possibilities that I should have taken into account as
3  I looked at that.
4      And so, I ran something that I could, which was
5  column O, which we've talked about previously.
6      Q. Okay. And I think you mentioned that there
7  are some assumptions in, is that right? Is the
8  inquiry for O just whether it flew on the scheduled
9  departure date? Or is there additional assumptions
10 that we might not have talked about?
11     A. Much simpler than the original set of
12 spreadsheets. It is, did we have service between the
13 two airports on the departure date.
14     Q. Okay. So in the hypothetical that you raised
15 where you might have an 11:30 flight at night, but you
16 got rescheduled 45 minutes later to 12:15. For
17 purposes of this data, that would be a zero; is that
18 right?
19     A. It would, if it is looking to see what our
20 operations were on that date. Just to, kind of, make
21 it a bit clearer. This is the latest status of the
22 particular ticket that we're looking at. So if you got
23 moved to the 12:15 flight, then you've got a new
24 departure date.

Page 167

1      And maybe there were two flights and maybe the one
2  at 12:15 didn't operate, but there was one at 11:30
3  that did, and that could be a complexity that we're not
4  accounting for.
5      Q. Sorry, do you mean 11:30 on the day before or
6  the day after?
7      A. The day before. Forty-five minutes before,
8  maybe we had flight departure very close together and,
9  yeah, you're not accounting for that reality in what
10 I've pulled in O.
11     Q. Okay. So in that situation, when you were,
12 you're switching the date, it's just going to populate
13 a zero based on the assumptions you made for this data;
14 is that accurate?
15     MS. HEMERYCK: Objection, (inaudible) testimony.
16     MR. CHRISTENSEN: So it is strictly looking at the
17 operation components or the departure date. So just to
18 be crystal clear, if there was a flight that did depart
19 45 minutes earlier, but it was a day earlier with a
20 different departure date, you know, 45 minutes earlier
21 puts you into a day earlier, then that's not
22 contemplated in O and it could have a zero, right?
23     If your 12:15 flight didn't operate, nor did any
24 other flights operate on that departure date, but we

Page 168

1  had one 45 minutes earlier that did, O does not capture
2  that.
3      MR. KENNEY: Okay. I think I understand now.
4  BY MR. KENNEY:
5      Q. All right. What department or division of
6  United is responsible for collecting or recording the
7  underlying data that's in this spreadsheet?
8      A. Data engineering.
9      Q. Did you talk to anybody in data engineering
10 when you were creating this spreadsheet?
11     A. No.
12     Q. Okay. So you can just go in and you can pull
13 the data yourself; is that accurate?
14     A. Correct.
15     Q. And I know you created the spreadsheet, so
16 did you do anything to verify the accuracy of the data
17 in this spreadsheet before it was produced?
18     A. Yes, I did.
19     Q. Can you give me an overview of what you did?
20     A. In creating a set, dataset like this, it
21 takes a long time. You're building a very extensive
22 query; it took me several weeks to put the query
23 together. And so, you're doing QC along each step each
24 time you join in a new table or you transform data, you

Thompson Court Reporters, Inc.
thompsonreporters.com

Page 169

1  go through and you ensure that what you're getting out
2  as results is accurate to the underlying data that you
3  don't have any issues.
4      Ensuring that you don't have any issues with
5  filters, that you are capturing exactly what you want
6  to capture in the dataset. And so, it's pretty
7  involved to, from -- I mean, you know, pulling up
8  spreadsheets, there's a lot of data here. It's pretty
9  involved to set up a query that's this massive,
10  involves this much data, ensure it will run, and to QC
11  that the data is accurate.
12      So it took me weeks to build a query and you're a
13  QC along every step. And then, to run the data took
14  days to run the data.
15      **Q. And the data actually running, that's an**
16  **automated process, right?**
17      A. It's, you're waiting on the query to come
18  back, but yeah, it's running.
19      **Q. And the QC that you were talking about, are**
20  **there formal QC policies that you were adhering to? Or**
21  **was it more, you were just checking the data as you**
22  **went?**
23      A. As someone who's dealt with data for a number
24  of years at United, the approach that we train, the

Page 170

1  approach that I use is to go back to the source data.
2  So if you're looking at booking, if you want to get
3  into where our bookings actually live, which is our
4  passenger service systems; see what it shows.
5      If you're looking at tickets, you want to go into
6  the ticketing systems that we have and ensure that what
7  you see there in, like, our accounting database or the
8  source systems of tickets, that it accurately captures
9  exactly what is in source data.
10      MR. KENNEY: Can we go off the record?
11      MS. HEMERYCK: Sure.
12      THE COURT REPORTER: We're off.
13          (Whereupon, a short break
14          was taken.)
15      THE COURT REPORTER: We're on the record at 3:48
16  p.m. Central time.
17      MR. KENNEY: I'm going to share my screen again.
18  All right. Can you see --
19      MS. HEMERYCK: Oh, no.
20      MR. CHRISTENSEN: Yes, but you're cutting out.
21      MR. KENNEY: Do you --
22      MS. HEMERYCK: Joe, you froze. But you do -- he's
23  off the record again. Can we just go off the record
24  again, please.

Page 171

1      THE COURT REPORTER: We're off the record at 3:49
2  p.m. Central time.
3          (Whereupon, a short break
4          was taken.)
5      THE COURT REPORTER: We're back on the record at
6  3:52 p.m. Central time.
7      MR. KENNEY: All right. Due to some technical
8  limitations, I attempted to pull up all the
9  spreadsheets in sequential order in this dataset, which
10  would run from United 78664 all the way through United
11  78673. Unfortunately, due to the size of the
12  spreadsheets, I couldn't do that.
13  BY MR. KENNEY:
14      **Q. So Mr. Christensen, I just wanted to ask you,**
15  **from my review of the spreadsheets, it looked like the**
16  **create a date column from that spreadsheet runs**
17  **sequentially from the first produced spreadsheet to the**
18  **end. And the dates ranged for the spreadsheets, in**
19  **their entirety, run from May 1st, 2019 all the way**
20  **through December 31st, 2020. Is that your recollection**
21  **as well?**
22      A. That is the range of PNR dates that we did
23  produce in this data set.
24      **Q. And sitting here today, do you have any**

Page 172

1  **reason to doubt the accuracy of any of the spreadsheets**
2  **in that range that I just recited?**
3      A. No.
4      **Q. Are there any other nuances or limitations in**
5  **the data in the spreadsheets that we haven't talked**
6  **about but that I might've missed?**
7      MS. HEMERYCK: I'd just say objection, that's a
8  very broad question, but.
9      MR. CHRISTENSEN: I wouldn't have anything to add
10  in what we've discussed with each of these columns in
11  the spreadsheets.
12      MR. KENNEY: All right. Olivia, could you do me a
13  favor and hand out a copy of United 178676; that's the
14  bates number for the document. And for the record,
15  that will be Exhibit 15.
16          (Whereupon Exhibit No. 15 was
17          marked for identification by
18          the court reporter.)
19      THE COURT REPORTER: And that was 178676?
20      MR. KENNEY: That is correct.
21      THE COURT REPORTER: Thank you.
22      MR. KENNEY: And feel free to take a minute to
23  scan that document and let me know when you're done.
24  We'll obviously be going through it in more detail in a

43 (Pages 169 to 172)

## Page 173

1   couple of minutes.
2     MR. CHRISTENSEN: Okay.
3   BY MR. KENNEY:
4     Q. And just for reference, we're going to be
5   moving back. Would you look at Exhibit 1? One of the
6   topics that you're designated on is topic six, which is
7   defendant's policies or practices related to the
8   provision of refunds to ticketed passengers that are on
9   flights that are one, delayed or two, cancelled by
10  United.
11     Looking back at Exhibit 15, have you ever seen
12  this document before?
13     A. I have.
14     Q. Do you recall when you would've first seen
15  that document?
16     A. I believe it was produced as part of the
17  case, and I saw it as one of the documents that was
18  used as part of this case.
19     Q. I'm sorry, my question was a little bit
20  different. I'm just asking if you recall the first
21  time that you actually saw this document.
22     A. It would be in connection with this
23  deposition.
24     Q. And I think before, you had said that you had

## Page 174

1   seen this document before right now; is that correct?
2     A. Yes.
3     Q. Is it fair to say that you would've reviewed
4   this document in connection with preparing for today?
5     A. Yes.
6     Q. Did you author this document?
7     A. I did not.
8     Q. Do you know who Katherine (ph.) Colombo is?
9     A. I do.
10     Q. What is her job title, if you know it?
11     A. I don't know her title off the top of my
12  head. She works in our sales department. She does
13  communications.
14
15
16
17
18
19
20
21
22
23
24

## Page 175



## Page 176

1
2
3
4
5
6
7
8
9
10     Q. And on March 6th, 2020 and earlier, what was
11  the policy that was in the contract that the customer
12  would see?
13     MS. HEMERYCK: And Jeff can answer this based on
14  his personal knowledge, but he is not a corporate rep
15  on United's Contractor Carriage. But you can answer it
16  based on your personal knowledge.
17     MR. CHRISTENSEN: My understanding is that our
18  contractor carriage or contract with our customers was
19  that they would do a refund if they were disrupted by
20  plus or minus seven days.
21   BY MR. KENNEY:
22     Q. I'm sorry, you cut out after you said plus or
23  minus.
24     A. Plus or minus seven days.

