UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK HANSEN, and JASON BUFFER, | |
| Plaintiffs, | Case No. 1:20-cv-02142 |
| v. | Hon. Thomas M. Durkin |
| UNITED AIRLINES, INC., | Magistrate Judge Jeffrey T. Gilbert |
| Defendant. | |

### AGREED MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF PAGE LIMIT

Defendant United Airlines, Inc. ("United") and Plaintiffs Mark Hansen and Jason Buffer (collectively, the "Parties"), by and through their attorneys, respectfully request leave to file briefs in excess of the page limit imposed by Local Rule 7.1 for United's reply in support of its Motion for Summary Judgment (Dkt. 174) and Plaintiffs' reply in support of their Motion for Class Certification (Dkt. 171). In support thereof the Parties state as follows:

1. On July 14, 2023, United filed its Motion for Summary Judgement as to Plaintiffs' Individual Claims (Dkt. 174), and Plaintiffs filed their Motion for Class Certification (Dkt. 171).

2. On September 8, 2023, Plaintiffs filed their Response in Opposition to United's Motion for Summary Judgment (Dkts. 186 (redacted) and 188 (sealed)), and United filed its Opposition to Plaintiffs' Motion for Class Certification (Dkts. 184 (redacted) and 185 (sealed)).

3. Pursuant to the Court's July 18, 2023 Minute Entry (Dkt. 179), United's reply brief in support of its Motion for Summary Judgment and Plaintiffs' reply brief in support of their Motion for Class Certification are due to be filed on October 6, 2023.

4. In accordance with Local Rule 7.1, United respectfully requests leave to file a reply brief in support of its Motion for Summary Judgment of no more than twenty-five (25) pages.

5. Plaintiffs, for their part, and also in accordance with Local Rule 7.1, respectfully request leave to file a reply brief in support of its Motion for Class Certification of no more than twenty-five (25) pages.

6. Good cause exists for granting the Parties their requested relief. The Parties require additional pages to address the arguments raised in each other's briefs and, although the Parties have endeavored to be as succinct as possible, the facts and circumstances of this case necessitate more than the limit contemplated by Local Rule 7.1 to adequately address the issues raised and arguments made in the Parties' respective responses.

7. In accordance with Local Rule 7.1, both Parties' reply briefs will include a table of contents as well as a table of authorities.

8. Counsel for both Parties have conferred and have agreed to jointly seek the relief sought herein.

WHEREFORE, for the reasons provided above and for good cause shown, the Parties respectfully request that the Court grant this motion and grant all such other and further relief that the Court deems necessary and proper.

Dated: October 3, 2023

| /s/ *Daniel J. Kurowski* | /s/ *Sondra A. Hemeryck* |
|---|---|
| Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Ave, Suite 2000<br>Seattle, WA 98101<br>T: (206) 623-7292<br>steve@hbsslaw.com<br><br>Daniel J. Kurowski | Patricia Brown Holmes<br>Sondra A. Hemeryck<br>Eli J. Litoff<br>Brendan J. Gerdes<br>RILEY SAFER HOLMES & CANCILA LLP<br>70 W. Madison Street, Suite 2900<br>Chicago, IL 60602<br>Tel.   312-471-8700 |

Whitney K. Siehl
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
T: (708) 628-4949
dank@hbsslaw.com
whitney@hbsslaw.com

*Interim Co-Lead Counsel and Proposed Class Counsel*

/s/ *Daniel O. Herrera*

Daniel O. Herrera
Nickolas J. Hagman
CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP
136 S. LaSalle Street, Suite 3210
Chicago, IL 60603
T: (312) 782-4880
F: (318 782-4485
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

*Interim Co-Lead Counsel and Proposed Class Counsel*

-with-

Joseph G. Sauder
Joseph B. Kenney
SAUDER SCHELKOPF LLC
1109 Lancaster Ave.
Berwyn, PA 19312
Telephone: (888)-711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
jbk@sstriallawyers.com

*Additional Counsel for Plaintiff*

Fax   312-471-8701
pholmes@rshc-law.com
shemeryck@rshc-law.com
elitoff@rshc-law.com
bgerdes@rshc-law.com

*Attorneys for Defendant United Airlines, Inc.*