UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Jacob Rudolph, et al.
                                Plaintiff,
v.                                                          Case No.: 1:20−cv−02142
                                                            Honorable Thomas M. Durkin
United Airlines Holdings, Inc., et al.
                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2024:

    MINUTE entry before the Honorable Thomas M. Durkin: Pursuant to the Court's minute entry dated 6/22/2023 [168], counsel for defendant United Airlines reported via email that briefing of Plaintiffs' Motion for Class Certification [171], United's Motion for Summary Judgment [174], and United's Motion to Exclude the testimony of Plaintiffs' expert [182] has been completed, and that United does not plan to pursue mediation. The Court will not stay its review of those motion papers. A telephone status hearing is set for 4/22/2024 at 9:00 a.m. **Please note, the dial in information has changed.** To join the telephone conference, dial (650) 479−3207, Access Code 180 815 7648. Throughout the hearing, each speaker will be expected to identify themselves for the record before speaking. Counsel must be in a quiet area while on the line. Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.