44 (Pages 173 to 176)

Page 177

1    Q.  All right.  Do you know how far back this
2    internal policy was in effect?
3        A.  I do not.
4        Q.  So it says that refunds are permitted in
5    those circumstances.  I take it, by using permitted, it
6    means that the refunds are not automatic; is that
7    right?
8        A.  That is correct.
9        Q.  So a customer would need to request a refund
10   if United ended up cancelling the flight.
11       A.  As part of our contract with the customers,
12   the customer would have to request the refund.
13       Q.  So is it fair to say that United does not
14   issue, automatically issue a refund for flights that it
15   cancelled?
16       A.  We do not automatically issue refunds for
17   flights that are cancelled.
18       Q.  And that would be true from March 6th all the
19   way to the present day?
20       A.  That would be true for that period, correct.
21       Q.  So when this period of time, which is March
22   6th, 2020 or prior, if United cancelled a flight, would
23   it automatically rebook the customers on a cancelled
24   flight onto a new flight?

Page 178

1        A.  We're always trying to make sure that our
2    customer can travel.  We find that customers want the
3    ability to actually go on their trip, so if you think
4    about this period that you're asking about, the vast
5    majority of our customers wanted to take the trip and
6    wanted to have an itinerary that allowed them to still
7    go on their trip.
8        And so, yes, we did.  And we still do.  We do
9    everything we can to ensure the customer can travel.
10       Q.  So if I understand your answer correctly,
11   United does its best to attempt to do that.  But is it
12   fair to say that it can't always do that?
13       A.  Can't always do what?
14       Q.  Rebook a customer if their flight is
15   cancelled?
16       A.  That would be situation with a no protection.
17   Yes.
18       Q.  I'm going to switch gears for a minute and
19   talk about how customers could request refunds from
20   United.  Specifically, in this time period of the March
21   6th, 2020 policy, could customers contact United by
22   phone to request a refund?
23       A.  Yes, they could.
24       Q.  Could they contact United via United's

Page 179

1    website to request a refund?
2        A.  We had a form on our website.  We still have
3    a form on our website where, yes, you could make a
4    request.
5        Q.  Did customers email United to request a
6    refund?
7        A.  Yes, they could email us to request a refund.
8        Q.  Did customers send refund requests to United
9    through the mail?
10       A.  Yes.  We would accept requests through the
11   mail, too.
12       Q.  Did customers request refunds in person from
13   United representative at the airport?
14       A.  They could and lots of instances, that's
15   where refund requests for customers will be taken care
16   of, yes.
17       Q.  Are there any other channels customers can
18   request refunds through that I haven't mentioned?
19       A.  Yes.  A, several of our customers booked
20   through traveling.  Their point of contact, their main
21   reference, the entity that they're working with is the
22   travel agency.  And so, it's a commercial practice, as
23   well as a practical matter that customers deal with
24   their travel agency and they don't deal with United

Page 180

1    until they check in for their flight.
2        And so, a bunch of our customers book through
3    travel agencies and most of them would go through their
4    travel agency for all services; changing their trip,
5    getting a refund, getting their, a seat purchased.  But
6    what I'm -- changing their seats, I meant.  But
7    whatever servicing they might need, they would go back
8    to their travel agency.
9        And so, that's a big channel where customers would
10   be requesting refunds.
11       Q.  And if they request a refund from a travel
12   agency like Expedia, for example, they would request it
13   from Expedia and then Expedia would pass along that
14   request to you?  Is that how that works?
15       A.  No.  There is, there's a system that sits
16   between United and Expedia.  It's called a Global
17   Distribution System.  Some common ones are Amadeus,
18   Sabre, Travelport.  These systems enable agencies to
19   sell United's product.  To service United's product.
20   To assign seats, to rebook, to exchange tickets.  They
21   are, this is the technology that they rely on in order
22   to basically offer United and service United tickets.
23       So a refund request would go through one of three
24   of these, essentially.  Typically, the GDS, but they

Page 181

1   can also go through one of the ticket clearing houses
2   that airlines use. And so, the first one is ARC or the
3   Airline Reporting Company. It's a U.S. based ticket
4   clearing house.
5       The second is through BSP, this is a product that
6   IATA has, a billing settlement program or a BSP. And
7   again, it deals with tickets, it enables refunds, it's
8   a system that can be used to get a refund that an
9   agency can use.
10      Q. And just so I understand what GDS stands for,
11  that was global distribution and then I missed the last
12  work.
13      A. System.
14      Q. And does that cover the travel agency end of
15  a customer requesting a refund?
16      A. That would be the way that they'd do it,
17  correct.
18      Q. Are there any other ways that we haven't
19  covered yet that a customer could request a refund?
20      A. None that come to mind. I think that is the
21  list.
22      Q. So it's fair to say that probably covers the
23  vast majority of refund requests?
24      A. It would, yes.

Page 182

1       Q. All right. Let's start with phone requests
2   for a refund while the March 6th, 2020 policy was in
3   effect. If a customer called a United customer service
4   number during that time period, would they speak
5   directly with an employee of United?
6       A. Yes, they would.
7       Q. If that customer, during that conversation,
8   requested a refund for any reason and they were talking
9   through the customer service line, would that
10  information be recorded? And just to clarify, I'm not
11  talking about whether the request was ultimately
12  approved or denied or what the reasons might be.
13  I'm just asking about the simple fact of this
14  customer called United and requested a refund. Would
15  that fact be recorded?
16      A. It may, it may not. Not necessarily, but
17  they it could've been recorded.
18      Q. Is there not a policy in place, then, that
19  would dictate that that should be recorded?
20      A. It depends on what occurs with that
21  conversation.
22      Q. Sure. So in what instances would that be
23  recorded, then?
24      A. We could capture in a customer's -- let's

Page 183

1   take an example, the MileagePlus is our loyalty
2   program. If a MileagePlus member came and requested a
3   refund, we might record notes in their account,
4   basically, in their profile that the conversation was
5   held, that a refund was requested. So that's an
6   example when it might've been captured.
7       MR. KENNEY: And just totally off topic, but just
8   for Counsel, so the back of the window is starting to
9   reflect. And somebody has a screen, I can't see what
10  the screen is or I can't read it. But if you wanted to
11  turn whatever that tablet is. I think it might be
12  Sondra's.
13      MR. LITOFF: Yeah.
14      MR. KENNEY: You can put the windows down. I,
15  again, just want to be transparent that I just noticed
16  that, so let's fix that.
17      MR. LITOFF: It's actually just a video of
18  yourself, so.
19      MS. HEMERYCK: Yeah.
20      MR. KENNEY: I can already see myself in the top
21  part of it, so. That's more than enough.
22      MR. CHRISTENSEN: He has you on your screen.
23      MS. HEMERYCK: Yep. That any better?
24      MR. KENNEY: Perfect. Thank you very much.

Page 184

1       MS. HEMERYCK: Okay.
2   BY MR. KENNEY:
3       Q. So is it fair to say, then, there isn't,
4   like, a particular field in that data -- or strike
5   that. Is it fair to the say that there isn't a
6   particular field that the customer service
7   representative would be checking or not checking that
8   would indicate the customer requested a refund?
9       A. There would not be. Again, it depends on the
10  substance of the conversation between the customer and
11  the agent.
12      Q. And how is the substance of the conversation
13  recorded? Does the customer service agent take notes
14  as the conversation progresses?
15      A. The agent would determine whether a refund
16  request should be submitted. And if they found that
17  the customer wasn't due a refund, then the request
18  would not be recorded at all. If there would not be a
19  chance that they recorded it then, right? Their job is
20  to serve the customer and help as many customers as
21  they can through the day.
22      Q. Okay. So again, in the hypothetical,
23  somebody calls, talks to somebody. The United customer
24  service representative reviews the policy in effect,

46 (Pages 181 to 184)

Page 185

1　determines that the customer requesting a refund
2　doesn't fall within the policy for whatever reason and
3　denies them a refund, that fact is not recorded then;
4　is that correct?
5　　　There isn't an indication in the file that a
6　request for refund was either submitted or denied?
7　　　A.　We would not record that.  That would be
8　typical practice at United.
9　　　Q.　And then, where would this information that
10　we're talking about be recorded?
11　　　A.　If it were to be recorded?
12　　　Q.　Correct.
13　　　A.　The primary, as I understand it, the primary
14　vehicle would be in our customer care system where an
15　issue that needs follow-up might be logged for follow-
16　up.
17　　　Q.　In that same general hypothetical, somebody
18　who just picks up the phone, calls United, requests a
19　refund, they're denied; is the fact that somebody
20　contacted, is the fact that they contacted United
21　recorded?  Is there a record of that contact?
22　　　A.　There may be, there may not be.  Again, it
23　depends on whether the agent feels I ke something
24　needed to be documented on the phone call.  And

Page 186

1　typically, it's to provide servicing and to ensure
2　follow up.
3　　　Q.　And if the request for a refund was
4　ultimately approved, would that be recorded?
5　　　A.　I would say that the refund was processed,
6　that the ticket would show refund.  Status would be
7　refund.
8　　　Q.　Same hypothetical, somebody calls United,
9　requests a refund, but United, the customer service rep
10　denies the request for a refund.  Let's say the
11　customer's not happy and they ask to escalate that to
12　another employee or supervisor through the customer
13　service line.
14　　　Is that escalation recorded?
15　　　A.　This I don't know.
16　　　Q.　Who would you ask if you wanted to find that
17　out?
18　　　A.　I'd ask our contact centers.  No name comes
19　to mind, though.
20　　　Q.　Okay.  Let's turn to website request for
21　refund.  And again, we're talking only about the March
22　6th, 2020 policy.  First, did -- in this time period,
23　did United have a live-chat feature on its website?
24　　　A.　I do not recall.

Page 187

1　　　Q.　Do you know if United has a live-chat feature
2　on its website right now?
3　　　A.　I do not know.
4　　　Q.　And I'm guessing you also don't know this,
5　but I'm going to ask the question anyway just to be
6　sure.  Do you know if customers can submit refund
7　request through the live-chat feature, if one exists?
8　　　A.　That I do not know.
9　　　Q.　Again, just talking about the March 6th, 2020
10　period, were there multiple ways that somebody could
11　submit a refund request through United's website?  Or
12　is it just the form on the website?
13　　　A.　We're talking about March 6th 2020, it was
14　through the refund form.
15　　　Q.　Okay.  So you couldn't submit a refund
16　request through the Manage Your Reservation feature; is
17　that right?
18　　　A.　We did not have that enabled at that point.
19　　　Q.　So another hypothetical, let's say a
20　customer, again, in that same time period, let's say
21　it's March 5th, 2020.  If they filled out the refund
22　form on United's website, would that be recorded
23　somewhere?
24　　　A.　It would send the customer an email that we

Page 188

1　received their request.  The request would go to our
2　refund's team to report.  As I understand it, I don't
3　know if they store that, the fact that they asked for a
4　refund for an extended duration of time.  They
5　certainly process the request, but I don't know if they
6　keep that form information or if they keep those
7　requests in the database.
8　　　Q.　Who would you ask if you wanted to figure out
9　the answer to that question definitively?
10　　　A.　That would be Mina that I would talk to.
11　　　Q.　Do you know if any of that information would
12　be stored in the database, even if it was just stored
13　temporarily?
14　　　MS. HEMERYCK:  Objection, vague and ambiguous.
15　　　MR. KENNEY:  Sure, I'll rephrase.
16　BY MR. KENNEY:
17　　　Q.　So if a customer submitted a refund request
18　through United.com's refund form, again, we're talking
19　about, say, March 5th, 2020.  With whatever information
20　they put into the refund request form, would that be
21　stored in a database that United maintains?
22　　　A.　The data would make its way to the refunds
23　team.  It would be there until they didn't need it
24　anymore.  But I think once they had either approved or

47 (Pages 185 to 188)

Page 189

1   denied the refund, that data is no longer necessary.
2   No longer necessary.
3       Q.  Do you know if that data would be deleted
4   then?
5       A.  It would be purged from our system.
6       Q.  I know earlier, we talked about the system
7   that stored the passenger details.  If somebody
8   requested a refund through the United.com refund tool
9   or form and, on March 5th, 2020, would that be
10  reflected in that database or any other database?
11      A.  Could you clarify which database would it be
12  stored?  I'm sorry, can you clarify so I can clearly --
13      Q.  Sure.
14      A.  -- answer it.
15      Q.  Sure.  So earlier, when we were going through
16  the various databases that you pulled information from
17  for the spreadsheets that you created, I recall that
18  you mentioned there was a booking database that United
19  maintains.  There's also a TCN database, which is a
20  ticketing database.
21      My question is, if somebody filled out a refund, a
22  refund form on United's website back in March of 2020,
23  would the fact that they filled out that form and any
24  of the details, would that make it into any of those

Page 190

1   databases that we were talking about earlier?
2       A.  It would not.
3       Q.  So to the best of your knowledge, somebody
4   fills out the refund form, that is then sent to the
5   refund team where they may or may not delete it.  And
6   that's the only record that United would have of that
7   person filling out a refund form on its website?
8       MS. HEMERYCK:  Objection, vague and ambiguous.
9   BY MR. KENNEY:
10      Q.  You can answer if you understand.
11      A.  Will you rephrase it just so we can be more
12  clear here?
13      Q.  Sure.  So and correct me if I'm wrong.  But
14  earlier, you testified that if somebody fills out the
15  refund form on the United website back in March, March
16  5th of 2020, that information is then sent to the
17  refunds team that Mina is on; is that correct?
18      A.  That is correct.
19      Q.  What I'm wondering is if that information
20  makes its way into any other databases or any other
21  individual's hands.  Or does it just go to the refund
22  team?
23      A.  It just goes to the refund team.  It is a
24  request that the refund team will research and, based

Page 191

1   on their research, they will either provide the refund
2   or they will deny the refund.  And then, that data
3   serves no purpose and becomes purged.  But as soon as
4   that request is completed, it's no longer needed in our
5   system, the data is not retained.
6       Q.  Okay.  So I think we already talked about, if
7   it's approved, that gets notated somewhere in the
8   United's system.  Obviously, we looked at a whole lot
9   of data about approval of refunds earlier; is that
10  fair?
11      A.  It would show approved, you would see the
12  refund on the ticket.
13      Q.  What about if it was denied?
14      A.  No, we would not see that.
15      Q.  All right.  Let's turn to emails for refunds.
16  Again, just talking about the March 6th, 2020 policy
17  now.  So again, for the hypothetical, we'll just assume
18  March 5th.  And I think you already testified that
19  during this time period, customers could email United
20  and request a refund; is that right?
21      A.  Yes.
22      Q.  And if somebody emailed United requesting a
23  refund, would that fact be recorded?
24      A.  I do not know.

Page 192

1       Q.  Who would you talk to if you wanted to know
2   the answer to that question?
3       A.  The contact center group, again.
4       Q.  Does the contact center receive the emails
5   that individuals would send to United, then?
6       A.  If they sent it to a contact center email
7   address, yeah.  They have the general inbox.
8       Q.  Just to clarify, you're not sure if those
9   emails are stored in a database, then; is that correct?
10      A.  Not to my knowledge, they are not stored in a
11  database.
12      Q.  Do you know if the fact that a customer sent
13  an email to the customer service email address, do you
14  know if that fact is recorded in general?
15      A.  I do not.
16      Q.  Again, you would talk to the contact center
17  team?
18      A.  I would.
19      Q.  Let's turn to mail requests for refunds.
20  Again, March 6th, 2020 policy, let's use a hypothetical
21  of March 5th, 2020.  You already testified that during
22  this time period, customers could send mail to United
23  requesting a refund; is that correct?
24      A.  Yes.

48 (Pages 189 to 192)

Page 193

1    Q.  Do you know if they did send mail to request
2  a refund, do you know if that would be recorded?
3    A.  I do not.
4    Q.  And who would you talk to to figure that out?
5    A.  Again, that would be the contact center.
6    Q.  Let's turn to in-person requests at the
7  airport for refunds.  So you, let's say somebody went
8  to the airport on March 5th, 2020 and went to talk with
9  a United employee about requesting a refund.  If the
10 customer did that, would that be recorded?
11   A.  It may or may not.  Again, it depends on the
12 substance of the conversation.
13   Q.  And that would essentially be up to the
14 discretion of the United employee they were talking
15 with?
16   A.  That is correct.
17   Q.  Assuming that they requested a refund and
18 that refund was approved, again, I'm assuming that that
19 fact would somehow end up being recorded by United in
20 some sort of database; is that correct?
21   A.  You would see the refund, yes.
22   Q.  Now, if the refund was denied, would that be
23 recorded?
24   A.  It could, but it very well could not.

Page 194

1    Q.  And last, let's talk about travel agencies.
2  Same hypothetical, on March 5th, 2020, a particular
3  passenger contacts their travel agency and requests a
4  refund.  If the travel agency, then passed that request
5  along to United, would that be recorded?
6    A.  Will you please describe what you mean when
7  you say passed along?
8    Q.  Sure.  So earlier, we were talking and I
9  should've asked this question better, but we were
10 talking earlier about a couple of different systems
11 that would allow -- and correct me if I'm wrong, but
12 allow those travel agencies like Expedia to basically
13 get visibility on United flights, seats, and things of
14 that nature; is that correct?
15   A.  Correct, yes.
16   Q.  So that allows a customer to book through a
17 travel agency and get a seat on a United flight; is
18 that fair?
19   A.  That is fair, yes.
20   Q.  Okay.  So now, let's assume that that same
21 customer wants a refund.  Is there a way for United to
22 see that information through that GDS system, the BPS
23 system, or the ARC system?
24   A.  If the refund is, you know, is approved and

Page 195

1  processed, we will see that.  If the refund is denied,
2  those systems aren't phone controlled or accessible by
3  United, so we would not have that information.
4    Q.  Is it fair to say that that system isn't a
5  two-way system that allows United to look into what the
6  travel agencies are seeing in either ARC, GDS, or BSP?
7    A.  We do have a connection to these systems,
8  like, they can transmit information to our system.  But
9  we aren't able to access or get into ARC, BSP, or the
10 GDS.
11   Q.  So you can only see what the system transmits
12 to United; is that fair?
13   A.  Correct.
14   Q.  And it's your testimony today, that if a
15 refund request is denied through those systems, that's
16 not data that is then communicated back to United?
17   A.  We would only receive a transmission of
18 refunds that were being processed.
19   Q.  And is it fair to say a refund is only
20 processed if it's approved?
21   A.  That is fair to say, yes.
22   Q.  Will you turn back to Exhibit 15 for me?
23   A.  Okay.
24   █████████████████████████████████

Page 196

1    ███████████████████████████
2    █████████████████████████████████
3    █  ██████████████████████████
4    ███████████████████████████████████
5    ██████████████████████████████
6    ████████████████████████████████████.
7    ████████████████████████████████████
8    █████████████████
9    MS. HEMERYCK:  Objection, that is beyond the
10 scope.
11   MR. KENNEY:  Sondra, I just want to clarify so I
12 understand the scope of what Mr. Christensen is being
13 designated for.  Are you saying that he's not
14 designated and not knowledgeable to talk about the
15 reasons for the policy or practice changes that were
16 mentioned in number six?
17   MS. HEMERYCK:  Correct because number six doesn't
18 ask about reasons.  It just asks, what were the
19 policies and practices.
20   MR. KENNEY:  Okay.
21   MS. HEMERYCK:  And he can testify about that.
22 BY MR. KENNEY:
23   Q.  Did the policy change that occurred on March
24 7th supersede the March 6th policy such that the March

49 (Pages 193 to 196)



**Page 197**

1  6th policy was no longer in effect on March 7th?
2    A.  Our new internal policy was changed.  The new
3  policy replaced the old policy.
4    Q.  So effective March 7th, 2020, the only
5  internal policy that was in effect at United was the
6  one that's listed in this chart; is that correct?
7    A.  That is correct.  To make it more clear, the
8  new policy also meant that the customer needed to
9  request a refund.
10    Q.  I'm sorry, could you state that one more
11  time?
12
13
14
15
16
17
18
19
20
21
22
23
24

**Page 199**

1
2
3
4
5
6
7
8
9
10    Q.  In that same time period, did United alter or
11  modify how customers could submit refund request
12  through email?  I couldn't hear that response.
13    A.  No.
14    Q.  In that same time period, did United alter or
15  modify how customers could submit refund requests
16  through the mail?
17    A.  No, we did not.
18    Q.  Same question, but for refund requests
19  submitted in-person at the airport.
20    A.  No change.
21    Q.  Same question, but refund requests that were
22  submitted through its customer service line.
23    A.  No change.
24    Q.  And same question, but refunds submitted

**Page 198**

**Page 200**

1  through a travel agency.
2    A.  No change.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

50 (Pages 197 to 200)

| Page 201 | Page 203 |
|----------|----------|



Page 204

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12      Q.  Earlier, we went through a whole bunch of
13  different ways that customers could contact United to
14  request refunds.  It could be the website, email, mail,
15  in-person at the airport, through its customer service
16  line, through travel agencies.  To the best of your
17  knowledge, did United alter the way that customers
18  could submit requests during this time period?
19      A.  We did not.
20      Q.  Is it fair to say that that would be your
21  answer for all of March 2020?
22      A.  I think you asked the question for the whole
23  period, and I think I answered that we expanded the
24  ways in which customers could request a refund.  So I
```

51 (Pages 201 to 204)

## Page 205

1  think you covered the whole time period here. And we
2  didn't remove any ways that they could ask for a
3  refund; we in fact, looked for ways to make it easier
4  for the customer to ask for refunds.
5      **Q.  And to the best of your knowledge, just so**
6  **it's clear, those changes all occurred in what you**
7  **believe is fall or early winter of 2020?**
8      A.  It'd be, not to get, like, way into the
9  weeds, but to give you a flavor of how this works, I
10  mentioned to you earlier today that I was involved in a
11  team that went about trying to make refund data more
12  accessible. And it was a cross-functional team, and
13  one of our goals was to ensure that the information our
14  contact center agents had was at their fingertips.
15      So let me be more specific. If we were to go back
16  into early March or let's just say February. If we
17  were in February of 2020, if a contact center agent
18  wanted to understand whether or not, based on our
19  internal policy, if they looked at a request for a
20  refund, if they wanted to know if the customer was
21  eligible, they would go into the reservation and they
22  would review all of the history.
23      They'd go line by line, they'd look, who did what,
24  and they'd spend the time to figure out what happened.

## Page 206

1  Was it a schedule change? Was the disruption by, more
2  than by the two hours? Was there a no-protection?
3  They would manually research that, and they would do it
4  in basically reviewing the whole history of PNR.
5      So as I mentioned, in March, we set about a team
6  that wanted to create an easy indicator as to whether
7  or not the customer was eligible for a refund based on
8  our internal policy upon request. So that team spent
9  months getting together the right data, working with IT
10  to update our systems and enabling what was a
11  prerequisite to do some of the things we did later.
12      And so, in June, we stood up a new system that
13  enabled us to instantly recognize whether, based on our
14  internal policy, if a customer was eligible for a
15  refund or a travel credit or what have you upon
16  request. And so, we spent, again, months putting
17  together the systems and updating, basically, the way
18  that our contact center agents did their job. They
19  basically gave them the answer at their fingertips.
20      And so, little enhancements I ke that took place
21  along the way that enabled us later to put it out on
22  our website and to make it a tool that our customers
23  could just access on our website. But there's going to
24  be small improvements we made in June and in July and

## Page 207

1  in August and in September.
2      And then, when all the pieces came together, we
3  were able, with the help of our IT department, to make
4  this something that the customer could request on our
5  website. And the eligibility would just be captured
6  because of the foundational work we did there.
7      **Q.  Okay.  Is it fair to say that up until you**
8  **put in those relevant changes to the United's backend**
9  **system that United was not capturing when somebody**
10  **requested a refund, but that refund wasn't granted?**
11      A.  That is true.
12      **Q.  And then, once you did implement the relevant**
13  **backend system changes, if somebody did request a**
14  **refund, was United now capturing that data if the**
15  **refund request was denied?**
16      A.  Our focus was to update our self-service
17  tools so that information was embedded in the options
18  given to the customer. And so, if you think about what
19  we enabled on our website and through our app, if you
20  were eligible for a travel credit or you were eligible
21  to just cancel your trip, you would see in the toggle
22  button, do you want to cancel or do you want a travel
23  credit? And those options would come to you.
24      If you were eligible, you were going to request a

## Page 208

1  change and you were eligible for refunds, you would
2  see, you know, do you want a travel credit or do you
3  want a refund? And so the policy became embedded in
4  the self-service tool. So as you talk about, hey, did
5  we capture data around customers who made a request,
6  the word eligible, we didn't focus on that.
7      What we were focused on was putting at the
8  customer's fingertips, the ability to self-serve.
9      **Q.  That's helpful.  I appreciate that.  So it's**
10  **fair to say then that United wouldn't be capturing a**
11  **request for a refund that wasn't granted because that**
12  **wouldn't even be something that would be submitted**
13  **through the updated tool?**
14      A.  That is correct. It wouldn't have been
15  offered.
16  ████████████████████████████████
17  ████████████████████████████████████████████
18  ██████████████████████████████████████████████
19  ████████████████████████████████████████████
20  ██████████████
21  ██ ████████████████
22  ██████████████████████████████████
23  ██████████████████████████████████████████
24  ████████████████████████████████████████

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



## Page 209

11    MR. KENNEY: We've been going for about an hour,
13    do you want to take a short break?
14    MS. HEMERYCK: Sure.
15    MR. KENNEY: Can we go off the record?
16    (Whereupon, a short break
17    was taken.)
18    THE COURT REPORTER: We're back on the record at
19    5:10 p.m. Central time.
20    MR. KENNEY: Sondra, I just want to clarify one
21    thing, and I think I have this correct, but let me know
22    if I don't.
23    MS. HEMERYCK: Sure.
24    MR. KENNEY: It's your view that for topic six,

## Page 210

1    the reasons why any policies or practices were put in
2    the place or changed is outside the scope of topic
3    number six; is that right?
4    MS. HEMERYCK: That is our position, yes.
5    MR. KENNEY: So the only way I could ask him
6    questions about that is if he agreed to answer in his
7    individual capacity; is that also correct?
8    MS. HEMERYCK: Exactly. He may or may not know
9    the answer.
10    MR. KENNEY: Understood. I'm not going to go
11    there, I just wanted to make sure I understood.
12    MS. HEMERYCK: Yeah, I'm glad you aren't.
13    MR. KENNEY: Let's turn back to Exhibit 15.
14    MR. CHRISTENSEN: Can I jump in, Joe?
15    MR. KENNEY: Yes.
16    MR. CHRISTENSEN: We were able to make one more
17    phone call and clarify something that you asked about
18    that I didn't understand correct. So in a conversation
19    with Mina that we just had, I was able to learn
20    something that I did not -- so, you asked about various
21    ways that a customer could request a refund.
22    And for each of those, whether or not we captured
23    data on that request, specifically if it is not
24    approved because we know what happens if it's approved.

## Page 211

1    Mina was able to clarify that with the United.com
2    refund form, so United.com/refunds, any request that is
3    submitted through that form is captured.
4    And I didn't, I guess I didn't realize this, but
5    that information that goes in the form is immediately
6    captured in the refund system. They, it becomes an
7    open file, and then they work that file. And if the
8    refund is approved, you know, we're going to see that
9    in other places. But there is a refund file that shows
10    that, yes, the refund was provided.
11    If the refund is denied, it produced file and we
12    would retain that information. So we do have for the
13    instance in where the customer uses the refund form,
14    which we've had for years, it predates COVID, predates
15    2020, in fact, several years before that. We have
16    information on those requests for refunds that were
17    denied when they use the United.com refund form.
18    MR. KENNEY: Okay. That's helpful and I
19    appreciate that.
20    BY MR. KENNEY:
21    Q. And just to clarify, that is true from the
22    March 6th, 2020 policy all the way through the present
23    day?
24    A. Yeah. We retain that information for a

## Page 212

1    number of years. Yes. We have denials and approvals
2    from that system.
3    Q. And is all the information that's submitted
4    through that refund form kept? Or is it just the
5    request for a refund?
6    A. The, all the formed information forms the
7    basis of the file and it is retained.
8    Q. So other than that clarification about just
9    the refund tool on the website, your answer and
10    testimony remains the same as to everything else; is
11    that correct?
12    A. The other channels, it remains the same,
13    correct. Thank you for letting me interject that.

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



**Page 213**

2     Q.  So would they get a new flight number then,
3 if they were rebooked?
4     A.  They may not.  So if you think about
5 rebooking, we could've gone through a schedule change.
6 And flight number 123 was scheduled to depart at 8:00
7 a.m., and we moved that flight by three hours and now
8 it's moved, it's going to depart at 11:00 a.m.
9     And so, they're on the same flight number, it
10 could even be the same equipment and everything else is
11 the same.  We've just changed when it departs and, of
12 course, when it arrives.

**Page 215**

20     Q.  In this time period, would they also have
21 been eligible for an electronic travel credit, a future
22 flight credit, anything else?
23     A.  The domestic customer, so customers with a
24 domestic itinerary, yes.  They would have been elig ble

**Page 214**

**Page 216**

1 for other ways of getting store credit or, you know,
2 simply exchanging their ticket.  If they wanted to
3 rebook at that point for a future flight or a different
4 itinerary, they could do that.
5     Q.  And that would've been an exchange, based --
6     A.  Yes.
7     Q.  -- the data that we looked at earlier; is
8 that correct?
9     A.  That is correct.  Yep.  If they took the
10 value of their ticket and applied it to another
11 itinerary, that would be an exchange.
12     Q.  I'm going to make sure I have it correct.  So
13 they would be eligible for a refund and electronic
14 travel certificate, the future flight credit, which is
15 also an exchange; do I have that correct?  Or is an
16 exchange also a different category?
17     A.  An exchange is a different category.
18     Q.  Otherwise, did I have that correct?
19     A.  When you say they, we're talking about
20 domestic, customers with domestic itineraries, and so,
21 yes.  You have it correct for customers with a domestic
22 itinerary.
23     Q.  If a customer with a domestic itinerary that
24 was altered by more than six hours, would they receive

54 (Pages 213 to 216)



Page 217

1  an email informing them of their options?
2      A.  It depends on where the customer purchased
3  their ticket.  If a customer purchased from United, we
4  have their contact information; we would get their
5  email address when they made their purchase.  And, yes.
6  We're communicating with customers to tell them that we
7  changed their flight, let them know they've been
8  rebooked, and let them know that they can contact us if
9  they wanted something different.
10     Q.  Is it fair to say that you didn't have that
11 ability with travel agencies?

Page 218

Page 219

Page 220

Thompson Court Reporters, Inc.
thompsonreporters.com



**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 225

Page 227

Page 226

Page 228



**Thompson Court Reporters, Inc.**
**thompsonreporters.com**

Page 229

Page 231

Page 230

Page 232



58 (Pages 229 to 232)

## Page 233



## Page 235

1  industry. Their systems only permitted a ticket to

2  remain in their system for 13 months. After 13 months,

3  it was purged. And so, we had to work with them to

4  enable ticket validity up to 24 months.

5  **Q.  So that was only an issue that you had to**

6  **grapple with for the travel agencies; that wasn't an**

7  **internal issue with United, correct?**

8  A.  It was not. That is a fair statement. Our

9  system could support a change. It was for tickets that

10  were issued by a travel agency, that's correct.

11  **Q.  And at this point in time, was United, were**

12  **United tickets valid for 24 months?**

13  A.  We did it in tandem. So we extended the

14  validity of both United-issued tickets and travel

15  agency-issued tickets at the same time. They went from

16  12 to 24 months.

17  **Q.  And that was on April 7th?**

18  A.  Correct.

## Page 234

19  **Q.  And was the reason for that -- strike that.**

20  **There was a technical issue that prevented United from**

21  **being able to extend the ticket validity past, I think**

22  **it was 13 months. Is that your understanding?**

23  A.  That is correct. It has to do with the, with

24  ARC and BSP who are ticket clearing houses for the

## Page 236

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



**Page 237**

**Page 239**

**Page 238**

**Page 240**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9    Q.  -- do you know if that's true?
10    A.  I mean, the reality is, we're talking about
11    making the policy retroactive.  And so, the
12    consideration for travel agencies at that point was,
13    can they service the customers who have a need for a
14    retroactive application of policy?  And in some cases,
15    they could, it was an assistance issue.  In other
16    cases, they couldn't.  So let's do an example.
17        If I had a customer that decided that they wanted
18    an ETC and they went in and, you know, there was an
19    international trip and they were impacted by six or
20    more hours and they wanted an ETC, they couldn't
21    convert that ETC into a refund.  United had to get
22    involved.
23        And so, there were many, kind of, scenarios where
24    United wanted to be able to assist the travel agency to
```

60 (Pages 237 to 240)

Page 241

1   make it happen.  And so, it's really about making this
2   retroactive because, as you see, there's no problem
3   going forward.  It's just, we had a policy in
4   place at times previously, and we want to make sure the
5   customer was taken care of appropriately.
6       Q.   And the travel agencies couldn't make those
7   retroactive changes without contacting United, is that
8   right?
9       A.   In some instances, they could.  In other
10  instances, they could not.  But just to make it
11  uniform, to make it straightforward, this is the
12  approach we took.



Page 243

Page 242

Page 244

Thompson Court Reporters, Inc.
thompsonreporters.com



**Page 245**

1      [redacted]

2     Q. And earlier, we talked about some

3 enhancements that United had made to the ability to

4 request a refund and what customer service agents from

5 United would see. I just want to ask you, did we cover

6 everything about that when we discussed that earlier?

7 Is there anything else that you can think of to discuss

8 about that?

9     A. I think I gave you a good overview for the

10 progress we made and the efforts that were utilized to

11 make it easier for customers to get a refund, request a

12 refund.

13     MR. KENNEY: Can we take a short break?

14     MS. HEMERYCK: Sure. Hey, Jason, let me, how much

15 time do we have on the record?

16     THE COURT REPORTER: About six hours and twenty-

17 five minutes.

18     MS. HEMERYCK: That's what I have. Okay. So how

19 long do you want to take, Joe?

20     MR. KENNEY: Can we do ten minutes? My goal here

21 is to not keep you for the full seven hours, if that,

22 if it's at all possible.

23     MS. HEMERYCK: Yeah.

24     MR. KENNEY: I promise I'm not --

**Page 247**

1     MS. HEMERYCK: Yeah.

2     MR. CHRISTENSEN: Okay.

3     MS. HEMERYCK: We still, we've still got it on our

4 screens.

5     MR. CHRISTENSEN: Let me stop video and start it

6 again and see if that does anything.

7     MS. HEMERYCK: Yeah. We have it on our big

8 screen.

9     MR. KENNEY: Okay. I see it.

10     MR. CHRISTENSEN: Is that better?

11     MS. HEMERYCK: Okay. Good.

12     MR. CHRISTENSEN: I didn't have to look that.

13     MS. HEMERYCK: Already.

14 BY MR. KENNEY:

15     Q. Okay. So I just wanted to direct you to an

16 email that starts at the bottom of the second page. If

17 you want to take a second just to quickly read that, I

18 only have a couple of questions about it.

19     A. Okay.

20     [redacted]

21 [redacted]

22 [redacted]

23 [redacted]

24 [redacted]

**Page 246**

1     MS. HEMERYCK: Because hat's what's left.

2     MR. KENNEY: -- to harass you or --

3     MS. HEMERYCK: Got you. Let's do it.

4          (Whereupon a short break

5          was taken )

6     MS. HEMERYCK: Okay. Go ahead.

7     THE COURT REPORTER: We are back on the record at

8 6:22 p.m. Central time.

9     MR. KENNEY: Let's mark Exhibit 16.

10          (Whereupon Exhibit No. 16 was

11          marked for identification by

12          the court reporter.)

13     MR. KENNEY: Olivia, could you hand that out for

14 me?

15     MS. LAWLESS: Yes. The 121521?

16     MR. KENNEY: Yes, that's correct.

17     MS. HEMERYCK: Olivia, (inaudible).

18     MS. LAWLESS: I know, right?

19     MR. KENNEY: And you know what? I look like, it

20 looks like I lost the direct video feed from the

21 laptop.

22     MS. HEMERYCK: Oh, yeah.

23     MR. CHRISTENSEN: From me?

24     MR. KENNEY: Yeah.

**Page 248**



**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



**Page 249**

1  ████████████████████.
2  ████████████████████████
3  █████████████
4  █ ██████████
5  █████████████████
6  ████████████████████
7  ██████████████
8  ██████████████
9  ███████████████████████
10  ████████████████████████s.
11  █████████████████████
12  ██████████████████████
13  █████████████████████
14  ████████████████████
15  ████████████████████
16  ████████████████████
17  ████████████████████
18  █████████████████████████
19  █████████████████████████
20  ████████████████████
21  ████████████████████
22  ████████████████
23      Q.  Understood.  You can put that exhibit to the
24  side.

**Page 250**

1      A.  Okay.
2      MR. KENNEY:  Olivia, could you hand out what I
3  think is Exhibit 17?  And that is United 87227.
4          (Whereupon Exhibit No. 17 was
5          marked for identification by
6          the court reporter.)
7      MR. KENNEY:  If you want to take a second to
8  review that, just let me know when you're done.
9      MR. CHRISTENSEN:  Okay.  I've reviewed it.
10  BY MR. KENNEY:
11      Q.  Have you seen this document before?
12      A.  I have not.
13      Q.  So it appears to be an email that came from
14  refunds@united.com.  It looks like the email was sent
15  on May 11th, 2020.  So in essence, it appears that a
16  customer requested a refund and she was ultimately
17  advised that the ticket she bought was nonrefundable
18  and wasn't eligible for a refund.  Do you agree with
19  that characterization?
20      A.  That is what the, I'd say a summary of what
21  we see in the second paragraph, yes.
22      Q.  Can you tell by this document how that
23  passenger's refund request was submitted in the first
24  place?

**Page 251**

1      A.  I cannot.
2      Q.  So based off our discussion earlier today, it
3  sounds like the only way that United was consistently
4  tracking, because I know that if it was mentioned to a
5  customer service agent, they might notate that in a
6  customer's file.  But from our discussion earlier, the
7  only consistent way that United was noting requests for
8  refunds was refunds submitted to that refund form on
9  its website; is that an accurate summary?
10      A.  That is an accurate summary.  That's where we
11  created a file for the refund request and reviewed it.
12      Q.  And I noticed that there's a request I.D. at
13  the top.  It's the date, passenger, ticket numbers, and
14  then request I.D.  Do you know what a request I.D. is?
15      A.  That makes me believe that it went through
16  the United.com refunds form, there is an I.D.
17  associated with that.
18      Q.  Okay.  So when a customer would submit a
19  refund request through that refund tool on the website,
20  there would be a request I.D. that was generated when
21  that form was submitted; is that accurate?
22      A.  Yeah, especially, with the file that we
23  talked about previously, correct.
24      MR. KENNEY:  I have no further questions right

**Page 252**

1  now.
2      MS. HEMERYCK:  Okay.  Counsel, I have just a few.
3          EXAMINATION
4  BY MS. HEMERYCK:
5      Q.  Mr. Christensen, regarding, beginning with
6  refund policies, you testified earlier that United
7  enhanced its website to offer customers a, kind of,
8  self-service tool by which they could request a refund
9  in their flight cancellation or rescheduling screen; is
10  that correct?
11      A.  I did.
12      Q.  Okay.  And I believe you testified that if a
13  customer went to that screen to, you know, cancel their
14  flight and they were not eligible for a refund under
15  United's internal policy, then the tool would not offer
16  them the option of a cash refund; is that correct?
17      A.  That is correct.
18      Q.  Okay.  For a customer like that, could that
19  customer still go to the refunds part of United's
20  website and complete a refund request and submit a
21  refund request through the website form?
22      A.  Yes, they absolutely could use the refund
23  form at United.com/refunds and make a request for a
24  refund.

**Thompson Court Reporters, Inc.**
thompsonreporters.com



Page 253

1  Q. Okay. While we're still on the refunds,
2  could you take a look at Exhibit 15, do you still have
3  that in front of you?
4  A. This one?
5  Q. Yes, that would be it. So you have
6  Exhibit 15 there?
7  A. I do.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 255

1
2
3
4
5
6
7
8
9
10
11
12
13  Q. Okay.
14  THE COURT REPORTER: I'm sorry, I didn't hear
15  Mr. Christensen's answer.
16  MR. CHRISTENSEN: That is my understanding.
17  BY MS. HEMERYCK:
18  Q. All right. So let's change gears now and
19  talk about some of the spreadsheets you looked at. And
20  I'm not going to put them up because I don't think we
21  need to at them for these, for you to answer these
22  questions. So --
23  MR. KENNEY: So I've lost audio, I can't hear
24  Sondra speak at all.

Page 254

Page 256

1  THE COURT REPORTER: Can you hear me?
2  MR. KENNEY: I can hear, yeah, I can hear you,
3  Jason. But as soon as Sondra --
4  MS. HEMERYCK: I think we lost you for a minute,
5  Jason.
6  MR. CHRISTENSEN: Yeah, it went blank. Do you
7  have us back?
8  THE COURT REPORTER: We have you back.
9  MR. CHRISTENSEN: We were here.
10  MS. HEMERYCK: Did you get my question?
11  MR. KENNEY: I don't think so.
12  THE COURT REPORTER: I'll read back the last
13  question.
14  MS. HEMERYCK: Okay.
15  THE COURT REPORTER: Sondra, no, I did not get
16  your question. You had mentioned that you were not
17  going to put the spreadsheets up because --
18  MS. HEMERYCK: Okay.
19  THE COURT REPORTER: -- he didn't need to look at
20  them to answer.
21  MS. HEMERYCK: Okay. Great. So let me say that.
22  All right.
23  BY MS. HEMERYCK:
24  Q. So Mr. Christensen, you recall that you

64 (Pages 253 to 256)

## Page 257

1 testified you had -- you were asked a lot of questions
2 about spreadsheets that were displaying data that you
3 had generated through a query that you created, right?
4     A. Yes.
5     Q. And for the record, you know, one of those
6 was, and I think it was the one you mostly testified
7 about, was Exhibit 14. So the question, from the data
8 in your spreadsheet that was marked as Exhibit 14, are
9 you able to tell if a specific flight on which a
10 customer was booked actually operated?
11     A. You cannot. You'd have to do additional
12 research to figure that out.
13     Q. Can you tell whether a specific flight on
14 which a passenger was booked was delayed?
15     A. You cannot tell that from hat data. You'd
16 have to do additional research.
17     Q. Can you tell if a passenger, other than a
18 passenger who shows as refunded, requested a refund?
19     A. That is not available in hat, no.
20     MS. HEMERYCK: Okay. Jason, was that loud enough?
21 Did you get that response?
22     THE COURT REPORTER: He said that was not
23 available, no.
24     MS. HEMERYCK: Perfect. Thank you. All right.

## Page 258

1 BY MS. HEMERYCK:
2     Q. Now, last question about the OAG data, and
3 for the record, that was Exhibits 10 through 13, the
4 OAG spreadsheets. Do you recall the OAG spreadsheets?
5     A. I do.
6     Q. And just for clarity, does the OAG data tell
7 you anything about whether a particular flight
8 operated?
9     A. It does not. It tells you whether the flight
10 was scheduled to operate, but does not tell you --
11     Q. Does it tell you whether the flight, if it
12 operated, was delayed?
13     A. It does not give that information. It
14 doesn't have operational data, it's just what was
15 scheduled to operate.
16     Q. You also were asked some questions about
17 Realtime Flight Data; do you recall that?
18     A. I do.
19     Q. And I think you testified at one point that
20 one of the --
21     THE COURT REPORTER: I'm sorry, I missed your
22 question and answer again. I think, is there any way
23 to get the speaker closer to the two of you?
24     MS. HEMERYCK: Not really, it's in the ceiling.

## Page 259

1 We'll just --
2     THE COURT REPORTER: Well, maybe if you --
3     MS. HEMERYCK: -- speak up.
4     THE COURT REPORTER: -- could just speak up. I
5 think with the shuffling papers.
6     MR. CHRISTENSEN: I thought we were being --
7     THE COURT REPORTER: Thank you.
8     MS. HEMERYCK: No, you're right. Okay. Yeah.
9 All right.
10 BY MS. HEMERYCK:



## Page 260

**Thompson Court Reporters, Inc.**
**thompsonreporters.com**



## Page 261

1 ▮▮▮▮▮▮
2 ▮▮▮▮▮▮
3 ▮▮▮▮▮▮ on.
4 ▮▮▮▮▮
5 ▮▮▮▮▮
6 ▮▮▮
7 ▮▮▮▮▮
8 ▮▮▮▮▮▮
9 ▮▮▮▮▮▮
10 ▮▮▮▮▮▮
11 ▮▮▮▮
12 ▮▮
13 ▮▮▮▮▮
14 ▮▮▮▮▮▮
15 ▮▮▮▮
16 ▮▮▮▮▮
17 ▮▮▮▮▮
18 ▮▮▮▮▮
19 ▮▮▮▮▮
20 ▮▮▮▮
21
22          MR. KENNEY:  I have no fur her questions.
23          MS. HEMERYCK:  No further questions.
24          THE COURT REPORTER:  Counselors, would you like a

## Page 262

1 copy of the transcript?
2          MS. HEMERYCK:  Yes.
3          MR. KENNEY:  Yes.
4          MS. HEMERYCK:  Anything other than regular
5 delivery?  What's regular delivery, Jason?
6          THE COURT REPORTER:  Sorry, there was a siren
7 here.  Ten plus days is standard delivery.
8          MS. HEMERYCK:  Say it again.  Ten business days?
9          THE COURT REPORTER:  Ten plus days, yes.
10          MS. HEMERYCK:  That seems sufficient.  Can we get
11 eTRAN?  And, yeah, I'm going to leave it to Joe to
12 figure out how he's going to get you these exh bits.
13          MR. KENNEY:  So what I think I'll do, if it works
14 for you, is I'm just going to make a One Drive folder,
15 put them all in there, and then send you an email, if
16 that works.
17          MS. HEMERYCK:  That was referred to you, Jason.
18          THE COURT REPORTER:  Oh.  Mr. Kenney, I'll have
19 production reach out to you to make sure we get the
20 appropriate format.  Thank you.
21          MR. KENNEY:  Okay.
22          THE COURT REPORTER:  Is an eTRAN all right for
23 you, as well?
24          MR. KENNEY:  Yes.

## Page 263

1          MS. HEMERYCK:  Okay.
2          THE COURT REPORTER:  Very well.  Then we are off
3 the record at 6:45 p.m. Central time.  Have A wonderful
4 evening.
5          MR. KENNEY:  Thanks, everybody.
6          MS. HEMERYCK:  You too.
7          MR. KENNEY:  Thank you very much.  I know this was
8 probably a very detail-oriented day, but I really
9 appreciate your time.
10          MS. HEMERYCK:  That's, it's fine.
11          THE COURT REPORTER:  All right.  Bye.
12          MR. KENNEY:  Thanks, everybody.
13          MS. HEMERYCK:  All right.  Thanks, Olivia.
14          MS. LAWLESS:  Yeah.
15          (whereupon the deposition concluded)
16
17
18
19
20
21
22
23
24

## Page 264

1
2          DIGITALLY SIGNED CERTIFICATE
3          THOMPSON REPORTERS hereby certifies that the
4 attached pages represent an accurate transcript of the
5 electronic sound recording of the proceedings in the
6 Circuit Court for Cook County in the matter of:
7          Civil No.  1:20-cv-02142
8          MARK HANSEN AND JASON BUFFER
9                        v.
10          UNITED AIRLINES, INC.
11
12          By:
13
14
15
16          _____
17          BRIANNA WALKER
18          Thompson Court Reporters, Inc.
19
20
21
22
23
24

66 (Pages 261 to 264)

### Page 265

```
 1    CASE NAME :   MARK HANSEN vs UNITED AIRLINES
 2    DEPOSITION OF: JEFF CHRISTENSEN
 3    DATE TAKEN:   DECEMBER 2, 2022
 4
 5           This is to certify that I have read the
 6    transcript of my Deposition taken in the above-entitled
 7    cause and that the foregoing transcript accurately
 8    states the questions asked and the answers given by me
 9    as they now appear.
10         Please check one:
      _____ I made no corrections
11
          _____ Number of corrections made
12
      _____
13       JEFF CHRISTENSEN
14    SUBSCRIBED AND SWORN TO
15    Before me this _____ day
16    of _____ A.D., 2022.
17
18
                 _____
19
            Notary Public
20
21
22
23
24
```

### Page 266

```
 1              CORRECTION PAGE
 2    CASE NAME :   MARK HANSEN vs UNITED AIRLINES
      DEPOSITION OF: JEFF CHRISTENSEN
 3    DATE TAKEN:   DECEMBER 2, 2022
 4
 5    PAGE     LINE     CHANGE
 6    _____  _____  _____
 7    _____  _____  _____
 8    _____  _____  _____
 9    _____  _____  _____
10    _____  _____  _____
11    _____  _____  _____
12    _____  _____  _____
13    _____  _____  _____
14    _____  _____  _____
15    _____  _____  _____
16    _____  _____  _____
17    _____  _____  _____
18    _____  _____  _____
19    _____  _____  _____
20    _____  _____  _____
21
22    DATE: _____
23
24    SIGNATURE: _____
```

67 (Pages 265 to 266)

```
1   CASE NAME :    MARK HANSEN vs UNITED AIRLINES

2   DEPOSITION OF: JEFF CHRISTENSEN

3   DATE TAKEN:    DECEMBER 2, 2022

4

5            This is to certify that I have read the

6   transcript of my Deposition taken in the above-entitled

7   cause and that the foregoing transcript accurately

8   states the questions asked and the answers given by me

9   as they now appear.

10           Please check one:
             _____ I made no corrections
11
             ___1 83___  Number of corrections made
12

13   _____  JEFF CHRISTENSEN

14   SUBSCRIBED AND SWORN TO

15   Before me this __13th__ day

16   of __January__ A.D., 2023.

17

18        OFFICIAL SEAL
          DEBORAH L DOMPKE
19   NOTARY PUBLIC - STATE OF ILLINOIS
     MY COMMISSION EXPIRES:08/06/23
20                                    Notary Public

21

22

23

24
```

CASE NAME:  MARK HANSEN v. UNITED AIRLINES

DEPOSITION OF:  JEFF CHRISTENSEN

DATE TAKEN:  DECEMBER 2, 2022

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 5 | 10 | Change "Bosley" to "Good morning." | Transcription error |
| 7 | 17 | Change "That" to "I" | Transcription error |
| 15 | 9 | Delete "," | Transcription error |
| 17 | 13 | Delete "are" | Transcription error |
| 17 | 14 | Change "that" to "to" | Transcription error |
| 21 | 12 | Change "Kathy Colombo" to "Cathie Palumbo" | Misspelling |
| 21 | 16 | Change "Raul Kamore" to "Rahul Kumar" | Misspelling |
| 22 | 18 | Change "work" to "worked" | Transcription error |
| 22 | 18 | Change "as in other times" to "at another time" | Transcription error |
| 23 | 22 | Delete "Did" | Transcription error |
| 24 | 19 | Change "ese" to "see" | Transcription error |
| 25 | 20 | Change "over" to "or" | Transcription error |
| 25 | 23 | Change "did I infer" to "for" | Transcription error |
| 26 | 9 | Change "or" to "for" | Transcription error |
| 28 | 6 | Change "I'd say" to "it's a" | Transcription error |
| 30 | 21 | Change "ticket numbering" to "ticket number" | Transcription error |
| 31 | 1 | Change "sitting in" to "designated" | Transcription error |
| 31 | 23 | Insert "the" after "have" | Transcription error |
| 34 | 7 | Change "Store" to "store" | Transcription error |
| 39 | 1 | Change "ridiculous" to "difficult" | Transcription error |
| 40 | 9 | Insert "if" after "So" | Transcription error |
| 40 | 10 | Insert "testifying" after "not" | Transcription error |
| 42 | 17 | Delete the first "to" | Transcription error |
| 44 | 5 | Change "Sale FOB" to "Sale FOP" | Transcription error |
| 47 | 20 | Change "data it is" to "data" | Transcription error |
| 49 | 16 | Change "through the big warehouse" to "to the data warehouse" | Transcription error |
| 49 | 17 | Change "varied" to "queried" | Transcription error |
| 50 | 11 | Change "you know you'd" to "United" | Transcription error |
| 50 | 15 | Change "varied" to "queried" | Transcription error |
| 51 | 8 | Change "That's" to "Asked and" | Transcription error |
| 52 | 16 | Change "arrogate" to "aggregate" | Transcription error |
| 53 | 17 | Change "for" to "within" | Transcription error |
| 54 | 2-3 | Should read:  "With that clarification, I'll withdraw the objection." | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 54 | 4 | Insert "is" after "information" | Transcription error |
| 56 | 15 | Change "ad" to "add" | Transcription error |
| 58 | 21 | Insert "of" after "form" | Transcription error |
| 59 | 4-5 | Change "off of your first two-way" to "or an" | Transcription error |
| 61 | 20 | Change "I" to "may" | Transcription error |
| 64 | 2 | Change "2020" to "2022" | Transcription error |
| 64 | 3 | Change "stands" to "spans" | Transcription error |
| 64 | 22 | Change "date" to "data" | Transcription error |
| 69 | 21 | Change "In they're" to "We're" | Transcription error |
| 71 | 1 | Change "jobs" to "jaws" | Transcription error |
| 77 | 5 | Change "built" to "filled" | Transcription error |
| 79 | 11 | Change "A" to "8" | Transcription error |
| 86 | 12 | Change "purposes" to "purchases" | Transcription error |
| 86 | 18 | Change "interaction" to "iteration" | Transcription error |
| 86 | 19 | Change "Continentals" to "Continental's" | Transcription error |
| 87 | 5 | Change "purposes" to "purchases" | Transcription error |
| 87 | 18 | Change "actually" to "actual" | Transcription error |
| 87 | 21 | Insert "of" after "progression" | Transcription error |
| 88 | 7 | Change "awarded" to "award" | Transcription error |
| 89 | 16 | Change "especially" to "essentially" | Transcription error |
| 89 | 18 | Change "deminimis" to "de minimis" | Typographical error |
| 89 | 19 | Delete "that" | Transcription error |
| 90 | 18 | Change "the store key" to "historically" | Transcription error |
| 90 | 19 | Delete "; they" | Transcription error |
| 93 | 16 | Change "check" to "checked" | Transcription error |
| 97 | 12 | Change "incident" to "in" | Transcription error |
| 98 | 10 | Change "airline's" to "airlines'" | Transcription error |
| 98 | 19 | Change "(inaudible)" to "providers" | Transcription error |
| 99 | 1 | Change "published" to "publish" | Transcription error |
| 100 | 12 | Insert "a" after "on" | Transcription error |
| 100 | 13 | Change "modification" to "multiple times" | Transcription error |
| 100 | 13 | Insert "often" after "that" | Transcription error |
| 100 | 17 | Change "Try" to "We try" | Transcription error |
| 100 | 24 | Change "Sidney" to "Sydney" | Misspelling |
| 101 | 1 | Change "pass" to "path" | Transcription error |
| 101 | 3 | Change "Sidney" to "Sydney" | Misspelling |
| 102 | 2 | Insert "to" after "Greensboro" | Transcription error |
| 102 | 3 | Change "two, Chicago Air" to "Chicago O'Hare" | Transcription error |
| 102 | 16 | Delete "that" | Transcription error |
| 105 | 6 | Change "charger" to "charter" | Transcription error |
| 115 | 21 | Change "base" to "bates" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 115 | 22 | Change "base" to "bates" | Transcription error |
| 116 | 8 | Insert "to be" after "seems" | Transcription error |
| 116 | 12 | Change "look" to "looked" | Transcription error |
| 118 | 21 | Delete comma after "booking" | Transcription error |
| 118 | 22 | Insert comma after "table" | Transcription error |
| 119 | 2 | Change "field" to "fields" | Transcription error |
| 119 | 21 | Change "Stack" to "Stats" | Transcription error |
| 119 | 24 | Change "Stack" to "Stats" | Transcription error |
| 120 | 11 | Change "Stack" to "Stats" | Transcription error |
| 123 | 9 | Change "ENF" to "column E and F" | Transcription error |
| 123 | 12 | Change "One" to "That's one" | Transcription error |
| 124 | 21 | Change "upgrade" to "upgraded" | Transcription error |
| 129 | 3 | Insert "same" after "the" | Transcription error |
| 132 | 1 | Change "who's" to "whose" | Misspelling |
| 133 | 10 | Insert ", United's" after "policy" | Transcription error |
| 133 | 11 | Insert "an" after "its" | Transcription error |
| 133 | 12 | Change "starts" to "is" | Transcription error |
| 136 | 9 | Change "SKEJ" to "SCHED" | Misspelling |
| 136 | 15 | Change "let's say" "it's a" | Transcription error |
| 138 | 9 | Change "date that " to "data" | Transcription error |
| 138 | 19 | Change "there" to "There" | Typographical error |
| 140 | 7 | Change "flipped" to "took" | Transcription error |
| 140 | 10 | Change "period" to "Myriad" | Transcription error |
| 142 | 4 | Change "funded" to "refunded" | Transcription error |
| 144 | 2 | Change "goes to charge," "shows the charge" | Transcription error |
| 144 | 20 | Change "were" to "would" | Transcription error |
| 144 | 21 | Change "included" to "include" | Transcription error |
| 145 | 9 | Change "airplane" to "airline" | Transcription error |
| 147 | 4 | Change "worlds" to "world" | Transcription error |
| 147 | 5 | Insert "Air" before "Canada's" | Transcription error |
| 147 | 9 | Change "Frankfort" to "Frankfurt" | Misspelling |
| 147 | 10 | Change "Frankfort" to "Frankfurt" | Misspelling |
| 148 | 4 | Change "bee" to "been" | Typographical error |
| 149 | 8 | Change "instruments" to "instrument" | Transcription error |
| 149 | 14 | Change "on" to "in" | Transcription error |
| 151 | 12 | Change "issued" to "is used" | Transcription error |
| 151 | 18 | Change "checking" to "checked in" | Transcription error |
| 152 | 11 | Delete "the" | Transcription error |
| 155 | 5 | Change "the queue" to "these two" | Transcription error |
| 155 | 12 | Delete "instantly" | Transcription error |
| 156 | 21 | Change "fair" to "fare" | Misspelling |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 157 | 2 | Change "fair" to "fare" | Misspelling |
| 157 | 9 | Change "US" to "USD" | Transcription error |
| 158 | 19 | Change "probed" to "drove" | Transcription error |
| 161 | 11 | Change "it would take the trip.· This" to "if they took the trip, this | Transcription error |
| 162 | 4 | Change "should" to "show" | Transcription error |
| 165 | 17 | Change "they had" to "did they" | Transcription error |
| 164 | 2 | Change "expand" to "span" | Transcription error |
| 169 | 12 | Insert "doing" after "you're" | Transcription error |
| 167 | 17 | Change "operation components or" to "operations flown on" | Transcription error |
| 169 | 12 | Delete "you're a" | Transcription error |
| 170 | 2 | Delete "if" | Transcription error |
| 171 | 16 | Change "create a" to "created" | Transcription error |
| 174 | 8 | Change "Katherine (ph.) Colombo" to "Catherine Palumbo" | Transcription error |
| 175 | 7 | Insert "not" after "could" | Transcription error |
| 175 | 18 | Change "what they call in" to "when we have changed" | Transcription error |
| 175 | 22 | Change "United" to "United's" | Transcription error |
| 176 | 15 | Change "Contractor" to "Contract of" | Transcription error |
| 176 | 18 | Change "contractor" to "contract of" | Transcription error |
| 176 | 19 | Change "do" to "be due" | Transcription error |
| 179 | 13 | Change "representative" to "representatives" | Transcription error |
| 179 | 20 | Change "traveling" to "travel agency" | Transcription error |
| 180 | 5 | Change "getting their," to "making a" | Transcription error |
| 180 | 5 | Change "purchased" to "purchase" | Transcription error |
| 181 | 12 | Change "work" to "word" | Transcription error |
| 183 | 1 | Delete "the" | Transcription error |
| 187 | 7 | Change "request" to "requests" | Transcription error |
| 195 | 2 | Change "phone controlled" to "owned, controlled," | Transcription error |
| 200 | 12 | Change "was" to "were" | Transcription error |
| 201 | 17 | Change "Kathy Colombo" to "Cathie Palumbo" | Misspelling |
| 201 | 18 | Change "serves" to "served" | Transcription error |
| 202 | 1-2 | Change "jet stream" to "Jetstream" | Misspelling |
| 202 | 4 | Change "Whatever portal we've main jet-streamed," to "We have a portal we've named Jetstream," | Transcription error |
| 202 | 23 | Change "first" to "vs." | Transcription error |
| 203 | 3 | Change "the" to "that" | Transcription error |

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 207 | 21 | Insert "it" after "see" | Transcription error |
| 208 | 22 | Delete "its" | Transcription error |
| 211 | 6 | Change "They," to "Then" | Transcription error |
| 211 | 13 | Delete "in" | Transcription error |
| 212 | 6 | Change "formed" to "form" | Transcription error |
| 212 | 11 | Change "it produced" to "we update the" | Transcription error |
| 213 | 17 | Change "heavy" to "heading" | Transcription error |
| 215 | 2 | Change "internal" to "international" | Transcription error |
| 215 | 17 | Change "Their" to "If their" | Transcription error |
| 219 | 3 | Change "in" to "on" | Transcription error |
| 219 | 7 | Change "following" to "calling" | Transcription error |
| 219 | 14 | Change "that is international" to "whose international" | Transcription error |
| 221 | 20 | Change "revise it" to "lose sight" | Transcription error |
| 223 | 7 | Change "explanatory. Your background is" to "explanatory background. It's" | Transcription error |
| 224 | 20 | Change "fair" to "fare" | Misspelling |
| 225 | 3-4 | Change "it's the outline" to "what's outlined" | Transcription error |
| 226 | 3 | Change "Someone bought three" to "If someone bought through" | Transcription error |
| 227 | 4 | Change "or" to "for" | Typographical error |
| 227 | 12 | Change "superseded" to "supersede" | Transcription error |
| 230 | 10 | Change "are" to "of" | Transcription error |
| 233 | 22 | Change "through the" to "validity" | Transcription error |
| 235 | 23 | Change "should be" to "shows" | Transcription error |
| 236 | 8 | Change "26th" to "6th" | Transcription error |
| 236 | 15 | Change "26th" to "6th" | Transcription error |
| 236 | 17 | Change "26th" to "6th" | Transcription error |
| 238 | 5 | Change "26th" to "6th" | Transcription error |
| 238 | 17 | Change "scheduled" to "schedule" | Transcription error |
| 239 | 12 | Change "ART" to "ARC" | Transcription error |
| 239 | 14 | Change "Were customers impacted of" to "For customers impacted by" | Transcription error |
| 247 | 13 | Change "Already" to "All ready" | Misspelling |
| 248 | 2 | Change "Conrowdy" to "Konradi" | Misspelling |
| 249 | 9 | Change "incorrect" to "incorrectly" | Transcription error |
| 249 | 12 | Change "Conrowdy" to "Konradi" | Misspelling |
| 253 | 20 | Change "restrictions. Would" to "restrictions, would" | Transcription error |